# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

VIACOM INTERNATIONAL INC., )
COMEDY PARTNERS, )
COUNTRY MUSIC TELEVISION, INC., )
PARAMOUNT PICTURES CORPORATION, )
and BLACK ENTERTAINMENT TELEVISION )
LLC, )

               Plaintiffs, )

               v. )

YOUTUBE INC., YOUTUBE, LLC, and )
GOOGLE INC., )
)
               Defendants. )
)
_____)

Case No. 1:07-cv-02103 (LLS)
(Related Case No. 1:07-cv-03582 (LLS))
**ECF Case**

**NOTICE OF APPEAL**

      Notice is hereby given that all plaintiffs in the above captioned action hereby appeal to the

United States Court of Appeals for the Second Circuit from the final judgment entered on the docket in

this action on the 30th day of April, 2013, which refers to the Opinion dated April 18, 2013, granting

Defendants' renewed motion for summary judgment on all of Plaintiffs' claims.

Dated:      April 30, 2013          Respectfully Submitted,

                        By:    /s/ Paul M. Smith
                              Paul M. Smith
                              Scott B. Wilkens
                              Luke C. Platzer
                              JENNER & BLOCK LLP
                              1099 New York Avenue, NW
                              Washington, DC 20001
                              (202) 639-6060

                              Susan J. Kohlmann
                              JENNER & BLOCK LLP
                              919 Third Avenue
                              New York, NY 10022
                              (212) 891-1690

Stuart J. Baskin
Kirsten Nelson Cunha
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-4000

Matthew D. McGill
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Ave, NW
Washington, DC 20036
(202) 955-8500

To:     Andrew H. Schapiro
        David B. Schwartz
        QUINN EMANUEL URQUHART &
        SULLIVAN LLP
        51 Madison Avenue, 22nd Floor
        New York, New York 10010
        (212) 849-7000

        David H. Kramer
        Michael H. Rubin
        Brian M. Willen
        WILSON SONSINI GOODRICH & ROSATI PC
        650 Page Mill Road
        Palo Alto, California 94304
        (650) 493-9300

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07−cv−02103−LLS

| | |
|---|---|
| Viacom International, Inc. et al v. Youtube, Inc. et al | Date Filed: 03/13/2007 |
| Assigned to: Judge Louis L. Stanton | Date Terminated: 04/29/2013 |
| Related Case:  1:07−cv−03582−LLS | Jury Demand: Defendant |
| Cause: 17:501 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Viacom International, Inc.**       represented by     **Amy L. Tenney**
Jenner &Block, LLP (DC)
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001−4412
(202) 408−6400
Email: ATenney@jenner.com
*TERMINATED: 08/07/2009*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Donald B. Verrilli , Jr.**
Jenner &Block LLP
1099 New York Avenue, N.W.,
Suite 900
Washington, DC 20001−4412
(202)
Fax: (202)−639−6066
Email: dverrilli@jenner.com
*TERMINATED: 08/07/2009*
*LEAD ATTORNEY*

**Eric R. Haren**
Jenner &Block, LLP (DC)
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001−4412
(202) 639−6000
Fax: (202) 639−6066
*TERMINATED: 05/18/2011*
*LEAD ATTORNEY*
*PRO HAC VICE*

**James C. Cox**
Jenner &Block, LLP (DC)
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001−4412
(202) 639−6000
Fax: (202) 639−6066
Email: jamescox@jenner.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Luke Cardillo Platzer**
Jenner &Block, LLP (DC)
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001−4412
(202)−639−6094

Fax: (202)−661−4813
Email: lplatzer@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew William Alsdorf**
Jenner &Block LLP (NYC )
919 Third Avenue, 37th Floor
New York, NY 10022
(212)−891−1656
Fax: (212)−891−1699
Email: malsdorf@jenner.com
*TERMINATED: 06/14/2010*
*LEAD ATTORNEY*

**Melissa A. Cox**
Jenner &Block, LLP (DC)
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001−4412
(202) 637−6353
Fax: (202) 661−4953
Email: melissacox@jenner.com
*TERMINATED: 09/14/2009*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Peter H. Hanna**
Jenner &Block LLP (NYC )
919 Third Avenue, 37th Floor
New York, NY 10022
(212)−891−1626
Fax: (212)−891−1699
Email: phanna@jenner.com
*TERMINATED: 08/07/2009*
*LEAD ATTORNEY*

**Sarah Ann Maguire**
Grayson &Kubli, P.C.
1420 Spring Hill Road
Suite 230
McLean, VA 22102
(202)−637−6357
Fax: (202)−661−4916
Email: smaguire@jenner.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott Block Wilkens**
Jenner &Block, LLP (DC)
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001−4412
(202) 639−6072
Fax: (202) 639−6066
Email: swilkens@jenner.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sharmila Sohoni**
Jenner &Block LLP (NYC )
919 Third Avenue, 37th Floor
New York, NY 10022

(212) 891–1674
Fax: (212) 909–0873
Email: ssohoni@jenner.com
*TERMINATED: 05/24/2011*
*LEAD ATTORNEY*

**Susan Joan Kohlmann**
Jenner &Block LLP (LA)
633 West 5th Street, Suite 3500
Los Angeles, CA 90071
(212) 891–1690
Fax: (212) 891–1699
Email: skohlmann@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Hohengarten**
Jenner &Block, LLP (DC)
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001–4412
(202) 639–6048
Fax: (202) 661–4901
Email: whohengarten@jenner.com
*TERMINATED: 01/03/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Francois Watkins**
Adam F. Watkins, Esq.,
108 Old Farm Road
Valhalla, NY 10595
(617)–308–2967
Fax: (914) 594–1861
Email: adam.watkins@gmail.com
*TERMINATED: 10/10/2008*

**John Gueli**
Shearman &Sterling LLP (NY)
599 Lexington Avenue
New York, NY 10022
212 848–4744
Fax: 212 848–7179
Email: jgueli@shearman.com
*ATTORNEY TO BE NOTICED*

**Matthew S. Hellman**
Jenner &Block, LLP (DC)
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001–4412
(202)–639–6000
Fax: (202)–639–6066
Email: mhellman@jenner.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dempsey McGill**
Gibson, Dunn &Crutcher, LLP (DC)
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202)–887–3680
Fax: (202)–530–9662
Email: mmcgill@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Michael Brian Desantis**
Jenner &Block, LLP (DC)
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001–4412
(202)–637–6323
Fax: (202)–661–4828
Email: mdesanctis@jenner.com
*ATTORNEY TO BE NOTICED*

**Paul March Smith**
Jenner &Block, LLP (DC)
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001–4412
(202) 639–6000
Fax: 202 661–4948
Email: psmith@jenner.com
*ATTORNEY TO BE NOTICED*

**Stephen Robert Fishbein**
Shearman &Sterling LLP (NY)
599 Lexington Avenue
New York, NY 10022
212 848–4424
Fax: 212 848–7179
Email: sfishbein@shearman.com
*ATTORNEY TO BE NOTICED*

**Steven Bernard Fabrizio**
Jenner &Block, LLP (DC)
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001–4412
202–639–6040
Fax: 202–661–4823
Email: sfabrizio@jenner.com
*TERMINATED: 08/07/2009*

**Stuart Jay Baskin**
Shearman &Sterling LLP (NY)
599 Lexington Avenue
New York, NY 10022
(212) 848–4000
Fax: (646) 848–4974
Email: sbaskin@shearman.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Comedy Partners** | represented by | **Amy L. Tenney**
(See above for address)
*TERMINATED: 08/07/2009*
*LEAD ATTORNEY*
*PRO HAC VICE* |
| | | **Donald B. Verrilli , Jr.**
(See above for address)
*TERMINATED: 08/07/2009*
*LEAD ATTORNEY* |
| | | **Eric R. Haren**
(See above for address)
*TERMINATED: 05/18/2011* |

*LEAD ATTORNEY*
*PRO HAC VICE*

**James C. Cox**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Luke Cardillo Platzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew William Alsdorf**
(See above for address)
*TERMINATED: 06/14/2010*
*LEAD ATTORNEY*

**Melissa A. Cox**
(See above for address)
*TERMINATED: 09/14/2009*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Peter H. Hanna**
(See above for address)
*TERMINATED: 08/07/2009*
*LEAD ATTORNEY*

**Sarah Ann Maguire**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott Block Wilkens**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sharmila Sohoni**
(See above for address)
*TERMINATED: 05/24/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Joan Kohlmann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Hohengarten**
(See above for address)
*TERMINATED: 01/03/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Francois Watkins**
(See above for address)
*TERMINATED: 10/10/2008*

**John Gueli**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Matthew S. Hellman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dempsey McGill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Brian Desanctis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul March Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Robert Fishbein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Bernard Fabrizio**
(See above for address)
*TERMINATED: 08/07/2009*

**Stuart Jay Baskin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Country Music Television, Inc.**     represented by     **Amy L. Tenney**
(See above for address)
*TERMINATED: 08/07/2009*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Donald B. Verrilli , Jr.**
(See above for address)
*TERMINATED: 08/07/2009*
*LEAD ATTORNEY*

**Eric R. Haren**
(See above for address)
*TERMINATED: 05/18/2011*
*LEAD ATTORNEY*
*PRO HAC VICE*

**James C. Cox**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Luke Cardillo Platzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew William Alsdorf**
(See above for address)
*TERMINATED: 06/14/2010*
*LEAD ATTORNEY*

**Melissa A. Cox**
(See above for address)
*TERMINATED: 09/14/2009*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Peter H. Hanna**
(See above for address)
*TERMINATED: 08/07/2009*
*LEAD ATTORNEY*

**Sarah Ann Maguire**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott Block Wilkens**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sharmila Sohoni**
(See above for address)
*TERMINATED: 05/24/2011*
*LEAD ATTORNEY*

**Susan Joan Kohlmann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Hohengarten**
(See above for address)
*TERMINATED: 01/03/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Francois Watkins**
(See above for address)
*TERMINATED: 10/10/2008*

**John Gueli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew S. Hellman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dempsey McGill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Brian Desanctis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul March Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Robert Fishbein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Bernard Fabrizio**
(See above for address)
*TERMINATED: 08/07/2009*

**Stuart Jay Baskin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paramount Pictures Corporation**          represented by   **Amy L. Tenney**
(See above for address)
*TERMINATED: 08/07/2009*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Donald B. Verrilli , Jr.**
(See above for address)
*TERMINATED: 08/07/2009*
*LEAD ATTORNEY*

**Eric R. Haren**
(See above for address)
*TERMINATED: 05/18/2011*
*LEAD ATTORNEY*
*PRO HAC VICE*

**James C. Cox**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Luke Cardillo Platzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew William Alsdorf**
(See above for address)
*TERMINATED: 06/14/2010*
*LEAD ATTORNEY*

**Melissa A. Cox**
(See above for address)
*TERMINATED: 09/14/2009*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Peter H. Hanna**
(See above for address)
*TERMINATED: 08/07/2009*
*LEAD ATTORNEY*

**Sarah Ann Maguire**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott Block Wilkens**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sharmila Sohoni**
(See above for address)
*TERMINATED: 05/24/2011*
*LEAD ATTORNEY*

**Susan Joan Kohlmann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Hohengarten**
(See above for address)
*TERMINATED: 01/03/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Francois Watkins**
(See above for address)
*TERMINATED: 10/10/2008*

**John Gueli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew S. Hellman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dempsey McGill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Brian Desanctis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul March Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Robert Fishbein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Bernard Fabrizio**
(See above for address)
*TERMINATED: 08/07/2009*

**Stuart Jay Baskin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Black Entertainment Television, LLC**          represented by   **Amy L. Tenney**
(See above for address)
*TERMINATED: 08/07/2009*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Donald B. Verrilli , Jr.**
(See above for address)
*TERMINATED: 08/07/2009*
*LEAD ATTORNEY*

**Eric R. Haren**
(See above for address)
*TERMINATED: 05/18/2011*
*LEAD ATTORNEY*
*PRO HAC VICE*

**James C. Cox**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Luke Cardillo Platzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew William Alsdorf**
(See above for address)
*TERMINATED: 06/14/2010*
*LEAD ATTORNEY*

**Melissa A. Cox**
(See above for address)
*TERMINATED: 09/14/2009*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Peter H. Hanna**
(See above for address)
*TERMINATED: 08/07/2009*
*LEAD ATTORNEY*

**Sarah Ann Maguire**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott Block Wilkens**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sharmila Sohoni**
(See above for address)
*TERMINATED: 05/24/2011*
*LEAD ATTORNEY*

**Susan Joan Kohlmann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Hohengarten**
(See above for address)
*TERMINATED: 01/03/2013*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Adam Francois Watkins**
(See above for address)
*TERMINATED: 10/10/2008*

**John Gueli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew S. Hellman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dempsey McGill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Brian Desanctis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul March Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Robert Fishbein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Bernard Fabrizio**
(See above for address)
*TERMINATED: 08/07/2009*

**Stuart Jay Baskin**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Sandra Ann Bradshaw Lucas–Morrow**
*TERMINATED: 06/05/2007*

represented by **Sandra Ann Bradshaw Lucas–Morrow**
320 South Harrison Street
Apt. 9D
East Orange, NJ 07018
PRO SE

**Movant**

**George May**

represented by **George May**
P.O. Box 32247
Palm Bch. Gardens, FL 33420
PRO SE

V.

**Defendant**

**Youtube, Inc.**

represented by **A. John P. Mancini**
Mayer Brown LLP (NY)
1675 Broadway
New York, NY 10019
(212)506–2500

Fax: (212)262–1910
Email: jmancini@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew H. Schapiro**
Mayer Brown LLP(DC)
1999 "K" Street, N.W.
Washington, DC 20006
(212)506–2500
Fax: (212)262–1910
Email: andrewschapiro@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Michael Willen**
Wilson Sonsini Goodrich &Rosati
1301 Avenue of The Americas
New York, NY 10019
(650)–849–3340
Fax: (650)–493–6811
Email: bwillen@wsgr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Jacobson**
Wilson Sonsini Goodrich &Rosati(NYC)
1301 Avenue of the Americas
40th Floor
New York, NY 10019
212–999–5858
Fax: 212–999–5899
Email: jjacobson@wsgr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Ben–Veniste**
Mayer Brown LLP
1909 K Street, N.W.
8th Floor, Suite 804
Washington, DC 20006–1101
(202) 263–3000
Fax: (202)–263–3300
Email: rben–veniste@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tonia Maria Ouellette Klausner**
Wilson Sonsini Goodrich &Rosati(NYC)
1301 Avenue of the Americas
40th Floor
New York, NY 10019
(212)–497–7706
Fax: (212)–999–5899
Email: tklausner@wsgr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison G. Wheeler**
Barlit Beck Herman Palenchar &Scott LLP
1899 Wynkoop Street
8th Floor
Denver, CO 80202
(303) 592–3186
Fax: (303) 592–3140

Email: alison.wheeler@bartlit−beck.com
*TERMINATED: 01/07/2008*
*ATTORNEY TO BE NOTICED*

**Bart E. Volkmer**
Wilson Sonsini Goodrich &Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304
650 565 3508
Fax: 650 565 5100
Email: bart@dropbox.com
*ATTORNEY TO BE NOTICED*

**Caroline Wilson**
Wilson Sonsini Goodrich &Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304
650 565 3762
Fax: (650) 493−9300
Email: cwilson@wsgr.com
*ATTORNEY TO BE NOTICED*

**Carrie A. Jablonski**
Barlit Beck Herman Palenchar &Scott LLP
54 West Hubbard Street
Suite 300
Chicago, IL 60610
(312) 494−4465
Fax: (312) 494−4440
Email: carrie.jablonski@bartlit−beck.com
*TERMINATED: 01/07/2008*
*ATTORNEY TO BE NOTICED*

**David H. Kramer**
Wilson, Sonsini, Goodrich &Rosati
650 Page Mill Road
Palo Alto, CA 94304
(650) 320−4741
Fax: (650) 493−6811
Email: dkramer@wsgr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Bernard Schwartz**
Quinn Emanuel Urquhart &Sullivan, LLP
51 Madison Ave.
New York, NY 10010
(212)−849−7456
Fax: (212)−849−7100
Email: davidschwartz@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Dylan J. Liddiard**
Wilson Sonsini Goodrich &Rosati, P.C.
650 Page Mill Road
Palo Atlo, CA 94304
(650) 493−9300
Fax: (650) 493−6811

**James Joseph Hartnett , IV**
Faegre &Benson LLP (MN)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766−6924

Fax: (612) 766–1600
Email: jhartnett@faegre.com
*ATTORNEY TO BE NOTICED*

**John H. Hinderaker**
Faegre &Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402–3901
(612) 766–7000
Fax: (612) 766–1600
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leo P Cunningham**
Wilson Sonsini Goodrich &Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304
(650) 493–9300
Fax: (650) 565–5100
Email: lcunningham@wsgr.com

**Mark Shawn Ouweleen**
Bartlit Beck Herman Palenchar &Scott
LLP
54 West Hubbard Street
Suite 300
Chicago, IL 60610
(312) 494–4465
Fax: (312) 494–4440
Email: mark.ouweleen@bartlit–beck.com
*TERMINATED: 01/07/2008*
*ATTORNEY TO BE NOTICED*

**Maura Lea Rees**
Wilson Sonsini Goodrich &Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304
(650) 493–9300
Fax: (650) 493–6811
Email: mrees@wsgr.com
*ATTORNEY TO BE NOTICED*

**Michael Harrison Rubin**
Wilson Sonsini Goodrich &Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304
(650) 849 3311
Fax: 650 565 5100
Email: mrubin@wsgr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip S. Beck**
Bartlit Beck Herman Palenchar &Scott
LLP (IL)
54 West Hubbard Street
Suite 300
Chicago, IL 60654
(312) 494–4400
Fax: (312) 494–4440
Email: philip.beck@bartlit–beck.com
*TERMINATED: 01/07/2008*
*ATTORNEY TO BE NOTICED*

**Rebecca Weinstein Bacon**
Bartlit Beck Herman Palenchar &Scott
LLP
54 West Hubbard Street
Chicago, IL 60610
(312) 494–4400
Fax: (312) 494–4440
*TERMINATED: 01/07/2008*
*ATTORNEY TO BE NOTICED*

**Shayna Susanne Cook**
Barlit Beck Herman Palenchar &Scott LLP
54 West Hubbard Street
Suite 300
Chicago, IL 60610
(312) 494–4465
Fax: (312) 494–4440
Email: shayna.cook@bartlit–beck.com
*TERMINATED: 01/07/2008*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Youtube, LLC**                        represented by  **A. John P. Mancini**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew H. Schapiro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Michael Willen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Jacobson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Ben–Veniste**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tonia Maria Ouellette Klausner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison G. Wheeler**
(See above for address)
*TERMINATED: 01/07/2008*
*ATTORNEY TO BE NOTICED*

**Bart E. Volkmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carrie A. Jablonski**
(See above for address)
*TERMINATED: 01/07/2008*
*ATTORNEY TO BE NOTICED*

**David H. Kramer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Bernard Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dylan J. Liddiard**
(See above for address)

**James Joseph Hartnett , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John H. Hinderaker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leo P Cunningham**
(See above for address)

**Mark Shawn Ouweleen**
(See above for address)
*TERMINATED: 01/07/2008*
*ATTORNEY TO BE NOTICED*

**Maura Lea Rees**
Wilson Sonsini Goodrich &Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304
(650) 493–9300
Fax: (650) 493–6811
*ATTORNEY TO BE NOTICED*

**Michael Harrison Rubin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip S. Beck**
(See above for address)
*TERMINATED: 01/07/2008*
*ATTORNEY TO BE NOTICED*

**Rebecca Weinstein Bacon**
(See above for address)
*TERMINATED: 01/07/2008*
*ATTORNEY TO BE NOTICED*

**Shayna Susanne Cook**
(See above for address)
*TERMINATED: 01/07/2008*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Google, Inc.**                    represented by   **A. John P. Mancini**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew H. Schapiro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Michael Willen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Jacobson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Ben–Veniste**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tonia Maria Ouellette Klausner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison G. Wheeler**
(See above for address)
*TERMINATED: 01/07/2008*
*ATTORNEY TO BE NOTICED*

**Bart E. Volkmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carrie A. Jablonski**
(See above for address)
*TERMINATED: 01/07/2008*
*ATTORNEY TO BE NOTICED*

**David H. Kramer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Bernard Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dylan J. Liddiard**
(See above for address)

**James Joseph Hartnett , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John H. Hinderaker**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leo P Cunningham**
(See above for address)

**Mark Shawn Ouweleen**
(See above for address)
*TERMINATED: 01/07/2008*
*ATTORNEY TO BE NOTICED*

**Maura Lea Rees**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Harrison Rubin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip S. Beck**
(See above for address)
*TERMINATED: 01/07/2008*
*ATTORNEY TO BE NOTICED*

**Rebecca Weinstein Bacon**
(See above for address)
*TERMINATED: 01/07/2008*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**American Library Association, et al.**        represented by   **Edward Hernstadt**
Hernstadt Atlas, LLP
11 Broadway
Suite 615
New York, NY 10004
(212) 809–2501
Fax: (212) 214–0307
Email: ed@heatlaw.com
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Washington Legal Foundation**        represented by   **Lauren J. Wachtler**
(212)–509–3900
Fax: (212)–509–7239
Email: ljw@msk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**American Society of Composers,
Authors And Publishers**        represented by   **Christopher Gardner Clark**
Skadden, Arps, Slate, Meagher &Flom
LLP (MA)
One Beacon Street
Boston, MA 02108
(617)–573–4868
Fax: (617)–305–4868
Email: cclark@skadden.com
*ATTORNEY TO BE NOTICED*

**Clifford M. Sloan**
Skadden, Arps, Slate, Meagher &Flom

LLP (DC)
1440 New York Avenue N.W.
Washington, DC 20005
(202)–371–7000
Fax: (202) 661–8340
Email: cliff.sloan@skadden.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Eleanor Rasenberger**
Skadden, Arps, Slate, Meagher & Flom
LLP (NYC)
Four Times Square
42nd floor
New York, NY 10036
(212)–735–3565
Fax: (917)–777–3565
Email: mary.rasenberger@skaden.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Broadcast Music, Inc.**                represented by   **Christopher Gardner Clark**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Clifford M. Sloan**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Mary Eleanor Rasenberger**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Amicus**

**SESAC, Inc.**                          represented by   **Christopher Gardner Clark**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Clifford M. Sloan**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Mary Eleanor Rasenberger**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Amicus**

**Disney Enterprises, Inc.**             represented by   **Christopher Gardner Clark**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Clifford M. Sloan**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Mary Eleanor Rasenberger**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Amicus**

**NBC Universal, Inc.**  represented by **Christopher Gardner Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Clifford M. Sloan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Eleanor Rasenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>
**Warner Bros. Entertainment Inc.**  represented by **Christopher Gardner Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Clifford M. Sloan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Eleanor Rasenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>
**Association Of American Publishers**  represented by **Christopher Gardner Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Clifford M. Sloan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Eleanor Rasenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>
**Center For The Rule Of Law**  represented by **Christopher Gardner Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Clifford M. Sloan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Eleanor Rasenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>
**Institute For Policy Innovation**  represented by **Christopher Gardner Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Clifford M. Sloan**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Eleanor Rasenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**The Media Institute**                      represented by **Christopher Gardner Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Clifford M. Sloan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Eleanor Rasenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Picture Archive Council Of America**       represented by **Christopher Gardner Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Clifford M. Sloan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Eleanor Rasenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Professional Photographers of America**    represented by **Christopher Gardner Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Clifford M. Sloan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Eleanor Rasenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Rosetta Stone Ltd.**                       represented by **Christopher Gardner Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Clifford M. Sloan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Eleanor Rasenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Zuffa, LLC**                                            represented by    **Christopher Gardner Clark**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Clifford M. Sloan**
                                                                            (See above for address)
                                                                            *PRO HAC VICE*
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Mary Eleanor Rasenberger**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

**Amicus**

**Directors Guild of America**                           represented by    **Peter Dante DeChiara**
                                                                            Cohen, Weiss and Simon
                                                                            330 West 42nd Street
                                                                            New York, NY 10036
                                                                            212 356–0216
                                                                            Fax: 646 473–8216
                                                                            Email: pdechiara@cwsny.com
                                                                            *ATTORNEY TO BE NOTICED*

**Amicus**

**Screen Actors Guild**                                  represented by    **Peter Dante DeChiara**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

**Amicus**

**American Federation of Television and**                represented by    **Peter Dante DeChiara**
**Radio Artists**                                                          (See above for address)
                                                                           *ATTORNEY TO BE NOTICED*

**Amicus**

**International Alliance of Theatrical**                  represented by    **Peter Dante DeChiara**
**Stage Employees and Moving Picture**                                     (See above for address)
**Machine Operators of the United States**                                 *ATTORNEY TO BE NOTICED*
**and Canada, AFL–CIO**

**Amicus**

**eBay, Inc.**                                           represented by    **Asim M. Bhansali**
                                                                           Keker &Van Nest LLP
                                                                           710 Sansome Street
                                                                           San Francisco, CA 94111
                                                                           (415) 391–5400
                                                                           Fax: (415) 397–7188
                                                                           Email: amb@kvn.com
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

**Amicus**

**Facebook, Inc.**                                       represented by    **Asim M. Bhansali**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

**Amicus**

**IAC/Interactivecorp**                                  represented by

**Asim M. Bhansali**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Yahoo! Inc.**                                  represented by   **Asim M. Bhansali**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Amicus**

**The Sideshow Coalition**                        represented by   **Eric Joseph Grannis**
                                                                 Law Offices of Eric J. Grannis
                                                                 620 Fifth Avenue
                                                                 New York, NY 10020
                                                                 212–903–1025
                                                                 Fax: 212–208–4597
                                                                 Email: egrannis@grannislaw.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/2007 | 1 | COMPLAINT against Youtube, Inc., Youtube, LLC, Google, Inc.. (Filing Fee $ 350.00, Receipt Number 608839)Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners.(tro) Additional attachment(s) added on 3/14/2007 (Rodriguez, Tiffany). (Entered: 03/13/2007) |
| 03/13/2007 | | SUMMONS ISSUED as to Youtube, Inc., Youtube, LLC, Google, Inc.. (tro) (Entered: 03/13/2007) |
| 03/13/2007 | | Magistrate Judge Frank Maas is so designated. (tro) (Entered: 03/13/2007) |
| 03/13/2007 | | Case Designated ECF. (tro) (Entered: 03/13/2007) |
| 03/13/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Viacom, Inc. as Corporate Parent. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners.(tro) Additional attachment(s) added on 3/14/2007 (Rodriguez, Tiffany). (Entered: 03/13/2007) |
| 03/13/2007 | | Mailed notice to Register of Copyrights to report the filing of this action. (tro) (Entered: 03/13/2007) |
| 03/13/2007 | 3 | NOTICE OF APPEARANCE by Donald B. Verrilli, Jr on behalf of Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners (Verrilli, Donald) (Entered: 03/13/2007) |
| 03/14/2007 | 4 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Google, Inc. served on 3/13/2007, answer due 4/2/2007. Service was accepted by Ed Choi, Authorized Agent. Document filed by Country Music Television, Inc.; Paramount Pictures Corporation; Viacom International, Inc.; Black Entertainment Television, LLC; Comedy Partners. (Verrilli, Donald) (Entered: 03/14/2007) |
| 03/14/2007 | 5 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Service was accepted by Gladys Ryan, Service of Process Representative. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Verrilli, Donald) (Entered: 03/14/2007) |
| 03/14/2007 | 6 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Youtube, Inc. served on 3/13/2007, answer due 4/2/2007. Service was accepted by |

| | | |
|---|---|---|
| | | Steve Chen, Authorized Agent. Document filed by Country Music Television, Inc.; Paramount Pictures Corporation; Viacom International, Inc.; Black Entertainment Television, LLC; Comedy Partners. (Verrilli, Donald) (Entered: 03/14/2007) |
| 03/14/2007 | 7 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Youtube, LLC served on 3/13/2007, answer due 4/2/2007. Service was accepted by Steve Chen, Authorized Agent. Document filed by Country Music Television, Inc.; Paramount Pictures Corporation; Viacom International, Inc.; Black Entertainment Television, LLC; Comedy Partners. (Verrilli, Donald) (Entered: 03/14/2007) |
| 03/16/2007 | 8 | ORDER FOR CONFERENCE PURSUANT TO RULE 16 (b): This action is scheduled for a conference in accordance with Fed. R. Civ. P. 16(b) on Friday June 29th, 2007 at 12:30 p.m. in Room 21C. (Signed by Judge Louis L. Stanton on 3/16/07) (js) (Entered: 03/19/2007) |
| 03/16/2007 | | Set Deadlines/Hearings: Status Conference set for 6/29/2007 12:30 PM before Judge Louis L. Stanton. (js) (Entered: 03/19/2007) |
| 03/26/2007 | 10 | LETTER addressed to Judge Louis L. Stanton from Donald B. Verrilli Jr. dated 3/23/07 re: Writing to confirm that the parties are available to appear before the Court for the Rule 16(b) conference on Friday July 27, 2007 at 11:30 a.m. In addition Defendants have not yet retained counsel to represent them in this matter. Plaintiffs have agreed to defendants request for a thirty day extension of time until May 2, 2007 for the Defendants to answer or otherwise respond to plaintiffs complaint. (js) (Entered: 03/27/2007) |
| 03/27/2007 | 9 | NOTICE OF APPEARANCE by William M. Hohengarten on behalf of Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners (Hohengarten, William) (Entered: 03/27/2007) |
| 04/02/2007 | 11 | MOTION for Amy L. Tenney to Appear Pro Hac Vice. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners.(jco) (Entered: 04/04/2007) |
| 04/06/2007 | | CASHIERS OFFICE REMARK on 11 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 04/02/2007, Receipt Number 610472. (jd) (Entered: 04/06/2007) |
| 04/06/2007 | 13 | MOTION for Scott B. Wilkens to Appear Pro Hac Vice. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners.(jco) (Entered: 04/12/2007) |
| 04/11/2007 | 12 | NOTICE OF APPEARANCE by Sharmila Sohoni on behalf of Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners (Sohoni, Sharmila) (Entered: 04/11/2007) |
| 04/12/2007 | 14 | NOTICE OF APPEARANCE by Luke Cardillo Platzer on behalf of Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners (Platzer, Luke) (Entered: 04/12/2007) |
| 04/13/2007 | 15 | MEMO ENDORSED granting 11 Motion for Amy L. Tenney to Appear Pro Hac Vice. No opposition SO ORDERED.(Signed by Judge Louis L. Stanton on 4/13/2007) (jmi) (Entered: 04/16/2007) |
| 04/16/2007 | | CASHIERS OFFICE REMARK on 13 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 04/09/2007, Receipt Number 611107. (jd) (Entered: 04/16/2007) |
| 04/20/2007 | 16 | MEMO ENDORSED, granting 13 Motion for Scott B. Wilkens to Appear Pro Hac Vice. (Signed by Judge Louis L. Stanton on 4/20/07) (js) (Entered: 04/23/2007) |
| 04/20/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: 16 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of |

| | | Attorney Information. (js) (Entered: 04/23/2007) |
|---|---|---|
| 04/30/2007 | 17 | NOTICE OF APPEARANCE by Tonia Maria Ouellette Klausner on behalf of Youtube, Inc., Youtube, LLC, Google, Inc. (Klausner, Tonia Maria) (Entered: 04/30/2007) |
| 04/30/2007 | 18 | NOTICE OF APPEARANCE by Jonathan M. Jacobson on behalf of Youtube, Inc., Youtube, LLC, Google, Inc. (Jacobson, Jonathan) (Entered: 04/30/2007) |
| 04/30/2007 | 19 | NOTICE OF APPEARANCE by Tonia Maria Ouellette Klausner on behalf of Youtube, Inc., Youtube, LLC, Google, Inc. (Klausner, Tonia Maria) (Entered: 04/30/2007) |
| 04/30/2007 | 20 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc..(Klausner, Tonia Maria) (Entered: 04/30/2007) |
| 04/30/2007 | 21 | ANSWER to Complaint. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc..(Klausner, Tonia Maria) (Entered: 04/30/2007) |
| 05/01/2007 | 23 | MOTION for Carrie A. Jablonski to Appear Pro Hac Vice. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.(jco) (Entered: 05/03/2007) |
| 05/01/2007 | 24 | MOTION for Shayna S. Cook to Appear Pro Hac Vice. Document filed by Youtube, Inc., Youtube, LLC.(jco) (Entered: 05/03/2007) |
| 05/01/2007 | 25 | MOTION for Mark S. Ouweleen to Appear Pro Hac Vice. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.(jco) (Entered: 05/03/2007) |
| 05/01/2007 | 26 | MOTION for Alison G. Wheeler to Appear Pro Hac Vice. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.(jco) (Entered: 05/03/2007) |
| 05/01/2007 | 27 | MOTION for Phillip S. Beck to Appear Pro Hac Vice. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.(jco) (Entered: 05/03/2007) |
| 05/02/2007 | 22 | NOTICE OF APPEARANCE by Susan Joan Kohlmann on behalf of Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners (Kohlmann, Susan) (Entered: 05/02/2007) |
| 05/08/2007 | | CASHIERS OFFICE REMARK on 23 Motion to Appear Pro Hac Vice, 26 Motion to Appear Pro Hac Vice, 24 Motion to Appear Pro Hac Vice, 27 Motion to Appear Pro Hac Vice, 25 Motion to Appear Pro Hac Vice in the amount of $125.00, paid on 05/01/2007, Receipt Number 613728. (jd) (Entered: 05/08/2007) |
| 05/08/2007 | 33 | MOTION for Caroline E. Wilson to Appear Pro Hac Vice. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.(jco) (Entered: 05/11/2007) |
| 05/08/2007 | 34 | MOTION for Maura L. Rees to Appear Pro Hac Vice. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.(jco) (Entered: 05/11/2007) |
| 05/08/2007 | 35 | MOTION for Bart E. Volkmer to Appear Pro Hac Vice. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.(jco) (Entered: 05/11/2007) |
| 05/08/2007 | 36 | MOTION for David H. Kramer to Appear Pro Hac Vice. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.(jco) (Entered: 05/11/2007) |
| 05/09/2007 | 28 | MEMO ENDORSEMENT on re: 24 MOTION for Shayna S. Cook to Appear Pro Hac Vice. Granted. No opposition. filed by Youtube, LLC, Youtube, Inc. (Signed by Judge Louis L. Stanton on 5/9/07) (djc) (Entered: 05/10/2007) |
| 05/09/2007 | 29 | MEMO ENDORSEMENT on re: Granted. NO opposition 26 MOTION for Alison G. Wheeler to Appear Pro Hac Vice. filed by Youtube, LLC, Youtube, Inc., Google, Inc. (Signed by Judge Louis L. Stanton on 5/9/07) (djc) (Entered: 05/10/2007) |
| 05/09/2007 | 30 | MEMO ENDORSEMENT on re: Granting. No Opposition 25 MOTION for Mark S. Ouwelleen to Appear Pro Hac Vice. filed by Youtube, LLC, Youtube, Inc., Google, Inc. (Signed by Judge Louis L. Stanton on 5/9/07) (djc) (Entered: 05/10/2007) |

| 05/09/2007 | 31 | MEMO ENDORSEMENT on re: Granted. No Opposition 23 MOTION for Carrie A. Jablonski to Appear Pro Hac Vice. filed by Youtube, LLC, Youtube, Inc., Google, Inc. (Signed by Judge Louis L. Stanton on 5/9/07) (djc) (Entered: 05/10/2007) |
| --- | --- | --- |
| 05/09/2007 | 32 | MEMO ENDORSEMENT on re: Granted. No Opposition 27 MOTION for Phillip S. Beck to Appear Pro Hac Vice. filed by Youtube, LLC, Youtube, Inc., Google, Inc. (Signed by Judge Louis L. Stanton on 5/9/07) (djc) (Entered: 05/10/2007) |
| 05/10/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: 28 Memo Endorsement, to the Attorney Admissions Clerk for updating of Attorney Information. (djc) (Entered: 05/10/2007) |
| 05/10/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: 29 Memo Endorsement, to the Attorney Admissions Clerk for updating of Attorney Information. (djc) (Entered: 05/10/2007) |
| 05/10/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: 30 Memo Endorsement, to the Attorney Admissions Clerk for updating of Attorney Information. (djc) (Entered: 05/10/2007) |
| 05/10/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: 31 Memo Endorsement, to the Attorney Admissions Clerk for updating of Attorney Information. (djc) (Entered: 05/10/2007) |
| 05/10/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: 32 Memo Endorsement, to the Attorney Admissions Clerk for updating of Attorney Information. (djc) (Entered: 05/10/2007) |
| 05/16/2007 | 37 | ORDER granting 35 Motion for Bart E. Volkmer to Appear Pro Hac Vice. (Signed by Judge Louis L. Stanton on 5/16/07) (js) (Entered: 05/17/2007) |
| 05/16/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: 37 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (js) (Entered: 05/17/2007) |
| 05/16/2007 | 38 | ORDER granting 36 Motion for David H. Kramer to Appear Pro Hac Vice. (Signed by Judge Louis L. Stanton on 5/16/07) (js) (Entered: 05/17/2007) |
| 05/16/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: 38 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (js) (Entered: 05/17/2007) |
| 05/16/2007 | 39 | ORDER granting 33 Motion for Caroline E. Wilson to Appear Pro Hac Vice. (Signed by Judge Louis L. Stanton on 5/16/07) (js) (Entered: 05/17/2007) |
| 05/16/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: 39 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (js) (Entered: 05/17/2007) |
| 05/16/2007 | 40 | ORDER granting 34 Motion for Maura L. Rees to Appear Pro Hac Vice. (Signed by Judge Louis L. Stanton on 5/16/07) (js) (Entered: 05/17/2007) |
| 05/16/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: 40 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (js) (Entered: 05/17/2007) |
| 05/23/2007 | | CASHIERS OFFICE REMARK on 40 Order on Motion to Appear Pro Hac Vice, 38 Order on Motion to Appear Pro Hac Vice, 37 Order on Motion to Appear Pro Hac Vice, 39 Order on Motion to Appear Pro Hac Vice in the amount of $100.00, paid on 05/08/2007, Receipt Number 614362. (jd) (Entered: 05/23/2007) |
| 06/05/2007 | 41 | ORDER PERMITTING FILING OF, AND DENYING, MOTION TO INTERVENE: Ms. Sandra Ann Bradshaw Lucas–Morrow's May 22, 2007 motion to intervene shall be accepted for filling and docketed by the clerk. The motion is denied. Ms. Lucas–Morrow's motion to intervene is accepted for filing, and is denied. SO ORDERED. (Signed by Judge Louis L. Stanton on 6/4/2007) (jmi) (Entered: 06/06/2007) |

| 06/05/2007 | 42 | MOTION for an Order, purs. to FRCP 24(a) to Intervene. Document filed by Sandra Ann Bradshaw Lucas–Morrow. Received by the Chambers of Louis L. Stanton, see Order dated 6/4/07. (tro) (Entered: 06/07/2007) |
|---|---|---|
| 06/15/2007 | 43 | MOTION for Reconsideration re: 41 Order. Document filed by Sandra Ann Bradshaw Lucas–Morrow.(jco) (Entered: 06/19/2007) |
| 06/28/2007 | 44 | ORDER: Ms. Sandra Ann Bradshaw Lucas–Morrow's motion for reconsideration of my June 4, 2007 order denying her application to intervene, is denied. So Ordered. (Signed by Judge Louis L. Stanton on 6/28/07) (js) (Entered: 06/29/2007) |
| 07/05/2007 | 47 | NOTICE OF APPEAL from 44 Order on Motion for Reconsideration. Document filed by Sandra Ann Bradshaw Lucas–Morrow. Copies sent to attorney(s) of record: Wilson Sonsini Goodrich &Rosati, P.C.; Barlit Beck Herman Palenchar &Scott LLP. (tp) (Entered: 07/20/2007) |
| 07/05/2007 | | Appeal Remark as to 47 Notice of Appeal filed by Sandra Ann Bradshaw Lucas–Morrow. $455.00 APPEAL FEE DUE. (tp) (Entered: 07/20/2007) |
| 07/18/2007 | 45 | NOTICE OF APPEARANCE by Peter H. Hanna on behalf of Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners (Hanna, Peter) (Entered: 07/18/2007) |
| 07/19/2007 | 46 | NOTICE OF APPEARANCE by Matthew William Alsdorf on behalf of Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners (Alsdorf, Matthew) (Entered: 07/19/2007) |
| 07/20/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 47 Notice of Appeal. (tp) (Entered: 07/20/2007) |
| 07/20/2007 | | Transmission of Notice of Appeal to the District Judge re: 47 Notice of Appeal. (tp) (Entered: 07/20/2007) |
| 07/20/2007 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 4 Summons Returned Executed, filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, 13 MOTION for Scott B. Wilkens to Appear Pro Hac Vice. filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, 32 Memo Endorsement, 28 Memo Endorsement, 17 Notice of Appearance filed by Youtube, LLC, Youtube, Inc., Google, Inc., 5 Summons Returned Executed, filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, 22 Notice of Appearance filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, 15 Order on Motion to Appear Pro Hac Vice, 1 Complaint, filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, 47 Notice of Appeal filed by Sandra Ann Bradshaw Lucas–Morrow, 30 Memo Endorsement, 21 Answer to Complaint filed by Youtube, LLC, Youtube, Inc., Google, Inc., 31 Memo Endorsement, 18 Notice of Appearance filed by Youtube, LLC, Youtube, Inc., Google, Inc., 19 Notice of Appearance filed by Youtube, LLC, Youtube, Inc., Google, Inc., 16 Order on Motion to Appear Pro Hac Vice, 40 Order on Motion to Appear Pro Hac Vice, 38 Order on Motion to Appear Pro Hac Vice, 37 Order on Motion to Appear Pro Hac Vice, 44 Order on Motion for Reconsideration, 9 Notice of Appearance filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, 46 Notice of Appearance filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, 34 MOTION for Maura L. Rees to Appear Pro Hac Vice. filed by Youtube, LLC, Youtube, Inc., Google, Inc., 2 Rule 7.1 Corporate Disclosure Statement, filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, 45 Notice of Appearance filed by Country |

| | | Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, <u>39</u> Order on Motion to Appear Pro Hac Vice, <u>29</u> Memo Endorsement, <u>23</u> MOTION for Carrie A. Jablonski to Appear Pro Hac Vice. filed by Youtube, LLC, Youtube, Inc., Google, Inc., <u>35</u> MOTION for Bart E. Volkmer to Appear Pro Hac Vice. filed by Youtube, LLC, Youtube, Inc., Google, Inc., <u>26</u> MOTION for Alison G. Wheeler to Appear Pro Hac Vice. filed by Youtube, LLC, Youtube, Inc., Google, Inc., <u>24</u> MOTION for Shayna S. Coot to Appear Pro Hac Vice. filed by Youtube, LLC, Youtube, Inc., Google, Inc., <u>8</u> Order, <u>41</u> Order, <u>27</u> MOTION for Phillip S. Beck to Appear Pro Hac Vice. filed by Youtube, LLC, Youtube, Inc., Google, Inc., <u>25</u> MOTION for Mark S. Ouwelleen to Appear Pro Hac Vice. filed by Youtube, LLC, Youtube, Inc., Google, Inc., <u>6</u> Summons Returned Executed, filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, <u>11</u> MOTION for Amy L. Tenney to Appear Pro Hac Vice. filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, <u>10</u> Letter, <u>33</u> MOTION for Caroline E. Wilson to Appear Pro Hac Vice. filed by Youtube, LLC, Youtube, Inc., Google, Inc., <u>3</u> Notice of Appearance filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, <u>20</u> Rule 7.1 Corporate Disclosure Statement filed by Youtube, LLC, Youtube, Inc., Google, Inc., <u>14</u> Notice of Appearance filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, <u>12</u> Notice of Appearance filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, <u>36</u> MOTION for David H. Kramer to Appear Pro Hac Vice. filed by Youtube, LLC, Youtube, Inc., Google, Inc., <u>7</u> Summons Returned Executed, filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC were transmitted to the U.S. Court of Appeals. (tp) (Entered: 07/20/2007) |
|---|---|---|
| 07/24/2007 | <u>48</u> | MOTION for Rebecca Weinstein Bacon to Appear Pro Hac Vice. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.(jco) (Entered: 07/26/2007) |
| 07/26/2007 | <u>49</u> | NOTICE OF APPEARANCE by Stuart Jay Baskin on behalf of Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners (Baskin, Stuart) (Entered: 07/26/2007) |
| 07/26/2007 | <u>50</u> | NOTICE OF APPEARANCE by John Gueli on behalf of Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners (Gueli, John) (Entered: 07/26/2007) |
| 07/27/2007 | | Minute Entry for proceedings held before Judge Louis L. Stanton : Initial Pretrial Conference held on 7/27/2007. Pretrial Conference set for 8/6/2007 at 03:00 PM in Courtroom 21C, 500 Pearl Street, New York, NY 10007 before Judge Louis L. Stanton. (db) (Entered: 08/02/2007) |
| 07/30/2007 | | CASHIERS OFFICE REMARK on <u>48</u> Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 07/24/2007, Receipt Number 622075. (jd) (Entered: 07/30/2007) |
| 08/01/2007 | 51 | TRANSCRIPT of proceedings held on 07/27/07 before Judge Louis L. Stanton. (es) (Entered: 08/01/2007) |
| 08/03/2007 | <u>52</u> | NOTICE OF APPEARANCE by Stephen Robert Fishbein on behalf of Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners (Fishbein, Stephen) (Entered: 08/03/2007) |
| 08/06/2007 | <u>53</u> | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION. Attorney Rebecca Weinstein Bacon for Youtube, Inc. and Youtube, LLC admitted Pro Hac Vice. This action has been assigned to the Electronic Case Filing (ECF) system and as such, counsel shall immediately register for an ECF password. (Signed by Judge Louis L. Stanton on 8/6/07) (tro) (Entered: 08/07/2007) |

| 08/06/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: 53 Order Admitting Attorney Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (tro) (Entered: 08/07/2007) |
|---|---|---|
| 08/07/2007 | 54 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Sandra Ann Bradshaw Lucas–Morrow.(pl) (Entered: 08/09/2007) |
| 08/09/2007 | 55 | STIPULATED PRE–TRIAL PROTECTIVE ORDER regarding procedures to be followed that shall govern the handling of confidential material. (Signed by Judge Louis L. Stanton on 8/8/07) (jco) (Entered: 08/13/2007) |
| 08/09/2007 | 56 | VIACOM AND YOUTUBE JOINT RULE 16(b) SCHEDULING ORDER:Amended Pleadings due by 12/31/2007. Deposition due by 12/7/2008. Discovery due by 12/7/2008. this proposed scheduling order has been agreed to by parties in this action, and is deemed sufficient. So Ordered. (Signed by Judge Louis L. Stanton on 8/8/07) (jco) (Entered: 08/13/2007) |
| 08/10/2007 | 58 | VIACOM AND YOUTH JOINT RULE 16(b) SCHEDULING ORDER: Amended Pleadings due by 12/31/2007. Discovery due by 12/7/2008. All other deadlines are set forth in this order. (Signed by Judge Louis L. Stanton on 8/8/07) (kco) (Entered: 08/13/2007) |
| 08/13/2007 | 57 | TRANSCRIPT of proceedings held on 7/27/07 before Judge Louis L. Stanton. (jbe) (Entered: 08/13/2007) |
| 08/20/2007 | 60 | Motion to forward the complete record under F.R.A.P. 10(a)(1). Document filed by Sandra Ann Bradshaw Lucas–Morrow.(dle) (Entered: 08/30/2007) |
| 08/23/2007 | 59 | MOTION for James J. Hartnett, IV to Appear Pro Hac Vice. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc. (jco) (kkc). (Entered: 08/28/2007) |
| 08/23/2007 | 86 | MOTION for John H. Hinderaker to Appear Pro Hac Vice. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.(kkc) (Entered: 02/13/2008) |
| 08/31/2007 | | CASHIERS OFFICE REMARK on 59 Motion to Appear Pro Hac Vice in the amount of $50.00, paid on 08/23/2007, Receipt Number 625286. (jd) (Entered: 08/31/2007) |
| 09/07/2007 | 61 | MEMO ENDORSEMENT on 60 Motion to forward the complete record under F.R.A.P. 10(a)(1). ENDORSEMENT: In light of today's entry upon this Court's docket in this case: "Sent photocopies of documents 42 &43 to USCA 2nd Circuit" this application is dismissed as moot. SO ORDERED. (Signed by Judge Louis L. Stanton on 9/6/07) (kco) (Entered: 09/07/2007) |
| 09/27/2007 | 62 | STIPULATION AND ORDER: It hereby stipulated and agreed by and between the undersigned attorneys for the respctive parties that the parties shall have until October 5, 2007 to stipulate to an ESI Plan. (Signed by Judge Louis L. Stanton on 9/26/2007) (jpo) Additional attachment(s) added on 9/27/2007 (Polanco, Juan). (Entered: 09/27/2007) |
| 10/10/2007 | 63 | STIPULATION AND ORDER: that the parties will stipulate to that part of the ESI plan on which agreement can be reached by 10/5/2007; that the parties will then exchange letters, by 10/8/2007 at 5:00 PM, identifying any matters regarding the ESI plan that remain to be agreed upon and that the parties will continue to meet and confer on those remaining matters and that by 10/12/2007 at 5:00 PM, the parties will file an amended ESI plan to the extent that additional issues have been agreed upon, and will at the same time exchange letters setting out their respective positions with respect to any issues that remain to be agreed upon. No other dates in the Rule 16(b) scheduling order shall be changed or affected by this stipulation and order. (Signed by Judge Louis L. Stanton on 10/9/07) (kco) (Entered: 10/10/2007) |
| 10/24/2007 | 64 | NOTICE OF APPEARANCE by Steven Bernard Fabrizio on behalf of Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners (Fabrizio, Steven) (Entered: 10/24/2007) |

| | | |
|---|---|---|
| 10/26/2007 | 65 | MOTION for Michael H. Rubin to Appear Pro Hac Vice. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc. (jco) (Entered: 10/31/2007) |
| 10/26/2007 | | Minute Entry for proceedings held before Judge Louis L. Stanton : Interim Pretrial Conference held on 10/26/2007. (jar) (Entered: 11/01/2007) |
| 11/09/2007 | 66 | TRANSCRIPT of proceedings before Judge Louis L. Stanton. (djc) (Entered: 11/09/2007) |
| 11/09/2007 | 67 | MOTION for Leo Cunningham to Appear Pro Hac Vice. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc. (jco) (Entered: 11/14/2007) |
| 11/09/2007 | 68 | MOTION for Leo Cunningham to Appear Pro Hac Vice. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc. (jco) (Entered: 11/15/2007) |
| 11/09/2007 | 69 | MOTION for Dylan J. Liddiard to Appear Pro Hac Vice. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc. (jco) (Entered: 11/19/2007) |
| 11/13/2007 | | CASHIERS OFFICE REMARK on 65 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 10/26/2007, Receipt Number 631287. (jd) (Entered: 11/13/2007) |
| 11/20/2007 | 70 | ORDER granting 65 Motion for Michael H. Rubin to Appear Pro Hac Vice as counsel for Defendant. (Signed by Judge Louis L. Stanton on 11/16/2007) (jar) (Entered: 11/20/2007) |
| 11/20/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: 70 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (jar) (Entered: 11/20/2007) |
| 11/21/2007 | | CASHIERS OFFICE REMARK on 67 Motion to Appear Pro Hac Vice, 69 Motion to Appear Pro Hac Vice in the amount of $50.00, paid on 11/09/2007, Receipt Number 632339. (jd) (Entered: 11/21/2007) |
| 11/28/2007 | 71 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION granting 69 Motion for Dylan J. Liddiard to Appear Pro Hac Vice as counsel for Defendants in the above–captioned case. (Signed by Judge Louis L. Stanton on 11/28/07) (tro) (Entered: 11/28/2007) |
| 11/28/2007 | 72 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION granting 67 Motion for Leo Cunningham to Appear Pro Hac Vice as Counsel for Defendants in the above captioned matter. (Signed by Judge Louis L. Stanton on 11/28/07) (tro) (Entered: 11/28/2007) |
| 11/28/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: 72 Order on Motion to Appear Pro Hac Vice, 71 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (tro) (Entered: 11/28/2007) |
| 12/26/2007 | 73 | NOTICE OF APPEARANCE by A. John P. Mancini on behalf of Youtube, Inc., Youtube, LLC, Google, Inc. (Mancini, A.) (Entered: 12/26/2007) |
| 01/07/2008 | 74 | STIPULATION AND ORDER SUBSTITUTING ATTORNEYS: The undersigned hereby stipulate and consent to the substitution of the law firm of Mayer Brown, LLP, by and through its attorneys, Richard Ben–Veniste, Andrew H. Schapiro, and A. John P. Mancini, as attorneys of record for Defendant YouTube, Inc, YouTube, LLC, and Google, Inc. in the above–captioned action in place and instead of the law firm of Barlitt Beck Herman Palenchar &Scott, LLP, and its attorneys, Philip S. Beck, Mark S. Ouweleen, Rebecca Weinstein Bacon, Shayna S. Cook, Carrie A. Jablonski and Alison G. Wheeler. (Signed by Judge Louis L. Stanton on 1/7/08) (tro) (Entered: 01/08/2008) |
| 01/10/2008 | 75 | TRANSCRIPT of proceedings held on 10/26/07 before Judge Judge Louis L. Stanton. (jbe) (Entered: 01/10/2008) |
| 01/24/2008 | 76 | AMENDED STIPULATED PRE–TRIAL PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material.... The terms of the foregoing Stipulation are adopted and shall govern this action unless otherwise ordered by the Court. (Signed by Judge Louis L. Stanton on |

| | | |
|---|---|---|
| | | 1/24/2008) (jar) (Entered: 01/24/2008) |
| 01/24/2008 | 77 | AMENDED STIPULATED PRE–TRIAL PROTECTIVE ORDER; regarding the procedures that will govern the handling of Confidential information. (Signed by Judge Louis L. Stanton on 1/25/08) (pl) (Entered: 01/25/2008) |
| 01/25/2008 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Interim Pretrial Conference held on 1/25/2008. (pl) (Entered: 03/05/2008) |
| 01/28/2008 | 78 | MANDATE of USCA (Certified Copy) as to 47 Notice of Appeal filed by Sandra Ann Bradshaw Lucas–Morrow USCA Case Number 07–3122–cv. Appellant, pro se, moves for leave to proceed in forma pauperis and for remand to the district court. Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. See Neitzke v. Williams, 490 U.S. 319, 325 (1989); 28 U.S.C. 1915(e). Catherine O'Hagan Wolfe, Clerk USCA. Issued As Mandate: 1/23/2008. (nd) (Entered: 01/28/2008) |
| 01/28/2008 | | Transmission of USCA Mandate/Order to the District Judge re: 78 USCA Mandate,,. (nd) (Entered: 01/28/2008) |
| 01/29/2008 | 79 | ENDORSED LETTER addressed to Judge Louis L. Stanton from Susan J. Kohlmann dated 1/18/08 re: the plaintiffs in both actions have agreed to submit a consolidated brief. The parties have agreed on a proposed briefing schedule as follows: Moving Briefs 2/8/08; Opposition Briefs 2/28/08 and Reply Briefs – 3/7/08. Endorsement: So Ordered. (Signed by Judge Louis L. Stanton on 1/25/08) (pl) (Entered: 01/29/2008) |
| 02/08/2008 | 80 | MOTION for Leave to File First Amended Complaint. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners.(Verrilli, Donald) (Entered: 02/08/2008) |
| 02/08/2008 | 81 | MEMORANDUM OF LAW in Support re: 80 MOTION for Leave to File First Amended Complaint.. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: # 1 Exhibit First Amended Complaint, # 2 Exhibit First Amended Complaint ("Blackline"), # 3 Text of Proposed Order)(Verrilli, Donald) (Entered: 02/08/2008) |
| 02/11/2008 | 82 | MEMORANDUM OF LAW in Opposition re: 80 MOTION for Leave to File First Amended Complaint.. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 02/11/2008) |
| 02/11/2008 | 83 | DECLARATION of Andrew H. Schapiro in Opposition re: 80 MOTION for Leave to File First Amended Complaint.. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit 1 to Declaration of Andrew H. Schapiro)(Schapiro, Andrew) (Entered: 02/11/2008) |
| 02/11/2008 | 85 | MOTION to Compel. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners.(Verrilli, Donald) (Entered: 02/11/2008) |
| 02/15/2008 | 87 | REPLY MEMORANDUM OF LAW in Support re: 80 MOTION for Leave to File First Amended Complaint.. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Verrilli, Donald) (Entered: 02/15/2008) |
| 02/15/2008 | 88 | ORDER granting 86 Motion for John H. Hinderaker to Appear Pro Hac Vice. (Signed by Judge Louis L. Stanton on 2/15/08) (mr) (Entered: 02/15/2008) |
| 02/15/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: 88 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (mr) (Entered: 02/15/2008) |
| 02/15/2008 | 89 | ORDER granting 59 Motion for James J. Hartnett, IV to Appear Pro Hac Vice. (Signed by Judge Louis L. Stanton on 2/15/08) (mr) (Entered: 02/15/2008) |

| 02/15/2008 |     | Transmission to Attorney Admissions Clerk. Transmitted re: 89 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (mr) (Entered: 02/15/2008) |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 02/22/2008 |     | Minute Entry for proceedings held before Judge Louis L. Stanton: Interim Pretrial Conference held on 2/22/2008. (pl) (Entered: 02/28/2008) |
| 02/29/2008 | 90  | CROSS MOTION for Protective Order. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc..(Schapiro, Andrew) (Entered: 02/29/2008) |
| 03/06/2008 | 94  | NOTICE OF APPEARANCE by Michael Brian Desanctis on behalf of Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners (Desanctis, Michael) (Entered: 03/06/2008) |
| 03/07/2008 | 95  | OPINION AND ORDER # 95808: Plaintiffs' motion for leave to amend the complaint to assert a punitive damages claim is denied. (Signed by Judge Louis L. Stanton on 3/7/2008) (jpo) Modified on 3/12/2008 (rw). (Entered: 03/10/2008) |
| 03/10/2008 | 96  | TRANSCRIPT of proceedings held on 1/25/08 before Judge Louis L. Stanton. (ama) (Entered: 03/10/2008) |
| 03/13/2008 | 97  | TRANSCRIPT of proceedings held on 2/22/08 before Judge Louis L. Stanton. (ama) (Entered: 03/13/2008) |
| 03/31/2008 | 101 | ENDORSED LETTER addressed to Judge Louis L. Stanton from Andrew H. Schapiro dated 3/28/2008 re: Requesting permission to file a sur–reply responding to the new material that Plaintiffs have presented. ENDORSEMENT: YouTube may file a sur–reply. SO ORDERED. (Signed by Judge Louis L. Stanton on 3/31/2008) (ae) (Entered: 04/02/2008) |
| 04/02/2008 | 102 | ENDORSED LETTER addressed to Judge Louis L. Stanton from Susan J. Kohlman dated 4/1/2008 re: Requesting that the Court reconsider its order granting Defendants leave to file a surreply in opposition to Plaintiffs' motion to compel. ENDORSEMENT: Denied. (Signed by Judge Louis L. Stanton on 4/1/2008) (jpo) (Entered: 04/02/2008) |
| 04/02/2008 | 103 | ENDORSED LETTER addressed to Judge Louis L. Stanton from Susan J. Kohlmann dated 4/1/08 re: counsel writes on behalf of the Plaintiffs to respectfully request that the Court reconsider its order granting Defendants leave to file a surreply in opposition to Plaintiffs' motion to compel. ENDORSEMENT: Denied. (Signed by Judge Louis L. Stanton on 4/1/08) (djc) (Entered: 04/02/2008) |
| 04/10/2008 | 105 | STIPULATION AND ORDER, all Mayer Brown attorneys and other personnel who performed services in connection with Mayer Brown's prior engagement by Plaintiffs and their affiliates relating to document retention shall be screened from offensive document discovery directed at Viacom in the action titled Viacom Intl etal v. YouTube etal, and as further set forth in this document. This screen shall continue in place only until the conclusion of fact discovery. (Signed by Judge Louis L. Stanton on 4/9/08) (cd) (Entered: 04/10/2008) |
| 04/24/2008 | 106 | AMENDED COMPLAINT for Declaration and injunctive Relief and Damages and Demand for Jury Trial amending 1 Complaint, against Youtube, Inc., Youtube, LLC, Google, Inc.Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. Related document: 1 Complaint, filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC.(jmi) (Additional attachment(s) added on 5/6/2008: # 1 Exhibit) (dle). (Entered: 04/25/2008) |
| 05/15/2008 | 107 | SECOND AMENDED STIPULATED PRETRIAL PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material.... (Signed by Judge Louis L. Stanton on 5/14/08) (cd) (Entered: 05/15/2008) |
| 05/22/2008 | 108 | NOTICE OF CHANGE OF ADDRESS by Donald B. Verrilli, Jr on behalf of Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. New |

| | | Address: Jenner &Block LLP, 1099 New York Avenue, NW, Suite 900, Washington, DC, USA 20001–4412, 202–639–6000. (Verrilli, Donald) (Entered: 05/22/2008) |
|---|---|---|
| 05/22/2008 | 109 | NOTICE OF CHANGE OF ADDRESS by Michael Brian Desanctis on behalf of Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. New Address: Jenner &Block LLP, 1099 New York Avenue, NW, Suite 900, Washington, DC, USA 20001–4412, 202–639–6000. (Desanctis, Michael) (Entered: 05/22/2008) |
| 05/22/2008 | 110 | NOTICE OF CHANGE OF ADDRESS by Sharmila Sohoni on behalf of Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. New Address: Jenner &Block LLP, 1099 New York Avenue, NW, Suite 900, Washington, DC, USA 20001–4412, 202–639–6000. (Sohoni, Sharmila) (Entered: 05/22/2008) |
| 05/22/2008 | 111 | NOTICE OF CHANGE OF ADDRESS by William M. Hohengarten on behalf of Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. New Address: Jenner &Block LLP, 1099 New York Avenue, NW, Suite 900, Washington, DC, USA 20001–4412, 202–639–6000. (Hohengarten, William) (Entered: 05/22/2008) |
| 05/23/2008 | 112 | ANSWER to Amended Complaint with JURY DEMAND. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc..(Mancini, A.) (Entered: 05/23/2008) |
| 05/27/2008 | 113 | NOTICE OF CHANGE OF ADDRESS by Amy L. Tenney on behalf of Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. New Address: Jenner &Block LLP, 1099 New York Avenue, NW, Suite 900, Washington, D.C., USA 20001, 202–639–6000. (Tenney, Amy) (Entered: 05/27/2008) |
| 05/27/2008 | 114 | NOTICE OF CHANGE OF ADDRESS by Scottt Block Wilkens on behalf of Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. New Address: Jenner &Block LLP, 1099 New York Avenue, NW, Suite 900, Washington, D.C., USA 20001, 202–639–6000. (Wilkens, Scottt) (Entered: 05/27/2008) |
| 06/04/2008 | 115 | NOTICE OF CHANGE OF ADDRESS by Luke Cardillo Platzer on behalf of Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. New Address: Jenner &Block LLP, 1099 New York Avenue, NW, Suite 900, Washington, DC, USA 20001–4412, (202) 639–6094. (Platzer, Luke) (Entered: 06/04/2008) |
| 06/23/2008 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Pretrial Conference held on 6/23/2008. Next conference set for 9/5/08 at 3:00 and 10/28/08 at 3:00. (jmi) (Entered: 06/27/2008) |
| 06/24/2008 | 116 | ORDER; that the issues presented in defendants' motion to Compel dated 2/8/08 are disposed of by the rulings stated upon the record in open court today. (Signed by Judge Louis L. Stanton on 6/23/08) (pl) (Entered: 06/24/2008) |
| 07/02/2008 | 117 | OPINION AND ORDER #96195: For the reasons set forth in this Order; (1) The cross–motion for a protective order barring disclosure of the source code for the YouTube.com search function is granted, and the motion to compel production of that search code is denied; (2) The motion to compel production of the source code for the Video ID program is denied; (3) The motion to compel production of all removed videos is granted; (4) The motion to compel production of all data from the Logging database concerning each time a YouTube video has been viewed on the YouTube website or through embedding on a third–party website is granted; (5) the motion to compel production of those data fields which defendants have agreed to produce for the works–in–suit, for all videos that have been posted to the YouTube website is denied; (6) The motion to compel production of the schema for the Google Video Advertising database is denied; (7) The motion to compel |

| | | |
|---|---|---|
| | | production of the schema for the Google Video Content database is granted; and (8) The motion to compel production of the private videos and data related to them is denied at this time except to the extent it seeks production of the specified non−content data about such videos. So ordered. (Signed by Judge Louis L. Stanton on 7/1/2008) (tve) Modified on 7/2/2008 (mr). (Entered: 07/02/2008) |
| 07/07/2008 | 118 | TRANSCRIPT of proceedings held on 6/23/08 before Judge Louis L. Stanton. (ama) (Entered: 07/07/2008) |
| 07/07/2008 | 119 | STIPULATION AND ORDER: The Viacom plaintiffs and defendants have agreed to settle their differences with respect to such possible disqualification by means of an appropriate screen to avoid any leakage of the previously disclosed highly confidential information pertaining to Google's business, as set forth herein. (Signed by Judge Louis L. Stanton on 7/7/2007) (jpo) (Entered: 07/07/2008) |
| 07/17/2008 | 120 | STIPULATION REGARDING 7/1/08 OPINION AND ORDER, with respect to Section 4 of the Court's Opinion and Order dated 7/1/08, in light of certain user privacy concerns which have been raised. (Signed by Judge Louis L. Stanton on 7/17/08) (cd) (Entered: 07/17/2008) |
| 07/18/2008 | 121 | MOTION for Sarah A. Maquire to Appear Pro Hac Vice. w/ attch. Affidavit in support. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC.(pl) (Entered: 07/21/2008) |
| 07/18/2008 | 122 | MOTION for James C. Cox to Appear Pro Hac Vice; w/ attch. Affidavit in support. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners.(pl) (rw). (Entered: 07/21/2008) |
| 07/28/2008 | | CASHIERS OFFICE REMARK on 122 Motion to Appear Pro Hac Vice, 121 Motion to Appear Pro Hac Vice in the amount of $50.00, paid on 7/18/08, Receipt Number 657128. (Quintero, Marcos) (Entered: 07/28/2008) |
| 08/12/2008 | 123 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION granting 121 Motion for Sarah A. Maguire to Appear Pro Hac Vice for plaintiffs Viacom International etal. (Signed by Judge Louis L. Stanton on 8/11/08) (cd) (Entered: 08/12/2008) |
| 08/12/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: 123 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (cd) (Entered: 08/12/2008) |
| 08/12/2008 | 124 | ORDER FOR ADMISSION PRO HAC ON WRITTEN MOTION: granting 122 Motion for James C. Cox to Appear Pro Hac Vice. (Signed by Judge Louis L. Stanton on 8/11/2008) (jfe) Modified on 8/20/2008 (rw). (Entered: 08/15/2008) |
| 08/15/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: 124 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (jfe) (Entered: 09/17/2008) |
| 08/26/2008 | 125 | MOTION for Melissa A. Cox to Appear Pro Hac Vice. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners.(dle) (Entered: 08/27/2008) |
| 09/05/2008 | | CASHIERS OFFICE REMARK on 124 Order on Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 8/26/08, Receipt Number 661583. (Quintero, Marcos) (Entered: 09/05/2008) |
| 09/12/2008 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Interim Pretrial Conference held on 9/12/2008. (js) (Entered: 09/19/2008) |
| 09/18/2008 | 126 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION granting 125 Motion for Melissa A. Cox to Appear Pro Hac Vice. (Signed by Judge Louis L. Stanton on 9/18/08) (mme) (Entered: 09/18/2008) |

| | | |
|---|---|---|
| 09/18/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: 126 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (mme) (Entered: 09/18/2008) |
| 09/26/2008 | 127 | NOTICE OF CHANGE OF ADDRESS by Sharmila Sohoni on behalf of Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. New Address: Jenner &Block LLP, 919 Third Avenue, 37th Floor, New York, New York, United States 10022, 212–891–1674. (Sohoni, Sharmila) (Entered: 09/26/2008) |
| 10/02/2008 | 128 | TRANSCRIPT of proceedings held on 9/12/2008 before Judge Louis L. Stanton. (jn) (Entered: 10/02/2008) |
| 10/10/2008 | 129 | ENDORSED LETTER addressed to Judge Louis Stanton from Susan Kohlmann dated 10/7/08 re: Request to remove Adam F. Watkins as attorney for plaintiffs and to add Sarah A. Maguire on behalf of plaintiffs. ENDORSEMENT: So ordered. (Signed by Judge Louis L. Stanton on 10/10/08) (cd) (Entered: 10/10/2008) |
| 10/10/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: 129 Endorsed Letter to the Attorney Admissions Clerk for updating of Attorney Information. (cd) (Entered: 10/10/2008) |
| 10/16/2008 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Telephone Conference held on 10/16/2008. Ruled on discovery issue. (tro) (Entered: 10/22/2008) |
| 11/14/2008 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Status Conference held on 11/14/2008. (mro) (Entered: 11/18/2008) |
| 11/25/2008 | 130 | TRANSCRIPT of proceedings held on 11/14/08 before Judge Louis L. Stanton. (ama) (Entered: 11/25/2008) |
| 02/12/2009 | 132 | MOTION For Leave To Withdraw Donald B. Verrilli, Jr., Steven B. Fabrizio, And Peter H. Hanna As Counsel For Viacom International Inc., Et al. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: # 1 Text of Proposed Order)(Hohengarten, William) (Entered: 02/12/2009) |
| 02/20/2009 | 133 | LETTER addressed to Judge Louis L. Stanton from Sandra Ann Bradshaw Lucas–Morrow dated 1/20/2009 re: Pro Se Movant writes seeking the Court's permission to submit a motion to join both the United Department of Justice ("DOJ") and Movant as indispensable parties under Federal Rule 19 in the above captioned related actions. (tve) (Entered: 02/20/2009) |
| 02/20/2009 | 134 | MEMO ENDORSEMENT on re: 133 Letter. ENDORSEMENT: Treating Ms. Lucas–Harrow's letter dated January 20, 2009 as a pro se motion under Fed. R. Civ. P. 19 to join both herself and the United States Department of Justice ("DOJ") as necessary and indispensable parties in these related actions alleging violations of the Copyright Act of 1976 on the YouTube website, the motion is denied. Ms. Lucas–Morrow' s pro se application for leave to join herself and the DOJ as parties in these cases is denied. So ordered. (Signed by Judge Louis L. Stanton on 2/19/2009) (tve) (Entered: 02/20/2009) |
| 03/25/2009 | 135 | MEMORANDUM ENDORSEMENT: It is ORDERED that her instant pro se request by letter dated 3/19/09 for another review of the Order denying her pro se motion to intervene in this action is denied. (Signed by Judge Louis L. Stanton on 3/25/09) Copies Mailed By Chambers. (tro) (Entered: 03/25/2009) |
| 04/01/2009 | 136 | MOTION for Eric Haren to Appear Pro Hac Vice. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners.(dle) (Entered: 04/02/2009) |
| 04/02/2009 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Discovery Hearing held and concluded on 4/2/2009. (mro) (Entered: 04/03/2009) |

| 04/15/2009 | 137 | ENDORSED LETTER addressed to Judge Louis L. Stanton from Andrew H. Schapiro dated 4/15/2009 re: Counsel for defendant You Tube writes requesting that the Court confirm that the 225 hours allotted to YouTube for depositions of the "Collective Plaintiff" applies only to depositions of Viacom, Premier Lounge, and Bourne; that the depositions of the 15 plaintiffs added to this case after the Rule 16(b) Order was entered are not included within the 225 hours allotted to YouTube for depositions of the "Collective Plaintiffs"; and that the parties should negotiate in good faith towards an allocation of remaining hours for depositions of the latter−added plaintiffs, on the basis of whatever is realistically needed. ENDORSEMENT: That is correct. (Signed by Judge Louis L. Stanton on 4/15/2009) (tve) (Entered: 04/15/2009) |
|---|---|---|
| 04/15/2009 | | TRANSCRIPT of proceedings held on 4/2/2009 before Judge Louis L. Stanton. (jmi) (Entered: 04/23/2009) |
| 04/20/2009 | 138 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION granting 136 Motion for Eric R. Haren to Appear Pro Hac Vice. (Signed by Judge Louis L. Stanton on 4/20/2009) (jpo) (Entered: 04/20/2009) |
| 04/20/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: 138 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (jpo) (Entered: 04/20/2009) |
| 04/23/2009 | | CASHIERS OFFICE REMARK on 136 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 04/01/2009, Receipt Number 683076. (jd) (Entered: 04/23/2009) |
| 04/29/2009 | 139 | STIPULATION AND ORDER REGARDING JUNE 23, 2008 order and VIACOM'S DISCOVERY OBLIGATIONS (Signed by Judge Louis L. Stanton on 4/29/09) (djc) (Entered: 05/01/2009) |
| 06/12/2009 | 140 | MOTION for Amy L. Tenney to Withdraw as Attorney / *Motion for Leave to Withdraw Amy L. Tenney as Counsel for Viacom International Inc., et al.*. Document filed by Viacom International, Inc..(Kohlmann, Susan) (Entered: 06/12/2009) |
| 07/07/2009 | 141 | STIPULATION AND ORDER REGARDING PRIVILEGE LOGS. The following preocedures shall apply to the creation and production of privilege logs in these actions. (Signed by Judge Louis L. Stanton on 7/7/09) (djc) (Entered: 07/07/2009) |
| 07/17/2009 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Pre−Motion Conference held on 7/17/2009. (tro) (Entered: 07/21/2009) |
| 07/27/2009 | 142 | SEALED DOCUMENT placed in vault.(jri) (Entered: 07/28/2009) |
| 07/28/2009 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Interim Pretrial Conference held on 7/28/2009. (tro) (Entered: 07/29/2009) |
| 07/30/2009 | 143 | SEALED DOCUMENT placed in vault.(jri) (Entered: 07/31/2009) |
| 08/05/2009 | 148 | TRANSCRIPT of proceedings held on 7/17/09 before Judge Louis L. Stanton. (pl) (Entered: 08/11/2009) |
| 08/06/2009 | 145 | TRANSCRIPT of proceedings held on 7/28/09 before Judge Louis L. Stanton. (pl) (Entered: 08/07/2009) |
| 08/07/2009 | 144 | ENDORSED LETTER addressed to Judge Louis L. Stanton from Kirsten Nelson Cunha dated 8/6/09 re: Counsel write concerning Defendants' Motion to Compel that was filed on 7/27/09. The parties have agreed to request to an extension of the briefing scheduled as follows: Plaintiffs' answering brief would be due on 8/14/09, and Defendants' reply would be due on 8/24/09. ENDORSEMENT: So Ordered. (Signed by Judge Louis L. Stanton on 8/6/09) (tro) (Entered: 08/07/2009) |
| 08/07/2009 | 146 | ORDER granting 140 Motion to Withdraw as Attorney. Upon the motion of Jenner &Block, LLP, Amy L. Tenney is hereby granted leave to withdraw as counsel for plaintiffs in this action. Attorney Amy L. Tenney terminated.(Signed by Judge Louis L. Stanton on 8/7/09) (tro) (Entered: 08/07/2009) |

| 08/07/2009 | 147 | ORDER GRANTING MOTION OF JENNER &BLOCK LLP FOR LEAVE TO WITHDRAW DONALD B. VERRILLI, JR., STEVEN B. FABRIZIO, AND PETER H. HANNA AS COUNSEL re: 132 Motion. Upon the motion of Jenner &Block LLP, and there being no opposition, IT IS HEREBY ORDERED that Donald B. Verrilli, Jr., Steven B. Fabrizio, and Peter H. Hanna are granted leave to withdraw as counsel for the plaintiffs in the above–captioned action. (Signed by Judge Louis L. Stanton on 8/7/09) (tro) (Entered: 08/07/2009) |
|---|---|---|
| 08/18/2009 | 149 | ENDORSED LETTER addressed to Judge Louis L. Stanton from Kristen Nelson Cunha dated 8/14/2009 re: Requesting a further extension of the briefing schedule such that: Plaintiffs' answering brief would be due on August 18, 2009 and Defendants' reply would be due on August 26, 2009. ENDORSEMENT: So Ordered. (Signed by Judge Louis L. Stanton on 8/17/2009) (jpo) (Entered: 08/18/2009) |
| 08/25/2009 | 150 | STIPULATION &ORDER REGARDING VIACOM'S COPYRIGHT MONITORING PRIVILEGE ASSERTIONS: The terms set forth herein shall govern the stipulated relief to be entered by the Court concerning the July 27 motion. (Signed by Judge Louis L. Stanton on 8/24/09) (dle) (Entered: 08/25/2009) |
| 08/28/2009 | 151 | SEALED DOCUMENT placed in vault.(jri) (Entered: 08/28/2009) |
| 09/11/2009 | 152 | MOTION for Melissa A. Cox to Withdraw as Attorney. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners.(Kohlmann, Susan) (Entered: 09/11/2009) |
| 09/14/2009 | 153 | MEMO ENDORSEMENT ON MOTION FOR LEAVE TO WITHDRAW MELISSA A. COX FOR VIACOM INTERNATIONAL INC., ET AL. ENDORSEMENT: So Ordered. (Signed by Judge Louis L. Stanton on 9/14/09) (dle) (Entered: 09/14/2009) |
| 10/05/2009 | 154 | ORDER that, consistent with Paragraph 1 of the July 7, 2009 Stipulation, the Viacom Plaintiffs will produce all MSO Agreement Materials in their possession, custody or control, related to the following multiple system cable operators and satellite television providers by no later than October 15, 2009: Time Warner Cable, Inc. and Verizon Communications Inc. (Signed by Judge Louis L. Stanton on 10/5/2009) (jmi) (Entered: 10/05/2009) |
| 10/09/2009 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Interim Pretrial Conference held on 10/9/2009. (mro) (Entered: 10/22/2009) |
| 10/16/2009 | 155 | TRANSCRIPT of proceedings held on October 9, 2009 before Judge Louis L. Stanton. (mro) (Entered: 10/29/2009) |
| 10/23/2009 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Discovery Hearing held on 10/23/2009. (mro) (Entered: 10/27/2009) |
| 10/28/2009 | 156 | TRANSCRIPT of proceedings held on 10/9/09 before Judge Louis L. Stanton. (ldi) (Entered: 11/03/2009) |
| 11/05/2009 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Telephone Conference held regarding discovery question on 11/5/2009. (mro) (Entered: 11/06/2009) |
| 11/10/2009 | 158 | TRANSCRIPT of proceedings held on October 23, 2009 before Judge Louis L. Stanton. (mro) (Entered: 11/12/2009) |
| 11/10/2009 | 159 | TRANSCRIPT of proceedings held on October 23, 2009 at 11:35 am before Judge Louis L. Stanton. (rdz) (Entered: 11/12/2009) |
| 11/12/2009 | 157 | STIPULATION &ORDER REGARDING CERTAIN OF DEFENDANTS' COMMON INTEREST PRIVILEGE ASSERTIONS. IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record, for the parties hereto, to the following terms: Defendants agree to produce documents described on the July 27 Privilege Log without redaction within 14 days of the execution of this stipulation. Unless Defendants expressly indicate to the contrary, the production of documents pursuant to this Paragraph is not an indication that Defendants have withdrawn their initial claims of privilege, |

| | | although Defendants agree that they will no longer assert such a claim with respect to these documents... and as further set forth regarding the procedures to be followed that shall govern the handling of this STIPULATION & ORDER REGARDING CERTAIN OF DEFENDANTS' COMMON INTEREST PRIVILEGE ASSERTIONS. Relates to 07–2103, 07–3582. (Signed by Judge Louis L. Stanton on 11/10/09) (rjm) (Entered: 11/12/2009) |
|---|---|---|
| 11/13/2009 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Hearing re: protective order held on 11/13/2009. (mro) (Entered: 11/16/2009) |
| 11/16/2009 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Discovery Hearing held on 11/16/2009. (mro) (Entered: 11/17/2009) |
| 12/08/2009 | 160 | TRANSCRIPT of proceedings held on 11/16/2009 before Judge Louis L. Stanton. (tve) (Entered: 12/10/2009) |
| 12/08/2009 | 161 | TRANSCRIPT of proceedings held on 11/13/2009 before Judge Louis L. Stanton. (tve) (Entered: 12/10/2009) |
| 12/21/2009 | 162 | ORDER: Plaintiffs may withdraw "accused clips" by notice of their dismissal with prejudice under Fed. R. Civ. P. 41 (a) (2), which I will "So Order." Partial judgment in defendants' favor on those claims will not be entered, lest it give an appearance of having an effect beyond that accorded by Rule 54(b). (Signed by Judge Louis L. Stanton on 12/18/2009) (jpo) (Entered: 12/21/2009) |
| 12/22/2009 | 163 | ENDORSED LETTER addressed to Judge Louis L. Stanton from Andrew H. Schapiro dated 12/1/09 re: On behalf of Defendants ("YouTube"), we write in reply to Viacom's November 25, 2009 letter concerning Viacom's recent effort to withdraw infringement claims in this case. ENDORSEMENT: To the Clerk of the Court: Please docket and place this document in the public file. (Signed by Judge Louis L. Stanton on 12/21/09) (rjm) (Entered: 12/22/2009) |
| 12/22/2009 | 164 | ENDORSED LETTER addressed to Judge Louis L. Stanton from Andrew H. Schapiro dated 11/20/09 re: On behalf of Defendants ("YouTube"), we write to request a Court conference to address Viacom's recent attempt to unilaterally make material changes to its list of works in suit and alleged infringements. ENDORSEMENT: To the Clerk of the Court: Please docket and place this document in the public file. (Signed by Judge Louis L. Stanton on 12/21/09) (rjm) (Entered: 12/22/2009) |
| 12/22/2009 | 165 | ENDORSED LETTER addressed to Judge Louis L. Stanton from Susan J. Kohlmann dated 11/25/09 re: Plaintiffs Viacom International Inc. et al. ("Viacom") write in response to Defendants' November 20, 2009, letter to this Court, in which Defendants request a conference to address Viacom's withdrawal of roughly 250 "accused clips" from its prior responses to Defendants' discovery requests for identification of works in suit. ENDORSEMENT: To the Clerk of the Court: Please docket and place this document in the public file. (Signed by Judge Louis L. Stanton on 12/21/09) (rjm) (Entered: 12/22/2009) |
| 12/30/2009 | 166 | ENDORSED LETTER addressed to Judge Louis L. Stanton from Andrew H. Schapiro dated 12/21/2009 re: Requesting that the Court order Stone and Parker to produce all responsive documents by December 31, 2009. ENDORSEMENT: SO ORDERED. (Signed by Judge Louis L. Stanton on 12/28/2009) (jpo) (Entered: 12/30/2009) |
| 01/07/2010 | 167 | ENDORSED LETTER addressed to Judge Louis L. Stanton from Stuart J. Baskin dated 12/21/2009 re: Plaintiff Viacom International Inc., et al., respectfully request a premotion conference in advance of filing or alternatively seek permission to file a motion for summary judgment on Defendants' liability for copy right infringement and applicability of the Digital Millennium Copyright Act. ENDORSEMENT: To the Clerk of the Court: Please docket and place this document in the public file. So Ordered. (Signed by Judge Louis L. Stanton on 12/30/2009) (jfe) (Entered: 01/07/2010) |
| 01/07/2010 | 168 | ENDORSED LETTER addressed to Judge Louis L. Stanton from Stuart J. Baskin dated 12/30/2009 re: Counsel encloses a redacted version of Plaintiffs' December 21, 2009 letter requesting a premotion conference in advance of filing or |

| | | alternatively seeking permission to file a motion for summary judgment on Defendants' liability for copyright infringement and applicability of the Digital Millennium Copyright Act (DMCA). ENDORSEMENT: To the Clerk of the Court: Please docket and place this document in the public file. So Ordered. (Signed by Judge Louis L. Stanton on 12/30/2009) (jfe) (Entered: 01/07/2010) |
|---|---|---|
| 01/07/2010 | 169 | ENDORSED LETTER addressed to Judge Louis L. Stanton from Andrew H. Schapiro dated 12/28/2009 re: Counsel writes in response to Plaintiffs' 12/21/209 pre–motion letter in the issue of summary judgment motions in the cases set forth within. ENDORSEMENT: In this case, no pre–motion conference will be required. Each side may move for summary judgment, on a schedule for briefs to be agreed by counsel and approved by the Court. So Ordered. (Signed by Judge Louis L. Stanton on 12/30/2009) (jfe) (Entered: 01/07/2010) |
| 03/01/2010 | 170 | MOTION for Matthew S. Hellman to Appear Pro Hac Vice. Document filed by Viacom International, Inc., et al. (mro) (Entered: 03/02/2010) |
| 03/04/2010 | 171 | VIACOM PLAINTIFFS' AND YOUTUBE'S JOINT STIPULATION SUMMARY JUDGMENT: It is hereby stipulated and agreed by and between the parties that the parties' summary judgment motions shall be briefed in accordance with the following schedule and additional understandings, as set forth in this stipulation. Moving briefs shall be filed on or before March 5, 2010. Opposition briefs shall be filed on Or before April 30, 2010. Reply briefs shall be filed on or before June 4, 2010 and as further set forth in this stipulation. (Signed by Judge Louis L. Stanton on 3/4/2010) (jpo) (Entered: 03/04/2010) |
| 03/04/2010 | | Set Deadlines/Hearings: Motions due by 3/5/2010. Replies due by 6/4/2010. Responses due by 4/30/2010 (jpo) (Entered: 03/04/2010) |
| 03/04/2010 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Telephone Conference held on 3/4/2010. (mro) (Entered: 03/08/2010) |
| 03/04/2010 | | ***DELETED DOCUMENT. Deleted document number 172 Stipulation and Order. The document was incorrectly filed in this case. (jmi) (Entered: 03/15/2010) |
| 03/05/2010 | 173 | SEALED DOCUMENT placed in vault.(nm) (Entered: 03/05/2010) |
| 03/05/2010 | | CASHIERS OFFICE REMARK on 170 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 03/01/2010, Receipt Number 895628. (jd) (Entered: 03/05/2010) |
| 03/05/2010 | 174 | ENDORSED LETTER addressed to Judge Louis L. Stanton from Stuart J. Baskin dated 3/1/2010 re: Requesting that the Court "so order" Viacom's proposal for promptly unsealing the judicial record as it is placed before the Court. ENDORSEMENT: Please docket and place this document in the public file. (Signed by Judge Louis L. Stanton on 3/5/2010) (jpo) (Entered: 03/05/2010) |
| 03/05/2010 | 175 | ENDORSED LETTER addressed to Judge Louis L. Stanton from Andrew H. Schapiro dated 3/3/2010 re: We submit this letter in response to Viacom's March 1, 2010 letter proposing a timetable and procedure for unsealing materials and documents related to the upcoming motions for summary judgment. ENDORSEMENT: Please docket and place this document in the public file. (Signed by Judge Louis L. Stanton on 3/5/2010) (jpo) (Entered: 03/05/2010) |
| 03/05/2010 | 176 | MOTION for Partial Summary Judgment /Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: # 1 Affirmation of Service)(Kohlmann, Susan) (Entered: 03/05/2010) |
| 03/05/2010 | 177 | MOTION for Summary Judgment Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc..(Schapiro, Andrew) (Entered: 03/05/2010) |
| 03/05/2010 | 180 | SEALED DOCUMENT placed in vault.(nm) (Entered: 03/09/2010) |

| 03/08/2010 | 178 | LETTER addressed to Judge Louis L. Stanton from Stuart J. Baskin dated 3/3/10 re: summary judgment motions. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners.(db) (Entered: 03/08/2010) |
|---|---|---|
| 03/08/2010 | 179 | MEMO ENDORSEMENT: 1. The parties' briefs and evidentiary materials relatedto the parties' summary judgment motions shall be filed under seal; 2. Within 10 days of filing, each party shall identify to its adversary the portions of the filings which it claims should be kept redacted. Objections to the unsealing of portions not thus identified are waived, and they shall promptly be unsealed; 3. Within the following week, the parties shall meet andconfer with respect to contested items; 4. Within the week following those meetings, the parties shall submit unresolved matters to the Court; 5. The Court will either rule on the contested items, or set a date when the parties can be heard on specific items; and 6. With respect to each item which the parties agree should be redacted, they (jointly or singly) shall within thenext following 10 days submit proposed findings of fact, narrowly tailored to the item, justifying its redaction. (Signed by Judge Louis L. Stanton on 3/5/10) (db) (Entered: 03/08/2010) |
| 03/10/2010 | 181 | NOTICE OF DISMISSAL OF SPECIFIED CLIPS WITH PREJUDICE, that pursuant to the Court's Order of December 18, 2009, which provides that "Plaintiffs may withdraw 'accused clips' by notice of their dismissal with prejudice under Fed. R. Civ. P. 41(a)(2), which I will 'So Order,'" and which further provides that "Partial judgment in defendants' favor on those claims will not be entered, lest it give an appearance of having an effect beyond that accorded by Rule 54(b)," the plaintiffs in the above–captioned action ("Viacom") hereby provide notice of the dismissal with prejudice under Fed. R. Civ. P. 41(a)(2) of the video clips listed on the attached Schedules A and B. Viacom respectfully requests that the Court "So Order" this notice of dismissal. Additional relief as set forth in this Order. (Signed by Judge Louis L. Stanton on 3/10/10) (pl) Modified on 3/10/2010 (pl). (Entered: 03/10/2010) |
| 03/12/2010 | 182 | SEALED DOCUMENT placed in vault.(nm) (Entered: 03/16/2010) |
| 03/16/2010 | 183 | SEALED DOCUMENT placed in vault.(nm) (Entered: 03/16/2010) |
| 03/17/2010 | 184 | ORDER granting 170 Motion for Matthew S. Hellman to Appear Pro Hac Vice. (Signed by Judge Louis L. Stanton on 3/16/2010) (js) (Entered: 03/17/2010) |
| 03/18/2010 | 185 | STIPULATION AND ORDER: NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record, for the parties hereto, that the unsealing of the materials relating to the parties' summary judgment motions in the above referenced actions shall be implemented as follows: 1. To the extent practicable and with the express exception of exhibits in a format that cannot be filed via ECF and overly voluminous exhibits (e.g., large Excel spreadsheets), the parties intend to file all materials related to the parties' summary judgment motions via simultaneous ECF submissions on Thursday, March 18, 2010 at 1pm EDT with those portions of the materials the parties contend should remain under seal redacted; 2. To the extent any ECF "filing event" that occurs pursuant to Paragraph 1 would exceed 15MB, the parties will, unless they are unable to, break it into subparts with subsequent parts clearly identified. Those materials shall remain on the ECF system to allow continued public access. 3. So as to further facilitate public access to the parties' summary judgment submissions, the parties shall also file a complete set of all materials related to the parties' summary judgment motions, with those portions of the materials the parties contend should remain under seal redacted, manually with the Clerk of the Court in hard copy to the extent possible and CD/DVD as necessary, promptly after this Stipulation and Order is so–ordered by the Court, but in no event earlier than the filing in Paragraph 1; 4. The original materials filed under seal in connection with the parties' summary judgment motions shall remain under seal unless the Clerk of the Court is otherwise directed by the Court. (Signed by Judge Louis L. Stanton on 3/18/2010) (tro) (Entered: 03/18/2010) |
| 03/18/2010 | 186 | MEMORANDUM OF LAW in Support re: 176 MOTION for Partial Summary Judgment /Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.. Document filed by Country Music Television, Inc., Paramount Pictures |

| | | |
|---|---|---|
| | | Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Kohlmann, Susan) (Entered: 03/18/2010) |
| 03/18/2010 | 187 | RULE 56.1 STATEMENT. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Kohlmann, Susan) (Entered: 03/18/2010) |
| 03/18/2010 | 188 | MEMORANDUM OF LAW in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 03/18/2010) |
| 03/18/2010 | 189 | RULE 56.1 STATEMENT. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 03/18/2010) |
| 03/18/2010 | 190 | DECLARATION of Daniel Ostrow in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 03/18/2010) |
| 03/18/2010 | 191 | DECLARATION of William M. Hohengarten (Part One) in Support re: 176 MOTION for Partial Summary Judgment */Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.*. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 – Part 1, # 3 Exhibit 2 – Part 2, # 4 Exhibit 2 – Part 3, # 5 Exhibit 2 – Part 4, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12 – Part 1, # 16 Exhibit 12 – Part 2, # 17 Exhibit 12 – Part 3, # 18 Exhibit 12 – Part 4)(Kohlmann, Susan) (Entered: 03/18/2010) |
| 03/18/2010 | 192 | DECLARATION of Arthur Chan in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 03/18/2010) |
| 03/18/2010 | 193 | DECLARATION of William M. Hohengarten (Part Two) Exhibit 12 – Part 5 in Support re: 176 MOTION for Partial Summary Judgment */Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.*. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: # 1 Exhibit 12 – Part 6, # 2 Exhibit 12 – Part 7, # 3 Exhibit 12 – Part 8, # 4 Exhibit 12 – Part 9, # 5 Exhibit 12 – Part 10, # 6 Exhibit 12 – Part 11, # 7 Exhibit 12 – Part 12, # 8 Exhibit 12 – Part 13, # 9 Exhibit 12 – Part 14)(Kohlmann, Susan) (Entered: 03/18/2010) |
| 03/18/2010 | 194 | DECLARATION of Roelof Botha in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 03/18/2010) |
| 03/18/2010 | 195 | DECLARATION of Chad Hurley in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit to Hurley Declaration Part 1, # 2 Exhibit to Hurley Declaration Part 2)(Schapiro, Andrew) (Entered: 03/18/2010) |
| 03/18/2010 | 196 | DECLARATION of Micah Schaffer in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit to Schaffer Declaration)(Schapiro, Andrew) (Entered: 03/18/2010) |
| 03/18/2010 | 197 | DECLARATION of Christopher Maxcy in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement |

| | | |
|---|---|---|
| | | *Claims..* Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 03/18/2010) |
| 03/18/2010 | 198 | DECLARATION of David King in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims..* Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 03/18/2010) |
| 03/18/2010 | 199 | DECLARATION of Hunter Walk in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims..* Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 03/18/2010) |
| 03/18/2010 | 200 | DECLARATION of Zahavah Levine in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims..* Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit to Levine Declaration Part 1)(Schapiro, Andrew) (Entered: 03/18/2010) |
| 03/18/2010 | 201 | DECLARATION of William M. Hohengarten (Part Three) Exhibit 12 – Part 15 in Support re: 176 MOTION for Partial Summary Judgment */Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense..* Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: # 1 Exhibit 12 – Part 16, # 2 Exhibit 12 – Part 17, # 3 Exhibit 12 – Part 18, # 4 Exhibit 12 – Part 19, # 5 Exhibit 12 – Part 20, # 6 Exhibit 13, # 7 Exhibit 14, # 8 Exhibit 15, # 9 Exhibit 16, # 10 Exhibit 17, # 11 Exhibit 18, # 12 Exhibit 19, # 13 Exhibit 20, # 14 Exhibit 21, # 15 Exhibit 22, # 16 Exhibit 23, # 17 Exhibit 24, # 18 Exhibit 25, # 19 Exhibit 26, # 20 Exhibit 27, # 21 Exhibit 28, # 22 Exhibit 29, # 23 Exhibit 30, # 24 Exhibit 31, # 25 Exhibit 32, # 26 Exhibit 33, # 27 Exhibit 34, # 28 Exhibit 35, # 29 Exhibit 36, # 30 Exhibit 37, # 31 Exhibit 38, # 32 Exhibit 39, # 33 Exhibit 40, # 34 Exhibit 41)(Kohlmann, Susan) (Entered: 03/18/2010) |
| 03/18/2010 | 202 | DECLARATION of Suzanne Reider in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims..* Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 03/18/2010) |
| 03/18/2010 | 203 | DECLARATION of Michael Solomon in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims..* Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 03/18/2010) |
| 03/18/2010 | 207 | DECLARATION of Andrew Schapiro in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims..* Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit 1–10 to Schapiro Declaration, # 2 Exhibit 11–12 to Schapiro Declaration, # 3 Exhibit 13 Part 1 to Schapiro Declaration, # 4 Exhibit 13 Part 2 to Schapiro Declaration, # 5 Exhibit 14–20 to Schapiro Declaration, # 6 Exhibit 21–26 to Schapiro Declaration, # 7 Exhibit 27 to 35 to Schapiro Declaration)(Schapiro, Andrew) (Entered: 03/18/2010) |
| 03/18/2010 | 208 | DECLARATION of William M. Hohengarten (Part Four) Ex. 42 in Support re: 176 MOTION for Partial Summary Judgment */Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense..* Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: # 1 Exhibit 43, # 2 Exhibit 44, # 3 Exhibit 45, # 4 Exhibit 46, # 5 Exhibit 47, # 6 Exhibit 48, # 7 Exhibit 49, # 8 Exhibit 50, # 9 Exhibit 51 – Part 1, # 10 Exhibit 51 – Part 2, # 11 Exhibit 51 – Part 3, # 12 Exhibit 51 – Part 4, # 13 Exhibit 51 – Part 5, # 14 Exhibit 52, # 15 Exhibit 53, # 16 Exhibit 54, # 17 Exhibit 55, # 18 Exhibit 56, # 19 Exhibit 57, # 20 Exhibit 58, # 21 Exhibit 59, # 22 Exhibit 60, # 23 Exhibit 61, # 24 Exhibit 62, # 25 Exhibit 63, # 26 Exhibit 64, # 27 Exhibit 65, # 28 Exhibit 66, # 29 Exhibit 67, # 30 Exhibit 68, # 31 Exhibit 69, # 32 Exhibit 70, # 33 Exhibit |

| | | |
|---|---|---|
| | | 71, #34 Exhibit 72, #35 Exhibit 73, #36 Exhibit 74, #37 Exhibit 75, #38 Exhibit 76, #39 Exhibit 77, #40 Exhibit 78, #41 Exhibit 79, #42 Exhibit 80, #43 Exhibit 81, #44 Exhibit 82, #45 Exhibit 83, #46 Exhibit 84, #47 Exhibit 85, #48 Exhibit 86, #49 Exhibit 87, #50 Exhibit 88, #51 Exhibit 89, #52 Exhibit 90, #53 Exhibit 91, #54 Exhibit 92, #55 Exhibit 93, #56 Exhibit 94, #57 Exhibit 95, #58 Exhibit 96, #59 Exhibit 97, #60 Exhibit 98, #61 Exhibit 99, #62 Exhibit 100, #63 Exhibit 101, #64 Exhibit 102, #65 Exhibit 103, #66 Exhibit 104)(Kohlmann, Susan) (Entered: 03/18/2010) |
| 03/18/2010 | 209 | DECLARATION of William M. Hohengarten (Part Five) Ex. 105 – Part 1 in Support re: 176 MOTION for Partial Summary Judgment /Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: #1 Exhibit 105 – Part 2, #2 Exhibit 105 – Part 3, #3 Exhibit 105 – Part 4, #4 Exhibit 105 – Part 5, #5 Exhibit 105 – Part 6, #6 Exhibit 105 – Part 7, #7 Exhibit 105 – Part 8, #8 Exhibit 105 – Part 9, #9 Exhibit 106, #10 Exhibit 107, #11 Exhibit 108, #12 Exhibit 109, #13 Exhibit 110, #14 Exhibit 111)(Kohlmann, Susan) (Entered: 03/18/2010) |
| 03/18/2010 | 210 | DECLARATION of William M. Hohengarten (Part Six) Ex. 112 – Part 1 in Support re: 176 MOTION for Partial Summary Judgment /Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: #1 Exhibit 112 – Part 2, #2 Exhibit 112 – Part 3, #3 Exhibit 112 – Part 4, #4 Exhibit 113, #5 Exhibit 114, #6 Exhibit 115, #7 Exhibit 116, #8 Exhibit 117, #9 Exhibit 118, #10 Exhibit 119, #11 Exhibit 120, #12 Exhibit 121, #13 Exhibit 122, #14 Exhibit 123, #15 Exhibit 124, #16 Exhibit 125, #17 Exhibit 126, #18 Exhibit 127, #19 Exhibit 128, #20 Exhibit 129, #21 Exhibit 130, #22 Exhibit 131, #23 Exhibit 132, #24 Exhibit 133, #25 Exhibit 134 – Part 1, #26 Exhibit 134 – Part 2, #27 Exhibit 134 – Part 3, #28 Exhibit 134 – Part 4)(Kohlmann, Susan) (Entered: 03/18/2010) |
| 03/18/2010 | 211 | DECLARATION of Andrew Schapiro Part 2 in Support re: 177 MOTION for Summary Judgment Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: #1 Exhibit 36 Part 2 to Schapiro Declaration, #2 Exhibit 37–42 to Schapiro Declaration, #3 Exhibit 43–56 to Schapiro Declaration, #4 Exhibit 57–68 to Schapiro Declaration, #5 Exhibit 69–81 to Schapiro Declaration, #6 Exhibit 82–84 to Schapiro Declaration)(Schapiro, Andrew) (Entered: 03/18/2010) |
| 03/18/2010 | 212 | DECLARATION of William M. Hohengarten (Part Seven) Ex. 134 – Part 5 in Support re: 176 MOTION for Partial Summary Judgment /Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: #1 Exhibit 134 – Part 6, #2 Exhibit 134 – Part 7, #3 Exhibit 134 – Part 8, #4 Exhibit 134 – Part 9, #5 Exhibit 134 – Part 10, #6 Exhibit 134 – Part 11, #7 Exhibit 135, #8 Exhibit 136, #9 Exhibit 137, #10 Exhibit 138, #11 Exhibit 139, #12 Exhibit 140, #13 Exhibit 141, #14 Exhibit 142, #15 Exhibit 143, #16 Exhibit 144, #17 Exhibit 145 – Part 1, #18 Exhibit 145 – Part 2, #19 Exhibit 145 – Part 3, #20 Exhibit 145 – Part 4, #21 Exhibit 145 – Part 5, #22 Exhibit 146, #23 Exhibit 147, #24 Exhibit 148, #25 Exhibit 149, #26 Exhibit 150, #27 Exhibit 151, #28 Exhibit 152, #29 Exhibit 153, #30 Exhibit 154, #31 Exhibit 155, #32 Exhibit 156, #33 Exhibit 157, #34 Exhibit 158, #35 Exhibit 159)(Kohlmann, Susan) (Entered: 03/18/2010) |
| 03/18/2010 | 213 | DECLARATION of Andrew Schapiro Part 3 in Support re: 177 MOTION for Summary Judgment Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: #1 Exhibit 92–102 to Schapiro Declaration, #2 Exhibit |

| | | |
|---|---|---|
| | | 103–114 to Schapiro Declaration, #3 Exhibit 115–129 to Schapiro Declaration, #4 Exhibit 130–139 to Schapiro Declaration, #5 Exhibit 140–145 to Schapiro Declaration)(Schapiro, Andrew) (Entered: 03/18/2010) |
| 03/18/2010 | 214 | DECLARATION of William M. Hohengarten (Part Eight) Ex. 160 in Support re: 176 MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.*. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: #1 Exhibit 161, #2 Exhibit 162, #3 Exhibit 163, #4 Exhibit 164, #5 Exhibit 165, #6 Errata 166, #7 Exhibit 167, #8 Exhibit 168, #9 Exhibit 169, #10 Exhibit 170, #11 Exhibit 171, #12 Exhibit 172, #13 Exhibit 173, #14 Exhibit 174, #15 Exhibit 175, #16 Exhibit 176, #17 Exhibit 177, #18 Exhibit 178, #19 Exhibit 179, #20 Exhibit 180, #21 Exhibit 181, #22 Exhibit 182, #23 Exhibit 183, #24 Exhibit 184, #25 Exhibit 185, #26 Exhibit 186, #27 Exhibit 187, #28 Exhibit 188, #29 Exhibit 189, #30 Exhibit 190, #31 Exhibit 191, #32 Exhibit 192, #33 Exhibit 193, #34 Exhibit 194, #35 Exhibit 195, #36 Exhibit 196, #37 Exhibit 197, #38 Exhibit 198, #39 Exhibit 199, #40 Exhibit 200, #41 Exhibit 201, #42 Exhibit 202, #43 Exhibit 203, #44 Exhibit 204, #45 Exhibit 205, #46 Exhibit 206, #47 Exhibit 207, #48 Exhibit 208, #49 Exhibit 209, #50 Exhibit 210, #51 Exhibit 211, #52 Exhibit 212, #53 Exhibit 213, #54 Exhibit 214, #55 Exhibit 215, #56 Exhibit 216, #57 Exhibit 217, #58 Exhibit 218, #59 Exhibit 219, #60 Exhibit 220, #61 Exhibit 221, #62 Exhibit 222, #63 Exhibit 223, #64 Exhibit 224, #65 Exhibit 225, #66 Exhibit 226, #67 Exhibit 227, #68 Exhibit 228, #69 Exhibit 229, #70 Exhibit 230, #71 Exhibit 231, #72 Exhibit 232, #73 Exhibit 233, #74 Exhibit 234, #75 Exhibit 235, #76 Exhibit 236, #77 Exhibit 237, #78 Exhibit 238, #79 Exhibit 239, #80 Exhibit 240, #81 Exhibit 241, #82 Exhibit 242, #83 Exhibit 243, #84 Exhibit 244, #85 Exhibit 245, #86 Exhibit 246, #87 Exhibit 247)(Kohlmann, Susan) (Entered: 03/18/2010) |
| 03/18/2010 | 215 | DECLARATION of Andrew Schapiro Part 4 in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: #1 Exhibit 161–170 to Schapiro Declaration, #2 Exhibit 171–177 to Schapiro Declaration, #3 Exhibit 178 to Schapiro Declaration, #4 Exhibit 179 Part1 to Schapiro Declaration, #5 Exhibit 179 Part 2 to Schapiro Declaration, #6 Exhibit 180–210 to Schapiro Declaration, #7 Exhibit 211–212 to Schapiro Declaration, #8 Exhibit 213–215 to Schapiro Declaration)(Schapiro, Andrew) (Entered: 03/18/2010) |
| 03/18/2010 | 216 | DECLARATION of Andrew Schapiro Part 5 in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: #1 Exhibit 218–220 to Schapiro Declaration, #2 Exhibit 221–223 to Schapiro Declaration, #3 Exhibit 224–227 to Schapiro Declaration, #4 Exhibit 228 to Schapiro Declaration, #5 Exhibit 229–231 to Schapiro Declaration, #6 Exhibit 232–234 to Schapiro Declaration)(Schapiro, Andrew) (Entered: 03/18/2010) |
| 03/18/2010 | 217 | DECLARATION of William M. Hohengarten (Part Nine) Ex. 248 in Support re: 176 MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.*. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: #1 Exhibit 249, #2 Exhibit 250, #3 Exhibit 251, #4 Exhibit 252, #5 Exhibit 253, #6 Exhibit 254, #7 Exhibit 255, #8 Exhibit 256, #9 Exhibit 257, #10 Exhibit 258, #11 Exhibit 259, #12 Exhibit 260, #13 Exhibit 261, #14 Exhibit 262, #15 Exhibit 263, #16 Exhibit 264, #17 Exhibit 265, #18 Exhibit 266, #19 Exhibit 267, #20 Exhibit 268, #21 Exhibit 269, #22 Exhibit 270, #23 Exhibit 271, #24 Exhibit 272, #25 Exhibit 273, #26 Exhibit 274, #27 Exhibit 275, #28 Exhibit 276, #29 Exhibit 277, #30 Exhibit 278, #31 Exhibit 279, #32 Exhibit 280, #33 Exhibit 281, #34 Exhibit 282, #35 Exhibit 283, #36 Exhibit 284, #37 Exhibit 285, #38 Exhibit 286, #39 Exhibit 287 – Part 1, #40 Exhibit 287 – Part 2)(Kohlmann, |

| | | |
|---|---|---|
| | | Susan) (Entered: 03/18/2010) |
| 03/18/2010 | 218 | DECLARATION of Andrew Schapiro Part 6 in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit 238–241 to Schapiro Declaration, # 2 Exhibit 242–246 to Schapiro Declaration, # 3 Exhibit 247–250 to Schapiro Declaration, # 4 Exhibit 251–254 to Schapiro Declaration, # 5 Exhibit 255 to Schapiro Declaration, # 6 Exhibit 256–258 to Schapiro Declaration)(Schapiro, Andrew) (Entered: 03/18/2010) |
| 03/18/2010 | 219 | DECLARATION of William M. Hohengarten (Part Nine) Ex. 287 – Part 3 in Support re: 176 MOTION for Partial Summary Judgment */Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.*. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: # 1 Exhibit 287 – Part 4, # 2 Exhibit 287 – Part 5, # 3 Exhibit 287 – Part 6, # 4 Exhibit 287 – Part 8, # 5 Exhibit 287 – Part 8, # 6 Exhibit 288, # 7 Exhibit 289, # 8 Exhibit 290, # 9 Exhibit 291, # 10 Exhibit 292, # 11 Exhibit 293, # 12 Exhibit 294, # 13 Exhibit 295, # 14 Exhibit 296, # 15 Exhibit 297, # 16 Exhibit 298)(Kohlmann, Susan) (Entered: 03/18/2010) |
| 03/18/2010 | 220 | DECLARATION of Andrew Schapiro Part 7 in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit 262–264 to Schapiro Declaration, # 2 Exhibit 265–268 to Schapiro Declaration, # 3 Exhibit 269–271 to Schapiro Declaration, # 4 Exhibit 272–273 to Schapiro Declaration, # 5 Exhibit 274–275 to Schapiro Declaration, # 6 Exhibit 276–277 to Schapiro Declaration)(Schapiro, Andrew) (Entered: 03/18/2010) |
| 03/18/2010 | 221 | DECLARATION of Andrew Schapiro Part 8 in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit 279 to Schapiro Declaration, # 2 Exhibit 280–281 to Schapiro Declaration, # 3 Exhibit 282–283 to Schapiro Declaration, # 4 Exhibit 284–286 to Schapiro Declaration, # 5 Exhibit 287–290 to Schapiro Declaration, # 6 Exhibit 291–294 to Schapiro Declaration)(Schapiro, Andrew) (Entered: 03/18/2010) |
| 03/18/2010 | 222 | DECLARATION of William M. Hohengarten (Part Eleven) Ex. 299 in Support re: 176 MOTION for Partial Summary Judgment */Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.*. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: # 1 Exhibit 300, # 2 Exhibit 301, # 3 Exhibit 302, # 4 Exhibit 303 – Part 1, # 5 Exhibit 303 – Part 2, # 6 Exhibit 303 – Part 3, # 7 Exhibit 303 – Part 4, # 8 Exhibit 303 – Part 5, # 9 Exhibit 304, # 10 Exhibit 305, # 11 Exhibit 306, # 12 Exhibit 307, # 13 Exhibit 308, # 14 Exhibit 309, # 15 Exhibit 310, # 16 Exhibit 311, # 17 Exhibit 312, # 18 Exhibit 313, # 19 Exhibit 314, # 20 Exhibit 315, # 21 Exhibit 316, # 22 Exhibit 317, # 23 Exhibit 318, # 24 Exhibit 319, # 25 Exhibit 320, # 26 Exhibit 321, # 27 Exhibit 322, # 28 Exhibit 323, # 29 Exhibit 324, # 30 Exhibit 325, # 31 Exhibit 326, # 32 Exhibit 327, # 33 Exhibit 328)(Kohlmann, Susan) (Entered: 03/18/2010) |
| 03/18/2010 | 223 | DECLARATION of Andrew Schapiro Part 9 in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit 297–299 to Schapiro Declaration, # 2 Exhibit 300–302 to Schapiro Declaration, # 3 Exhibit 303 to Schapiro Declaration, # 4 Exhibit 304–306 to Schapiro Declaration, # 5 Exhibit 307–310 to Schapiro Declaration, # 6 Exhibit 311–314 to Schapiro Declaration, # 7 Exhibit 315–386 to Schapiro Declaration)(Schapiro, Andrew) (Entered: 03/18/2010) |

| 03/18/2010 | 224 | DECLARATION of William M. Hohengarten (Part Twelve) Ex. 329 in Support re: 176 MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.*. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: # 1 Exhibit 330, # 2 Exhibit 331, # 3 Exhibit 332, # 4 Exhibit 333, # 5 Exhibit 334, # 6 Exhibit 335, # 7 Exhibit 336, # 8 Exhibit 337, # 9 Exhibit 338, # 10 Exhibit 339, # 11 Exhibit 340, # 12 Exhibit 341, # 13 Exhibit 342, # 14 Exhibit 343, # 15 Exhibit 344, # 16 Exhibit 345, # 17 Exhibit 346, # 18 Exhibit 347, # 19 Exhibit 348, # 20 Exhibit 349, # 21 Exhibit 350, # 22 Exhibit 351, # 23 Exhibit 352)(Kohlmann, Susan) (Entered: 03/18/2010) |
| 03/18/2010 | 225 | DECLARATION of William M. Hohengarten (Part Thirteen) Ex. 353 in Support re: 176 MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.*. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: # 1 Exhibit 354, # 2 Exhibit 355, # 3 Exhibit 356, # 4 Exhibit 357, # 5 Exhibit 358, # 6 Exhibit 359, # 7 Exhibit 360, # 8 Exhibit 361, # 9 Exhibit 362, # 10 Exhibit 363, # 11 Exhibit 364, # 12 Exhibit 365, # 13 Exhibit 366, # 14 Exhibit 367, # 15 Exhibit 368, # 16 Exhibit 369, # 17 Exhibit 370, # 18 Exhibit 371, # 19 Exhibit 372, # 20 Exhibit 373, # 21 Exhibit 374, # 22 Exhibit 375, # 23 Exhibit 376, # 24 Exhibit 377, # 25 Exhibit 378, # 26 Exhibit 379, # 27 Exhibit 380, # 28 Exhibit 381, # 29 Exhibit 382, # 30 Exhibit 383, # 31 Exhibit 384, # 32 Exhibit 385, # 33 Exhibit 386, # 34 Exhibit 387, # 35 Exhibit 388)(Kohlmann, Susan) (Entered: 03/18/2010) |
| 03/19/2010 | 226 | DECLARATION of Michael Rubin in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit 1–17 to Rubin Declaration, # 2 Exhibit 18 to Rubin Declaration, # 3 Exhibit 19–27 to Rubin Declaration, # 4 Exhibit 28–36 to Rubin Declaration, # 5 Exhibit 37–48 to Rubin Declaration, # 6 Exhibit 49–59 to Rubin Declaration, # 7 Exhibit 60–67 to Rubin Declaration)(Schapiro, Andrew) (Entered: 03/19/2010) |
| 03/19/2010 | 227 | DECLARATION of Michael Rubin Part 2 in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit 1 to Rubin Declaration Part 2, # 2 Exhibit 2 to Rubin Declaration Part 2, # 3 Exhibit 3 to Rubin Declaration Part 2, # 4 Exhibit 4 to Rubin Declaration Part 2)(Schapiro, Andrew) (Entered: 03/19/2010) |
| 03/19/2010 | 228 | DECLARATION of Michael Rubin Part 3 in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit 1 to Rubin Declaration Part 3, # 2 Exhibit 2 to Rubin Declaration Part 3)(Schapiro, Andrew) (Entered: 03/19/2010) |
| 03/23/2010 | 229 | ORDER, the Clerk of the Court is directed to strike docket entries 204, 205, and 206 from the record, including attached PDF files. So ordered. (Signed by Judge Louis L. Stanton on 3/22/10) (cd) (Entered: 03/23/2010) |
| 03/24/2010 | 230 | ENDORSED LETTER addressed to Judge Louis L. Stanton from Susan J. Kohlmann dated 3/23/2010 re: Counsel respectfully request that Your Honor permit Viacom to file the above–listed corrected materials. ENDORSEMENT: Granted. So Ordered. (Signed by Judge Louis L. Stanton on 3/24/2010) (jfe) (Entered: 03/24/2010) |
| 03/25/2010 | 231 | SEALED DOCUMENT placed in vault.(nm) (Entered: 03/25/2010) |
| 03/26/2010 | 233 | STIPULATION AND ORDER....regarding procedures to be followed that shall govern the handling of confidential material.... (This document was previously sealed in envelope #149 and unsealed on 3/26/2010 by document #199 in 07–cv–3582) (Signed by Judge Louis L. Stanton on 11/16/09) (tro) (Entered: 04/01/2010) |

| | | |
|---|---|---|
| 03/26/2010 | 234 | STIPULATION AND ORDER: An identical copy of the original forensic images of each of Robert Tur's computers or devices captured by Iris Data Services, LLC, will be provided to a New York office of FTI Consulting, Inc. by the latter of 5pm ET on December 4, 2009 or within 2 business days after the parties submit to the Court a fully executed Stipulation to be so ordered. FTI agrees to execute and be bound by the Protective Order entered in the action. The parties agree to cooperate to use their best efforts to present this stipulation for prompt so−ordering by the Court, including trying to arrange a time with Chambers for presenting and so−ordering same; and notwithstanding the above, if the Court refuses to so order the stipulation, FTI shall immediately return the Forensic Images to Iris. FTI shall do nothing but maintain such Forensic Images in its possession, in strict confidence and in a highly secure location, and shall not review, access, copy, image, investigate, analyze, transfer, or forward the Forensic Images or permit any other person or entity to do so, until either (a) the undersigned counsel of record and special counsel for Mr. Tur have executed a written agreement concerning any constraints posed by any alleged privilege, immunity, confidentiality, privacy, or other protection of the Forensic Images as further set forth in this Order....The provision of the Forensic Images to FTI provided for in paragraph 1 above shall not to any extent waive or prejudice any Protection claimed to be due by or to the Forensic Images or by or to Mr. Tur or any other person or entity. Mr. Tur shall be entitled to designate material or information, or any analyses or results thereof, as Highly confidential under the terms of the Protective Order. (This document was previously sealed in envelope #152 and unsealed on 3/26/2010 by document #199 in 07−cv−3582) (Signed by Judge Louis L. Stanton on 12/14/09) (tro) (Entered: 04/01/2010) |
| 03/31/2010 | 232 | ENDORSED LETTER addressed to Judge Louis Stanton from Susan J. Kohlman dated 3/29/2010 re: The parties respectfully request that the Court grant a one week extension to the deadlines set forth in Paragraphs 4 and 6 of the Court's order, such that the parties would have until April 8 to "submit unresolved matters to the Court," and would have until April 11 to "submit proposed findings of fact" regarding items on which there is agreement. ENDORSEMENT: So ordered. (Signed by Judge Louis L. Stanton on 3/30/2010) (tve) (Entered: 03/31/2010) |
| 04/12/2010 | 235 | NOTICE OF APPEARANCE by Edward Hernstadt on behalf of American Library Association, et al. (Hernstadt, Edward) (Entered: 04/12/2010) |
| 04/12/2010 | 236 | Amicus Curiae APPEARANCE entered by Edward Hernstadt on behalf of American Library Association, et al..(Hernstadt, Edward) (Entered: 04/12/2010) |
| 04/12/2010 | 237 | MOTION to File Amicus Brief. Document filed by American Library Association, et al..(Hernstadt, Edward) (Entered: 04/12/2010) |
| 04/12/2010 | 238 | DECLARATION of Fred Von Lohman in Support re: 237 MOTION to File Amicus Brief.. Document filed by American Library Association, et al.. (Hernstadt, Edward) (Entered: 04/12/2010) |
| 04/12/2010 | 239 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by American Library Association, et al..(Hernstadt, Edward) (Entered: 04/12/2010) |
| 04/12/2010 | 240 | BRIEF of Amici Curiae. Document filed by American Library Association, et al..(Hernstadt, Edward) (Entered: 04/12/2010) |
| 04/12/2010 | 241 | DECLARATION of Edward Hernstadt in Support re: 237 MOTION to File Amicus Brief.. Document filed by American Library Association, et al.. (Attachments: # 1 Exhibit Proposed Order)(Hernstadt, Edward) (Entered: 04/12/2010) |
| 04/14/2010 | 242 | RESPONSE in Opposition re: 237 MOTION to File Amicus Brief.. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Kohlmann, Susan) (Entered: 04/14/2010) |
| 04/15/2010 | 243 | DECLARATION of William M. Hohengarten (Certain Unsealed Exhibits to Declaration of William M. Hohengarten in Support of Viacom's Motion for Partial Summary Judgment in Support re: 176 MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and* |

| | | |
|---|---|---|
| | | *Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense*.. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: #_1 Exhibit 52 – Pt. 1, #_2 Exhibit 52 – Pt. 2, #_3 Exhibit 59, #_4 Exhibit 60, #_5 Exhibit 63, #_6 Exhibit 81, #_7 Exhibit 242, #_8 Exhibit 314, #_9 Exhibit 321, #_10 Exhibit 340)(Kohlmann, Susan) (Entered: 04/15/2010) |
| 04/15/2010 | 244 | ORDER: I have determined that the protection of the value of this private, proprietary and commercially sensitive information to its owners clearly outweighs any countervailing public interest in its disclosure to the general public and to competitors, and justifies its redaction, together with personally identifiable matter such as addresses, telephone and account numbers, family and personal affairs and similar information, from material publicly filed and disclosed. (Signed by Judge Louis L. Stanton on 4/15/2010) (tro) (Additional attachment(s) added on 4/16/2010: #_1 Main Document) (ae). (Entered: 04/15/2010) |
| 04/16/2010 | 245 | MEMO ENDORSEMENT on 237 NOTICE OF MOTION AND MOTION OF NONPARTIES AMERICAN LIBRARY ASSOCIATION, ASSOCIATION OF COLLEGE AND RESEARCH LIBRARIES, ASSOCIATION OF RESEARCH CENTER FOR DEMOCRACY AND TECHNOLOGY, COMPUTER AND COMMUNICATIONS INDUSTRY ASSOCIATION, ELECTRONIC FRONTIER FOUNDATION, HOME RECORDING RIGHTS COALITION, INTERNET ARCHIVE, NETCOALITION, AND PUBLIC KNOWLEDGE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANTS. ENDORSEMENT: Granted. (Signed by Judge Louis L. Stanton on 4/16/2010) (jpo) (Entered: 04/16/2010) |
| 04/22/2010 | 246 | DECLARATION of William M. Hohengarten (Corrected Exhibit 17 to Declaration of William M. Hohengarten in Support of Viacom's Motion for Partial Summary Judgment in Support re: 176 MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense*.. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: #_1 Exhibit 17)(Kohlmann, Susan) (Entered: 04/22/2010) |
| 04/26/2010 | 247 | ORDER: Thus, the redactions sought to be made by defendants, as listed on the attached appendix (without regard to the particular categories into which the documents have been placed by defendants in paragraphs 12–20 of that appendix), are authorized. The deposition testimony of Larry Page, attached as Exhibit 315 to the Declaration of William M. Hohengarten, shall remain under seal pending a decision regarding defendants' motion to strike that testimony. So ordered. (Signed by Judge Louis L. Stanton on 4/23/2010) (tve) (Entered: 04/26/2010) |
| 04/26/2010 | | ***DELETED DOCUMENT. Deleted document number 248 ORDER. The document was incorrectly filed in this case. (jpo) (Entered: 04/29/2010) |
| 04/30/2010 | 248 | SEALED DOCUMENT placed in vault.(nm) (Entered: 04/30/2010) |
| 04/30/2010 | 250 | SEALED DOCUMENT placed in vault.(nm) (Entered: 05/03/2010) |
| 05/01/2010 | 249 | MOTION to Strike. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc..(Schapiro, Andrew) (Entered: 05/01/2010) |
| 05/03/2010 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Pre–Motion Conference held regarding page testimony on 5/3/2010. (mro) (Entered: 05/04/2010) |
| 05/04/2010 | 251 | MEMO ENDORSED denying 249 Motion to Strike. After hearing counsel, and having reviewed the challenged material, this motion is denied, with leave to defendants to identify transcript portions and references in Mr. Baskins 4/30/10 letter to the court which should be redacted before public filing. SO ORDERED. (Signed by Judge Louis L. Stanton on 5/3/2010) (jmi) (Entered: 05/04/2010) |
| 05/04/2010 | 252 | SEALED DOCUMENT placed in vault.(cb) (Entered: 05/04/2010) |

| 05/05/2010 | 253 | MEMO ENDORSEMENT on Viacom's Evidentiary Objections to and Motion to Strike Portions of Declarations Submitted in Support of Defendants' Motion for Summary Judgment: Denied. So ordered. (Signed by Judge Louis L. Stanton on 5/5/10) (cd) (Entered: 05/05/2010) |
|---|---|---|
| 05/05/2010 | 254 | ENDORSED LETTER addressed to Judge Louis L. Stanton from Andrew Schapiro dated 5/4/10 re: Requesting clarification of the Court's Order denying motion to strike the Page deposition. ENDORSEMENT: The questioned order denied all relief sought in the 4/30/10 Notice of Motion and Motion to Strike. (Signed by Judge Louis L. Stanton on 5/5/10) (cd) (Entered: 05/05/2010) |
| 05/07/2010 | 255 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Washington Legal Foundation.(Wachtler, Lauren) (Entered: 05/07/2010) |
| 05/07/2010 | 256 | Amicus Curiae APPEARANCE entered by Lauren J. Wachtler on behalf of Washington Legal Foundation.(Wachtler, Lauren) (Entered: 05/07/2010) |
| 05/07/2010 | 257 | NOTICE of Motion for Leave to File Amicus Curiae Brief in Support of Plaintiffs. Document filed by Washington Legal Foundation. (Wachtler, Lauren) (Entered: 05/07/2010) |
| 05/07/2010 | 258 | MOTION for Leave to File brief of amicus curiae. Document filed by Washington Legal Foundation.(Wachtler, Lauren) (Entered: 05/07/2010) |
| 05/07/2010 | 259 | DECLARATION of Paul D. Montclare in Support re: 258 MOTION for Leave to File brief of amicus curiae.. Document filed by Washington Legal Foundation. (Wachtler, Lauren) (Entered: 05/07/2010) |
| 05/07/2010 | 260 | MEMORANDUM OF LAW in Support re: 258 MOTION for Leave to File brief of amicus curiae.. Document filed by Washington Legal Foundation. (Wachtler, Lauren) (Entered: 05/07/2010) |
| 05/07/2010 | 261 | DECLARATION of Paul D. Montclare in Support re: 258 MOTION for Leave to File brief of amicus curiae.. Document filed by Washington Legal Foundation. (Attachments: # 1 Exhibit BRIEF OF AMICUS CURIAE)(Wachtler, Lauren) (Entered: 05/07/2010) |
| 05/07/2010 | 262 | AFFIDAVIT of PAUL D. MONTCLARE. Document filed by Washington Legal Foundation. (Wachtler, Lauren) (Entered: 05/07/2010) |
| 05/07/2010 | 263 | Amicus Curiae APPEARANCE entered by Mary Eleanor Rasenberger on behalf of American Society of Composers, Authors And Publishers, Broadcast Music, Inc., SESAC, Inc., Disney Enterprises, Inc., NBC Universal, Inc., Warner Bros. Entertainment Inc., Association Of American Publishers, Center For The Rule Of Law, Institute For Policy Innovation, The Media Institute, Picture Archive Council Of America, Professional Photographers of America, Rosetta Stone Ltd., Zuffa, LLC.(Rasenberger, Mary) (Entered: 05/07/2010) |
| 05/07/2010 | 264 | DECLARATION of Paul D. Montclare in Support re: 258 MOTION for Leave to File brief of amicus curiae.. Document filed by Washington Legal Foundation. (Attachments: # 1 Exhibit Brief of Amicus Curiae)(Wachtler, Lauren) (Entered: 05/07/2010) |
| 05/07/2010 | 265 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Gannett Co., Inc., The Walt Disney Company, General Electric Company, Vivendi S.A., Time Warner Inc., Rosetta Stone Inc., as Corporate Parent. Document filed by American Society of Composers, Authors And Publishers, Broadcast Music, Inc., SESAC, Inc., Disney Enterprises, Inc., NBC Universal, Inc., Warner Bros. Entertainment Inc., Association Of American Publishers, Center For The Rule Of Law, Institute For Policy Innovation, The Media Institute, Picture Archive Council Of America, Professional Photographers of America, Rosetta Stone Ltd., Zuffa, LLC.(Rasenberger, Mary) (Entered: 05/07/2010) |
| 05/07/2010 | 266 | Amicus Curiae APPEARANCE entered by Christopher Gardner Clark on behalf of American Society of Composers, Authors And Publishers, Broadcast Music, Inc., SESAC, Inc., Disney Enterprises, Inc., NBC Universal, Inc., Warner Bros. Entertainment Inc., Association Of American Publishers, Center For The Rule Of |

| | | |
|---|---|---|
| | | Law, Institute For Policy Innovation, The Media Institute, Picture Archive Council Of America, Professional Photographers of America, Rosetta Stone Ltd., Zuffa, LLC.(Clark, Christopher) (Entered: 05/07/2010) |
| 05/07/2010 | 267 | MOTION to File Amicus Brief. Document filed by American Society of Composers, Authors And Publishers, Broadcast Music, Inc., SESAC, Inc., Disney Enterprises, Inc., NBC Universal, Inc., Warner Bros. Entertainment Inc., Association Of American Publishers, Center For The Rule Of Law, Institute For Policy Innovation, The Media Institute, Picture Archive Council Of America, Professional Photographers of America, Rosetta Stone Ltd., Zuffa, LLC.(Rasenberger, Mary) (Entered: 05/07/2010) |
| 05/07/2010 | 268 | BRIEF *of AMICI CURIAE*. Document filed by American Society of Composers, Authors And Publishers, Broadcast Music, Inc., SESAC, Inc., Disney Enterprises, Inc., NBC Universal, Inc., Warner Bros. Entertainment Inc., Association Of American Publishers, Center For The Rule Of Law, Institute For Policy Innovation, The Media Institute, Picture Archive Council Of America, Professional Photographers of America, Rosetta Stone Ltd., Zuffa, LLC.(Rasenberger, Mary) (Entered: 05/07/2010) |
| 05/07/2010 | 273 | MOTION for Clifford M. Sloan to Appear Pro Hac Vice. Document filed by American Society of Composers, Authors And Publishers, Broadcast Music, Inc., SESAC, Inc., Disney Enterprises, Inc., NBC Universal, Inc., Warner Bros. Entertainment Inc., Association Of American Publishers, Center For The Rule Of Law, Institute For Policy Innovation, The Media Institute, Picture Archive Council Of America, Professional Photographers of America, Rosetta Stone Ltd., Zuffa, LLC.(mro) (Entered: 05/11/2010) |
| 05/11/2010 | 269 | ENDORSED LETTER addressed to Judge Louis L. Stanton from Peter D. DeChiara dated 5/5/2010 re: Counsel request a pre–motion conference concerning the application of the Guilds and Unions to file an amicus curiae brief in support of plaintiffs. ENDORSEMENT: Leave to file the brief amicus is granted. So Ordered. (Signed by Judge Louis L. Stanton on 5/10/2010) (jfe) Modified on 5/19/2010 (jfe). (Entered: 05/11/2010) |
| 05/11/2010 | 270 | MEMO ENDORSEMENT on re 267 Motion to File Amicus Brief. ENDORSEMENT: Granted. So Ordered. (Signed by Judge Louis L. Stanton on 5/10/2010) (jfe) (Entered: 05/11/2010) |
| 05/11/2010 | 271 | MEMO ENDORSEMENT on re: 257 Notice (Other) filed by Washington Legal Foundation. ENDORSEMENT: Granted. So Ordered (Signed by Judge Louis L. Stanton on 5/10/2010) (jfe) (Entered: 05/11/2010) |
| 05/11/2010 | 272 | SEALED DOCUMENT placed in vault.(nm) (Entered: 05/11/2010) |
| 05/13/2010 | 274 | NOTICE OF APPEARANCE by Paul March Smith on behalf of Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners (Smith, Paul) (Entered: 05/13/2010) |
| 05/13/2010 | 275 | NOTICE OF APPEARANCE by Peter Dante DeChiara on behalf of Directors Guild of America, Screen Actors Guild, American Federation of Television and Radio Artists, International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, AFL–CIO (DeChiara, Peter) (Entered: 05/13/2010) |
| 05/13/2010 | 276 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Directors Guild of America, Screen Actors Guild, American Federation of Television and Radio Artists, International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, AFL–CIO.(DeChiara, Peter) (Entered: 05/13/2010) |
| 05/13/2010 | 277 | BRIEF *of Amici Curiae*. Document filed by Directors Guild of America, Screen Actors Guild, American Federation of Television and Radio Artists, International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, AFL–CIO.(DeChiara, Peter) (Entered: 05/13/2010) |

| 05/14/2010 | 278 | TRANSCRIPT of proceedings held on May 3, 2010 at 3:15 pm before Judge Louis L. Stanton. (eef) (Entered: 05/14/2010) |
|---|---|---|
| 05/14/2010 | 279 | TRANSCRIPT of proceedings held on 5/3/2010 before Judge Louis L. Stanton. (ab) (Entered: 05/18/2010) |
| 05/17/2010 | 280 | MOTION for Russell J. Frackman to Appear Pro Hac Vice. Document filed by Washington Legal Foundation.(mbe) (Entered: 05/19/2010) |
| 05/18/2010 | | CASHIERS OFFICE REMARK on 273 Motion to Appear Pro Hac Vice, in the amount of $25.00, paid on 05/07/2010, Receipt Number 902731. (jd) (Entered: 05/18/2010) |
| 05/19/2010 | 281 | SEALED DOCUMENT placed in vault.(nm) (Entered: 05/19/2010) |
| 05/21/2010 | 282 | STIPULATION AND ORDER; that, consistent with the March 17, 2010 Stipulation and Order, the unsealing of materials relating to the parties' oppositions to summary judgment motions and certain documents from their motions for summary judgment in the above referenced actions shall be implemented as follows: (1) To the extent practicable and with the express exception of exhibits in a format that cannot be filed via ECF and overly voluminous exhibits (e.g., large Excel spreadsheets), the parties intend to file all materials related to the parties' summary judgment motions via simultaneous ECF submissions on Friday, May 21, 2010 at 1pm EDT with those portions of the materials the parties contend should remain under seal redacted; (2) To the extent any ECF "filing event" that occurs pursuant to Paragraph 1 would exceed 15 MB, the parties will, unless they are unable to, break it into subparts with subsequent parts clearly identified. Those materials shall remain on the ECF system to allow continued public access. (3) To extent the parties are unsealing certain additional documents from their summary judgment motions because redactions were approved by the Court or have been withdrawn, the parties shall only file those additional documents. (4) So as to further facilitate public access to the parties' summary judgment submissions, the parties shall also file a complete set of all materials related to the parties' summary judgment motions being filed via ECF on May 21, 2010, with those portions of the materials the parties contend should remain under seal redacted, manually with the Clerk of the Court in hard copy to the extent possible and CD/DVD as necessary, promptly after this Stipulation and Order is so−ordered by the Court, but in no event earlier than the filing in Paragraph 1; (5) The original materials filed under seal in connection with the parties' summary judgment motions shall remain under seal unless the Clerk of the Court is otherwise directed by the Court. SO ORDERED. (Signed by Judge Kimba M. Wood, Part I (signed at request of Judge Stanton's chambers), on 5/20/2010) (tve) (Entered: 05/21/2010) |
| 05/21/2010 | 283 | MEMORANDUM OF LAW in Opposition re: 176 MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense..* Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 284 | MEMORANDUM OF LAW in Opposition re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims..* Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Kohlmann, Susan) (Entered: 05/21/2010) |
| 05/21/2010 | 285 | COUNTER STATEMENT TO 189 Rule 56.1 Statement. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Kohlmann, Susan) (Entered: 05/21/2010) |
| 05/21/2010 | 286 | RESPONSE in Opposition re: 176 MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense. YouTube's Counterstatement to Viacom's Statement of Undisputed Facts.* Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 05/21/2010) |

| 05/21/2010 | 287 | RESPONSE in Opposition re: 176 MOTION for Partial Summary Judgment /Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense. Defendants' Counterstatement To Class Plaintiffs' Statement of Uncontroverted Material Facts. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 05/21/2010) |
|---|---|---|
| 05/21/2010 | 288 | MEMORANDUM OF LAW in Support re: 249 MOTION to Strike.. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 289 | DECLARATION of David King in Opposition re: 176 MOTION for Partial Summary Judgment /Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit 9)(Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 290 | DECLARATION of Micah Schaffer in Opposition re: 176 MOTION for Partial Summary Judgment /Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 291 | DECLARATION of Anthony Weibell in Opposition re: 176 MOTION for Partial Summary Judgment /Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 292 | DECLARATION of Chad Hurley in Opposition re: 176 MOTION for Partial Summary Judgment /Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 293 | DECLARATION of Steve Chen in Opposition re: 176 MOTION for Partial Summary Judgment /Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 294 | DECLARATION of Christopher Maxcy in Opposition re: 176 MOTION for Partial Summary Judgment /Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 295 | DECLARATION of Zahavah Levine in Opposition re: 176 MOTION for Partial Summary Judgment /Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 296 | COUNTER STATEMENT TO 189 Rule 56.1 Statement. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Kohlmann, Susan) (Entered: 05/21/2010) |
| 05/21/2010 | 297 | DECLARATION of Brent Hurley in Opposition re: 176 MOTION for Partial Summary Judgment /Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 298 | DECLARATION of Michael Solomon in Opposition re: 176 MOTION for Partial Summary Judgment /Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. |

| | | |
|---|---|---|
| | | (Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 299 | DECLARATION of Michael Gordon in Opposition re: 176 MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 300 | DECLARATION of Andrew H. Schapiro in Opposition re: 176 MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit 1 – 15, # 2 Exhibit 16, Part 1, # 3 Exhibit 16, Part 2, # 4 Exhibit 16, Part 3, # 5 Exhibit 16, Part 4, # 6 Exhibit 16, Part 5)(Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 301 | Objection re: 221 Declaration in Support of Motion,, 196 Declaration in Support of Motion, 192 Declaration in Support of Motion, 211 Declaration in Support of Motion,, 197 Declaration in Support of Motion, 199 Declaration in Support of Motion, 200 Declaration in Support of Motion, 198 Declaration in Support of Motion, 194 Declaration in Support of Motion, 226 Declaration in Support of Motion,, 190 Declaration in Support of Motion, 195 Declaration in Support of Motion, 228 Declaration in Support of Motion, 215 Declaration in Support of Motion,, 216 Declaration in Support of Motion,, 213 Declaration in Support of Motion,, 227 Declaration in Support of Motion, 218 Declaration in Support of Motion,, 202 Declaration in Support of Motion, 223 Declaration in Support of Motion,, 220 Declaration in Support of Motion,, 207 Declaration in Support of Motion,, *Viacom's Evidentiary Objections to and Motion to Strike Portions of Declarations Submitted in Support of Defendants' Motion for Summary Judgment.* Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Kohlmann, Susan) (Entered: 05/21/2010) |
| 05/21/2010 | 302 | DECLARATION of Andrew H. Schapiro, Group 2, Exhibit 16, Part 6 in Opposition re: 176 MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit 16, Part 7, # 2 Exhibit 16, Part 8, # 3 Exhibit 16, Part 9, # 4 Exhibit 16, Part 10, # 5 Exhibit 17 – 24)(Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 303 | DECLARATION of Andrew H. Schapiro, Group 3, Exhibit 25 – 38 in Opposition re: 176 MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit 39 – 45, # 2 Exhibit 46 – 59, # 3 Exhibit 60 – 63, # 4 Exhibit 64, Part 1, # 5 Exhibit 64, Part 2, # 6 Exhibit 65 – 68, # 7 Exhibit 69 – 77)(Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 304 | DECLARATION of Andrew H. Schapiro, Group 4, Exhibit 78, Part 1 in Opposition re: 176 MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit 78, Part 2, # 2 Exhibit 79 – 84, # 3 Exhibit 85 – 90)(Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 305 | DECLARATION of Andrew H. Schapiro, Group 5, Exhibit 91, Part 1 in Opposition re: 176 MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit 91, Part 2, # 2 Exhibit 91, Part 3, # 3 Exhibit 91, Part 4, # 4 Exhibit 91, Part 5, # 5 Exhibit 91, Part 6, # 6 Exhibit 92 – 104, # 7 Exhibit 105 –115)(Schapiro, Andrew) (Entered: 05/21/2010) |

| | | |
|---|---|---|
| 05/21/2010 | 306 | DECLARATION of Andrew H. Schapiro, Group 6, Exhibit 116 – 127 in Opposition re: 176 MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit 128, # 2 Exhibit 129 – 134, # 3 Exhibit 135 – 141, # 4 Exhibit 142 – 174, # 5 Exhibit 175 –194, # 6 Exhibit 195 – 204, # 7 Exhibit 205 – 214)(Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 307 | DECLARATION of Andrew H. Schapiro, Group 7, Exhibit 215, Part 1 in Opposition re: 176 MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit 215, Part 2, # 2 Exhibit 215, Part 3, # 3 Exhibit 215, Part 4, # 4 Exhibit 215, Part 5, # 5 Exhibit 216 – 222, # 6 Exhibit 223 – 237)(Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 308 | DECLARATION of Andrew H. Schapiro, Group 8, Exhibit 238 –259 in Opposition re: 176 MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit 260 – 272, # 2 Exhibit 273 – 285, # 3 Exhibit 286 – 288, # 4 Exhibit 289 – 296, # 5 Exhibit 297 – 310, # 6 Exhibit 311, Part 1, # 7 Exhibit 311, Part 2, # 8 Exhibit 312 – 314)(Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 309 | DECLARATION of Andrew H. Schapiro, Group 9, Exhibit 315 –318 in Opposition re: 176 MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit 319 – 335, # 2 Exhibit 336, Part 1, # 3 Exhibit 336, Part 2, # 4 Exhibit 336, Part 3, # 5 Exhibit 337 – 345, # 6 Exhibit 346 – 368, # 7 Exhibit 369 – 373)(Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 310 | DECLARATION of Andrew H. Schapiro, Group 10, Exhibit 374– 378 in Opposition re: 176 MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit 380 – 386, # 2 Exhibit 387 – 412, # 3 Exhibit 413 – 420, # 4 Exhibit 421 – 422, # 5 Exhibit 423, Part 1, # 6 Exhibit 423, Part 2, # 7 Exhibit 423, Part 3, # 8 Exhibit 424 –425)(Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 311 | RESPONSE in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims. Defendants' Local Rule 56.1 Statement*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 312 | DECLARATION of Andrew H. Schapiro in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 313 | DECLARATION of Michael Rubin in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 314 | DECLARATION of Micah Schaffer in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 315 | DECLARATION of Suzanne Reider in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, |

| | | |
|---|---|---|
| | | Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | <u>316</u> | DECLARATION of Susan J. Kohlmann in Support re: <u>176</u> MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense.*. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: #<u>1</u> Exhibit 1, #<u>2</u> Exhibit 2, #<u>3</u> Exhibit 3, #<u>4</u> Exhibit 4, #<u>5</u> Exhibit 5, #<u>6</u> Exhibit 6, #<u>7</u> Exhibit 7, #<u>8</u> Exhibit 8, #<u>9</u> Exhibit 9, #<u>10</u> Exhibit 10, #<u>11</u> Exhibit 11, #<u>12</u> Exhibit 12, #<u>13</u> Exhibit 13, #<u>14</u> Exhibit 14, #<u>15</u> Exhibit 15, #<u>16</u> Exhibit 16, #<u>17</u> Exhibit 17, #<u>18</u> Exhibit 18, #<u>19</u> Exhibit 19, #<u>20</u> Exhibit 20, #<u>21</u> Exhibit 21, #<u>22</u> Exhibit 22, #<u>23</u> Exhibit 23, #<u>24</u> Exhibit 24, #<u>25</u> Exhibit 25, #<u>26</u> Exhibit 26, #<u>27</u> Exhibit 27, #<u>28</u> Exhibit 28, #<u>29</u> Exhibit 29)(Kohlmann, Susan) (Entered: 05/21/2010) |
| 05/21/2010 | <u>317</u> | DECLARATION of Susan J. Kohlmann/ Exhibits to Declaration of Susan J. Kohlmann in Support of Viacom's Opposition to Defendants' Motion for Summary Judgment in Support re: <u>284</u> Memorandum of Law in Opposition to Motion,. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: #<u>1</u> Exhibit 30 – Part 1, #<u>2</u> Exhibit 30 – Part 2, #<u>3</u> Exhibit 30 – Part 3, #<u>4</u> Exhibit 30 –Part 4, #<u>5</u> Exhibit 30 – Part 5, #<u>6</u> Exhibit 31, #<u>7</u> Exhibit 32, #<u>8</u> Exhibit 33, #<u>9</u> Exhibit 34, #<u>10</u> Exhibit 35, #<u>11</u> Exhibit 36, #<u>12</u> Exhibit 37, #<u>13</u> Exhibit 38, #<u>14</u> Exhibit 39, #<u>15</u> Exhibit 40, #<u>16</u> Exhibit 41, #<u>17</u> Exhibit 42, #<u>18</u> Exhibit 43, #<u>19</u> Exhibit 44, #<u>20</u> Exhibit 45, #<u>21</u> Exhibit 46, #<u>22</u> Exhibit 47, #<u>23</u> Exhibit 48, #<u>24</u> Exhibit 49, #<u>25</u> Exhibit 50, #<u>26</u> Exhibit 51)(Kohlmann, Susan) (Entered: 05/21/2010) |
| 05/21/2010 | <u>318</u> | DECLARATION of Susan J. Kohlmann/ Exhibits to Declaration of Susan J. Kohlmann in Support of Viacom's Opposition to Defendants' Motion for Summary Judgment in Support re: <u>284</u> Memorandum of Law in Opposition to Motion,. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: #<u>1</u> Exhibit 52, #<u>2</u> Exhibit 53, #<u>3</u> Exhibit 54, #<u>4</u> Exhibit 55, #<u>5</u> Exhibit 56, #<u>6</u> Exhibit 57, #<u>7</u> Exhibit 58, #<u>8</u> Exhibit 59, #<u>9</u> Exhibit 60, #<u>10</u> Exhibit 61, #<u>11</u> Exhibit 62 – Part 1, #<u>12</u> Exhibit 62 – Part 2, #<u>13</u> Exhibit 62 – Part 3, #<u>14</u> Exhibit 62 – Part 4, #<u>15</u> Exhibit 62 – Part 5, #<u>16</u> Exhibit 62 – Part 6, #<u>17</u> Exhibit 62 – Part 7, #<u>18</u> Exhibit 62 – Part 8, #<u>19</u> Exhibit 62 – Part 9, #<u>20</u> Exhibit 63, #<u>21</u> Exhibit 64, #<u>22</u> Exhibit 65, #<u>23</u> Exhibit 66, #<u>24</u> Exhibit 67, #<u>25</u> Exhibit 68, #<u>26</u> Exhibit 69, #<u>27</u> Exhibit 70, #<u>28</u> Exhibit 71, #<u>29</u> Exhibit 72, #<u>30</u> Exhibit 73, #<u>31</u> Exhibit 74, #<u>32</u> Exhibit 75, #<u>33</u> Exhibit 76, #<u>34</u> Exhibit 77, #<u>35</u> Exhibit 78, #<u>36</u> Exhibit 79, #<u>37</u> Exhibit 80)(Kohlmann, Susan) (Entered: 05/21/2010) |
| 05/21/2010 | <u>319</u> | DECLARATION of Susan J. Kohlmann/ Exhibits to Declaration of Susan J. Kohlmann in Support of Viacom's Opposition to Defendants' Motion for Summary Judgment in Support re: <u>284</u> Memorandum of Law in Opposition to Motion,. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: #<u>1</u> Exhibit 81, #<u>2</u> Exhibit 82, #<u>3</u> Exhibit 83, #<u>4</u> Exhibit 84, #<u>5</u> Exhibit 85, #<u>6</u> Exhibit 86, #<u>7</u> Exhibit 87, #<u>8</u> Exhibit 88, #<u>9</u> Exhibit 89, #<u>10</u> Exhibit 90, #<u>11</u> Exhibit 91, #<u>12</u> Exhibit 92, #<u>13</u> Exhibit 93)(Kohlmann, Susan) (Entered: 05/21/2010) |
| 05/21/2010 | <u>320</u> | DECLARATION of Declaration of Scott B. Wilkens in Support of Viacom's Opposition to Defendants' Motion for Summary Judgment in Support re: <u>284</u> Memorandum of Law in Opposition to Motion,. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: #<u>1</u> Exhibit 1, #<u>2</u> Exhibit 2, #<u>3</u> Exhibit 3, #<u>4</u> Exhibit 4, #<u>5</u> Exhibit 5, #<u>6</u> Exhibit 6, #<u>7</u> Exhibit 7, #<u>8</u> Exhibit 8, #<u>9</u> Exhibit 9, #<u>10</u> Exhibit 10, #<u>11</u> Exhibit 11, #<u>12</u> Exhibit 12, #<u>13</u> Exhibit 13, #<u>14</u> Exhibit 14, #<u>15</u> Exhibit 15, #<u>16</u> Exhibit 16, #<u>17</u> Exhibit 17, #<u>18</u> Exhibit 18, #<u>19</u> Exhibit 19, #<u>20</u> Exhibit 20, #<u>21</u> Exhibit 21, #<u>22</u> Exhibit 22, #<u>23</u> Exhibit 23, #<u>24</u> Exhibit 24, #<u>25</u> Exhibit 25, #<u>26</u> Exhibit 26, #<u>27</u> Exhibit 27, #<u>28</u> Exhibit 28, #<u>29</u> Exhibit 29, #<u>30</u> Exhibit 30, #<u>31</u> Exhibit 31, #<u>32</u> Exhibit 32, #<u>33</u> Exhibit 33, #<u>34</u> Exhibit 34, #<u>35</u> Exhibit 35, #<u>36</u> Exhibit 36, #<u>37</u> |

| | | |
|---|---|---|
| | | Exhibit 37, #38 Exhibit 38, #39 Exhibit 39, #40 Exhibit 40, #41 Exhibit 41, #42 Exhibit 42, #43 Exhibit 43, #44 Exhibit 44, #45 Exhibit 45, #46 Exhibit 46)(Kohlmann, Susan) (Entered: 05/21/2010) |
| 05/21/2010 | 321 | DECLARATION of Andrew H. Schapiro, Group 11, Exhibit 379 in Opposition re: 176 MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense..* Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 05/21/2010) |
| 05/21/2010 | 322 | RULE 56.1 STATEMENT. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Kohlmann, Susan) (Entered: 05/21/2010) |
| 05/21/2010 | 323 | DECLARATION of William M. Hohengarten/ Additional Unsealed Exhibits to the Declaration of William M. Hohengarten in Support of Viacom's Motion for Partial Summary Judgment in Support re: 176 MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense..* Document filed by Country Pictures Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: #1 Exhibit 38, #2 Exhibit 76, #3 Exhibit 78, #4 Exhibit 79, #5 Exhibit 80, #6 Exhibit 83, #7 Exhibit 86, #8 Exhibit 110, #9 Exhibit 113, #10 Exhibit 137, #11 Exhibit 182, #12 Exhibit 192, #13 Exhibit 193, #14 Exhibit 194, #15 Exhibit 195, #16 Exhibit 197, #17 Exhibit 198, #18 Exhibit 201, #19 Exhibit 202, #20 Exhibit 292, #21 Exhibit 301)(Hohengarten, William) (Entered: 05/21/2010) |
| 05/21/2010 | 324 | DECLARATION of William M. Hohengarten/ Additional Unsealed Exhibits to the Declaration of William M. Hohengarten in Support of Viacom's Motion for Partial Summary Judgment in Support in Support re: 176 MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense..* Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: #1 Exhibit 312 – Part 1, #2 Exhibit 312 – Part 2, #3 Exhibit 312 – Part 3, #4 Exhibit 313, #5 Exhibit 315 – Part 1, #6 Exhibit 315 – Part 2, #7 Exhibit 315 – Part 3)(Hohengarten, William) (Entered: 05/21/2010) |
| 05/21/2010 | 325 | DECLARATION of William M. Hohengarten/ Additional Unsealed Exhibits to the Declaration of William M. Hohengarten in Support of Viacom's Motion for Partial Summary Judgment in Support in Support re: 176 MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense..* Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: #1 Exhibit 322, #2 Exhibit 323, #3 Exhibit 338, #4 Exhibit 374, #5 Exhibit 376, #6 Exhibit 377)(Hohengarten, William) (Entered: 05/21/2010) |
| 05/25/2010 | | CASHIERS OFFICE REMARK on 280 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 05/17/2010, Receipt Number 904254. (jd) (Entered: 05/25/2010) |
| 05/26/2010 | 326 | VOLUME 1: EXHIBITS 1–75 (attached to the Declaration of Andrew H. Schapiro in support of defendants' opposition to plaintiffs' motions for partial summary judgment and defendants' objections to evidence and motion to strike material from Viacom's summary judgment submissions and putative class plaintiffs' Rule 56.1 statement). Document filed by the defendants. ***Accepted for filing by the Chambers of Louis L. Stanton on 5/20/10, document number 238.(mro) (Entered: 05/26/2010) |
| 05/26/2010 | 327 | VOLUME 2: EXHIBITS 76–116 (attached to the Declaration of Andrew H. Schapiro in support of defendants' opposition to plaintiffs' motions for partial summary judgment and defendants' objections to evidence and motion to strike material from Viacom's summary judgment submissions and putative class plaintiffs' Rule 56.1 statement). Document filed by the defendants. ***Accepted |

| | | |
|---|---|---|
| | | for filing by the Chambers of Louis L. Stanton on 5/20/10, document number 238. (mro) (Entered: 05/26/2010) |
| 05/26/2010 | 328 | VOLUME 3: EXHIBITS 117–150(attached to the Declaration of Andrew H. Schapiro in support of defendants' opposition to plaintiffs' motions for partial summary judgment and defendants' objections to evidence and motion to strike material from Viacom's summary judgment submissions and putative class plaintiffs' Rule 56.1 statement). Document filed by the defendants. ***Accepted for filing by the Chambers of Louis L. Stanton on 5/20/10, document number 238. (mro) (Entered: 05/26/2010) |
| 05/26/2010 | 329 | VOLUME 4: EXHIBITS 151–210(attached to the Declaration of Andrew H. Schapiro in support of defendants' opposition to plaintiffs' motions for partial summary judgment and defendants' objections to evidence and motion to strike material from Viacom's summary judgment submissions and putative class plaintiffs' Rule 56.1 statement). Document filed by the defendants. ***Accepted for filing by the Chambers of Louis L. Stanton on 5/20/10, document number 238.(mro) (Entered: 05/26/2010) |
| 05/26/2010 | 330 | VOLUME 5: EXHIBITS 211–230(attached to the Declaration of Andrew H. Schapiro in support of defendants' opposition to plaintiffs' motions for partial summary judgment and defendants' objections to evidence and motion to strike material from Viacom's summary judgment submissions and putative class plaintiffs' Rule 56.1 statement). Document filed by the defendants. ***Accepted for filing by the Chambers of Louis L. Stanton on 5/20/10, document number 238.(mro) (Entered: 05/26/2010) |
| 05/26/2010 | 331 | VOLUME 6: EXHIBITS 231–275(attached to the Declaration of Andrew H. Schapiro in support of defendants' opposition to plaintiffs' motions for partial summary judgment and defendants' objections to evidence and motion to strike material from Viacom's summary judgment submissions and putative class plaintiffs' Rule 56.1 statement). Document filed by the defendants. ***Accepted for filing by the Chambers of Louis L. Stanton on 5/20/10, document number 238. (mro) (Entered: 05/26/2010) |
| 05/26/2010 | 332 | VOLUME 7: EXHIBITS 276–312(attached to the Declaration of Andrew H. Schapiro in support of defendants' opposition to plaintiffs' motions for partial summary judgment and defendants' objections to evidence and motion to strike material from Viacom's summary judgment submissions and putative class plaintiffs' Rule 56.1 statement). Document filed by the defendants. ***Accepted for filing by the Chambers of Louis L. Stanton on 5/20/10, document number 238.(mro) Modified on 5/26/2010 (mro). (Entered: 05/26/2010) |
| 05/26/2010 | 333 | VOLUME 8: EXHIBITS 313–349(attached to the Declaration of Andrew H. Schapiro in support of defendants' opposition to plaintiffs' motions for partial summary judgment and defendants' objections to evidence and motion to strike material from Viacom's summary judgment submissions and putative class plaintiffs' Rule 56.1 statement). Document filed by the defendants. ***Accepted for filing by the Chambers of Louis L. Stanton on 5/20/10, document number 238. (mro) (Entered: 05/26/2010) |
| 05/26/2010 | 334 | VOLUME 9: EXHIBITS 350–425(attached to the Declaration of Andrew H. Schapiro in support of defendants' opposition to plaintiffs' motions for partial summary judgment and defendants' objections to evidence and motion to strike material from Viacom's summary judgment submissions and putative class plaintiffs' Rule 56.1 statement). Document filed by the defendants. ***Accepted for filing by the Chambers of Louis L. Stanton on 5/20/10, document number 238. (mro) (Entered: 05/26/2010) |
| 05/26/2010 | 335 | DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT. Document filed by the defendants. ***Accepted for filing by the Chambers of Louis L. Stanton on 5/20/10, document number 238. (mro) (Entered: 05/26/2010) |
| 05/26/2010 | 336 | DECLARATION OF ANDREW H. SCHAPIRO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND DEFENDANTS' OBJECTIONS TO EVIDENCE |

| | | AND MOTION TO STRIKE MATERIAL FROM VIACOM'S SUMMARY JUDGMENT SUBMISSIONS AND PUTATIVE CLASS PLAINTIFFS' RULE 56.1 STATEMENT. ***Accepted for filing by the Chambers of Louis L. Stanton on 5/20/10, document number 238. (mro) (Entered: 05/26/2010) |
|---|---|---|
| 05/26/2010 | 337 | DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF OBJECTIONS TO EVIDENCE AND MOTION TO STRIKE MATERIAL FROM VIACOM'S SUMMARY JUDGMENT SUBMISSIONS AND PUTATIVE CLASS PLAINTIFFS' RULE 56.1 STATEMENT. Document filed by the defendants. ***Accepted for filing by the Chambers of Louis L. Stanton on 5/20/10, document number 238. (mro) (Entered: 05/26/2010) |
| 05/26/2010 | 338 | DECLARATION OF DAVID KING IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT.***Accepted for filing by the Chambers of Louis L. Stanton on 5/20/10, document number 238. (mro) (Entered: 05/26/2010) |
| 05/26/2010 | 339 | DECLARATION OF CHAD HURLEY SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT. ***Accepted for filing by the Chambers of Louis L. Stanton on 5/20/10, document number 238. (mro) (Entered: 05/26/2010) |
| 05/26/2010 | 340 | DEFENDANTS' COUNTER STATEMENT TO CLASS PLAINTIFFS' STATEMENT OF UNCONTROVERTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT. ***Accepted for filing by the Chambers of Louis L. Stanton on 5/20/10, document number 238. (mro) (Entered: 05/26/2010) |
| 05/26/2010 | 341 | DECLARATION OF MICAH SCHAFFER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT. ***Accepted for filing by the Chambers of Louis L. Stanton on 5/20/10, document number 238. (mro) (Entered: 05/26/2010) |
| 05/26/2010 | 342 | YOUTUBE'S COUNTER STATEMENT TO VIACOM'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY AND INAPPLICABILITY OF THE DIGITAL MILLENNIUM COPYRIGHT ACT SAFE HARBOR DEFENSE. ***Accepted for filing by the Chambers of Louis L. Stanton on 5/20/10, document number 238. (mro) (Entered: 05/26/2010) |
| 05/26/2010 | 343 | NOTICE OF APPEARANCE by Asim M. Bhansali on behalf of eBay, Inc., Facebook, Inc., IAC/Interactivecorp, Yahoo! Inc. (Bhansali, Asim) (Entered: 05/26/2010) |
| 05/26/2010 | 344 | MOTION for Leave to File Brief. Document filed by eBay, Inc., Facebook, Inc., IAC/Interactivecorp, Yahoo! Inc..(Bhansali, Asim) (Entered: 05/26/2010) |
| 05/26/2010 | 345 | DECLARATION of Michael S. Kwun in Support re: 344 MOTION for Leave to File Brief.. Document filed by eBay, Inc., Facebook, Inc., IAC/Interactivecorp, Yahoo! Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order)(Bhansali, Asim) (Entered: 05/26/2010) |
| 05/26/2010 | 346 | BRIEF *of Amici Curiae eBay Inc., Facebook, Inc., IAC/Interactivecorp, and Yahoo! Inc. in Support of Defendants*. Document filed by eBay, Inc., Facebook, Inc., IAC/Interactivecorp, Yahoo! Inc..(Bhansali, Asim) (Entered: 05/26/2010) |
| 05/26/2010 | 347 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by eBay, Inc., Facebook, Inc., IAC/Interactivecorp, Yahoo! Inc..(Bhansali, Asim) (Entered: 05/26/2010) |
| 05/27/2010 | 348 | MEMO ENDORSED granted, no opposition re 273 Motion for Clifford M. Sloan to Appear Pro Hac Vice. (Signed by Judge Louis L. Stanton on 5/27/10) (cd) (Entered: 05/27/2010) |
| 05/28/2010 | 349 | FILING ERROR – DEFICIENT DOCKET ENTRY – MOTION for Leave to File Amicus Brief. Document filed by The Sideshow Coalition. (Attachments: # 1 Affidavit of Eric J. Grannis, # 2 Exhibit Amicus Brief of the Sideshow Coalition)(Grannis, Eric) Modified on 6/1/2010 (db). (Entered: 05/28/2010) |

| 05/28/2010 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Eric Joseph Grannis to RE–FILE Document 349 MOTION for Leave to File Amicus Brief. ERROR(S): Supporting Documents (Declaration in Support and Memorandum of Law in Support) are filed separately, each getting there own Document #. ***REMINDER*** – First Re–File Motion, then file and link any supporting documents – found under the Event Type Replies, Opposition and Supporting Documents. (db) (Entered: 06/01/2010) |
|---|---|---|
| 06/01/2010 | 350 | MOTION for Leave to File Amicus Brief. Document filed by The Sideshow Coalition.(Grannis, Eric) (Entered: 06/01/2010) |
| 06/01/2010 | 351 | DECLARATION of Eric J. Grannis in Support re: 350 MOTION for Leave to File Amicus Brief.. Document filed by The Sideshow Coalition. (Grannis, Eric) (Entered: 06/01/2010) |
| 06/01/2010 | 352 | BRIEF of Amicus Curiae The Sideshow Coalition in Support of Defendants. Document filed by The Sideshow Coalition.(Grannis, Eric) (Entered: 06/01/2010) |
| 06/04/2010 | 353 | SEALED DOCUMENT placed in vault.(nm) (Entered: 06/07/2010) |
| 06/04/2010 | 355 | SEALED DOCUMENT placed in vault.(nm) (Entered: 06/07/2010) |
| 06/07/2010 | 354 | STIPULATION AND ORDER STIPULATED HIGHLY CONFIDENTIAL FILED UNDER SEAL...regarding procedures to be followed that shall govern the handling of confidential material...SO ORDERED. (Signed by Judge Louis L. Stanton on 6/7/2010) (jmi) Modified on 6/22/2010 (jmi). (Entered: 06/07/2010) |
| 06/08/2010 | 356 | MEMO ENDORSED ON NOTICE OF MOTION FOR ADMISSION PRO HAC VICE OF RUSSELL J. FRACKMAN: ENDORSEMENT: Granted. No opposition. So Ordered (Signed by Judge Louis L. Stanton on 6/7/2010) (js) (Entered: 06/08/2010) |
| 06/11/2010 | 357 | MOTION for Matthew W. Alsdorf to Withdraw as Attorney. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners.(Kohlmann, Susan) (Entered: 06/11/2010) |
| 06/14/2010 | 358 | MEMO ENDORSEMENT on re: 344 Motion for Leave to File Document. ENDORSEMENT: Granted. No opposition. So Ordered. (Signed by Judge Louis L. Stanton on 6/14/2010) (jfe) (Entered: 06/14/2010) |
| 06/14/2010 | 359 | MEMO ENDORSEMENT on re: 357 Motion to Withdraw as Attorney. Attorney Matthew William Alsdorf terminated. ENDORSEMENT: Leave granted. So Ordered. (Signed by Judge Louis L. Stanton on 6/14/2010) (jfe) (Entered: 06/14/2010) |
| 06/14/2010 | 360 | SEALED DOCUMENT placed in vault.(nm) (Entered: 06/15/2010) |
| 06/15/2010 | 361 | SEALED DOCUMENT placed in vault.(nm) (Entered: 06/15/2010) |
| 06/18/2010 | 362 | ORDER granting 350 Motion for Leave to File Document. ENDORSEMENT: granted. No opposition. So Ordered.(Signed by Judge Louis L. Stanton on 6/18/2010) (jmi) (Entered: 06/18/2010) |
| 06/23/2010 | 363 | STIPULATION AND ORDER: It is hereby stipulated and agreed by and between the parties that, consistent with the March 17, 2010 and May 21, 2010 Stipulations and Orders, the unsealing of materials relating to the parties' replies to summary judgment motions and certain documents from their motions for summary judgment motions in the above referenced actions shall be implemented as set forth in this Stipulation and Order. (Signed by Judge Louis L. Stanton on 6/23/2010) (jpo) (Entered: 06/23/2010) |
| 06/23/2010 | 364 | OPINION AND ORDER: #99090 Defendants are granted summary judgment that they qualify for the protection of 17 U. S. C. § 512 (c), as expounded above, against all of plaintiffs' claims for direct and secondary copyright infringement. Plaintiffs' motions for judgment are denied. The parties shall meet and confer about any issues requiring judicial attention remaining in these cases, and submit a report (jointly, if possible) by July 14, 2010. (Signed by Judge Louis L. Stanton on |

| | | |
|---|---|---|
| | | 6/23/2010) (jpo) Modified on 6/24/2010 (ajc). Modified on 6/30/2010 (jpo). (Entered: 06/23/2010) |
| 06/23/2010 | | Set Deadlines/Hearings:( Status Report due by 7/14/2010.) (jpo) (Entered: 06/23/2010) |
| 06/25/2010 | 365 | REPLY MEMORANDUM OF LAW in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 06/25/2010) |
| 06/25/2010 | 366 | REPLY *TO CLASS PLAINTIFFS' COUNTERSTATEMENT OF CONTROVERTED MATERIAL FACTS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 06/25/2010) |
| 06/25/2010 | 367 | REPLY MEMORANDUM OF LAW in Support re: 176 MOTION for Partial Summary Judgment */Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense. / Viacom's Reply Memorandum of Law in Support of Viacom's Motion for Partial Summary Judgment*. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Kohlmann, Susan) (Entered: 06/25/2010) |
| 06/25/2010 | 368 | REPLY *TO VIACOM'S COUNTER–STATEMENT IN RESPONSE TO DEFENDANTS' LOCAL RULE 56.1 STATEMENT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT &RESPONSE TO VIACOM'S SUPPLEMENTAL COUNTER–STATEMENT*. Document filed by Youtube, Inc., Youtube, LLC. (Schapiro, Andrew) (Entered: 06/25/2010) |
| 06/25/2010 | 369 | DECLARATION of DAVID KING in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 06/25/2010) |
| 06/25/2010 | 370 | REPLY re: 286 Response in Opposition to Motion,. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Kohlmann, Susan) (Entered: 06/25/2010) |
| 06/25/2010 | 371 | DECLARATION of ANDREW H. SCHAPIRO in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit 1 – 3, # 2 Exhibit 4 – 12, # 3 Exhibit 13 – 17, # 4 Exhibit 18 Part 1, # 5 Exhibit 18 Part 2, # 6 Exhibit 19 – 32, # 7 Exhibit 33 – 41, # 8 Exhibit 42 Part 1)(Schapiro, Andrew) (Entered: 06/25/2010) |
| 06/25/2010 | 372 | Objection re: 292 Declaration in Opposition to Motion, 289 Declaration in Opposition to Motion, 300 Declaration in Opposition to Motion, 294 Declaration in Opposition to Motion, 293 Declaration in Opposition to Motion, */ Viacom's Evidentiary Objections to Portions of Declarations Submitted in Support of Defendants' Opposition to Viacom's Motion for Partial Summary Judgment*. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Kohlmann, Susan) (Entered: 06/25/2010) |
| 06/25/2010 | 373 | DECLARATION of ANDREW H. SCHAPIRO in Support re: 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims.*. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: # 1 Exhibit 43 – 55, # 2 Exhibit 56 – 62, # 3 Exhibit 63 – 64, # 4 Exhibit 65 – 72, # 5 Exhibit 73 Part 1, # 6 Exhibit 73 Part 2)(Schapiro, Andrew) (Entered: 06/25/2010) |
| 06/25/2010 | 374 | DECLARATION of Scott B. Wilkens in Support re: 367 Reply Memorandum of Law in Support of Motion,,. Document filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, Comedy Partners. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 |

| | | Exhibit 3, #_4_ Exhibit 4, #_5_ Exhibit 5, #_6_ Exhibit 6, #_7_ Exhibit 7, #_8_ Exhibit 8, #_9_ Exhibit 9, #_10_ Exhibit 10, #_11_ Exhibit 11, #_12_ Exhibit 12, #_13_ Exhibit 13, #_14_ Exhibit 14)(Kohlmann, Susan) (Entered: 06/25/2010) |
|---|---|---|
| 06/25/2010 | 375 | DECLARATION of ANDREW H. SCHAPIRO in Support re:_177_ MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims..* Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: #_1_ Exhibit 73 Part 4, #_2_ Exhibit 73 Part 5, #_3_ Exhibit 73 Part 6, #_4_ Exhibit 73 Part 7, #_5_ Exhibit 74 – 91)(Schapiro, Andrew) (Entered: 06/25/2010) |
| 06/25/2010 | 376 | DECLARATION of ANDREW H. SCHAPIRO in Support re:_177_ MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims..* Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: #_1_ Exhibit 96 – 109, #_2_ Exhibit 110 Part 1, #_3_ Exhibit 110 Part 2, #_4_ Exhibit 110 Part 3, #_5_ Exhibit 110 Part 4)(Schapiro, Andrew) (Entered: 06/25/2010) |
| 06/25/2010 | 377 | DECLARATION of ANDREW H. SCHAPIRO in Support re:_177_ MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims..* Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: #_1_ Exhibit 110 Part 6, #_2_ Exhibit 111 – 134, #_3_ Exhibit 136 – 146, #_4_ Exhibit 147 Part 1, #_5_ Exhibit 147 Part 2, #_6_ Exhibit 148 – 155, #_7_ Exhibit 156 – 161, #_8_ Exhibit 162 – 198)(Schapiro, Andrew) (Entered: 06/25/2010) |
| 06/25/2010 | 378 | DECLARATION of MICHAEL RUBIN in Support re:_177_ MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims..* Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: #_1_ Exhibit 1 – 6, #_2_ Exhibit 7 Part 1, #_3_ Exhibit 7 Part 2, #_4_ Exhibit 7 Part 3, #_5_ Exhibit 7 Part 4, #_6_ Exhibit 7 Part 5, #_7_ Exhibit 7 Part 6)(Schapiro, Andrew) (Entered: 06/25/2010) |
| 06/25/2010 | 379 | DECLARATION of MICHAEL RUBIN in Support re:_177_ MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims..* Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: #_1_ Exhibit 16 – 17, #_2_ Exhibit 18 – 26, #_3_ Exhibit 27 – 30, #_4_ Exhibit 31 – 42, #_5_ Exhibit 43 – 44, #_6_ Exhibit 45 – 71)(Schapiro, Andrew) (Entered: 06/25/2010) |
| 06/25/2010 | 380 | DECLARATION of MICHAEL RUBIN in Support re:_177_ MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims..* Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: #_1_ Exhibit 162 – 177, #_2_ Exhibit 178 – 180, #_3_ Exhibit 181 – 184, #_4_ Exhibit 185, #_5_ Exhibit 186 – 191, #_6_ Exhibit 192 – 355)(Schapiro, Andrew) (Entered: 06/25/2010) |
| 06/25/2010 | 381 | DECLARATION of ANDREW H. SCHAPIRO in Opposition re:_176_ MOTION for Partial Summary Judgment */Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense..* Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Attachments: #_1_ Exhibit 117, #_2_ Exhibit 213, #_3_ Exhibit 267 and 360)(Schapiro, Andrew) (Entered: 06/25/2010) |
| 06/25/2010 | 382 | MEMORANDUM OF LAW in Opposition re:_176_ MOTION for Partial Summary Judgment */Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense..* Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (Schapiro, Andrew) (Entered: 06/25/2010) |
| 06/28/2010 | 383 | REPLY MEMORANDUM OF LAW in Support of Class Plaintiffs' Motion for Partial Summary Judgment dismissing defendants' first defense(DMCA Safe Harbor Defense). Document filed by class plaintiffs. ***Accepted for filing by the Honorable Louis L. Stanton on 6/23/10 (document number 363). (mro) (Entered: 06/29/2010) |

| | | |
|---|---|---|
| 06/30/2010 | 384 | (REDACTED PUBLIC VERSION) REPLY MEMORANDUM OF LAW in Support of Defendants' Motion for Summary Judgment. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc. (mbe) (Entered: 07/06/2010) |
| 06/30/2010 | 385 | (REDACTED PUBLIC VERSION) REPLY to Class plaintiffs' counter–statement of controverted material facts in Opposition to defendants' Motion for Summary Judgment. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc. (mbe) (Entered: 07/06/2010) |
| 06/30/2010 | 386 | (REDACTED PUBLIC VERSION) DECLARATION of David King in Support of Defendants' motion for Summary Judgment. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc. (mbe) (Entered: 07/06/2010) |
| 06/30/2010 | 387 | (REDACTED PUBLIC VERSION) REPLY DECLARATION of Michael Rubin in Support of defendants' motion for Summary Judgment. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc. (mbe) (Entered: 07/06/2010) |
| 06/30/2010 | 388 | (REDACTED PUBLIC VERSION) DECLARATION of Andrew H. Schapiro in Support of defendants' motion for Summary Judgment. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc. (mbe) (Entered: 07/06/2010) |
| 06/30/2010 | 389 | (REDACTED PUBLIC VERSION) REPLY to Viacom's counter–statement in response to defendants' Local Rule 56.1 Statement in Support of defendants' motion for Summary Judgment &Response to Viacom's Supplemental Counter–Statement. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc. (mbe) (Entered: 07/06/2010) |
| 06/30/2010 | 390 | (REDACTED PUBLIC VERSION) REPLY DECLARATION of Michael Rubin in Support of defendants' Motion for Summary Judgment. (Volume 1: Exhibits 1–50) Document filed by Youtube, Inc., Youtube, LLC, Google, Inc. (mbe) (Entered: 07/06/2010) |
| 06/30/2010 | 391 | (REDACTED PUBLIC VERSION) REPLY DECLARATION of Michael Rubin in Support of defendants' Motion for Summary Judgment. (Volume 2: Exhibits 51–355). Document filed by Youtube, Inc., Youtube, LLC, Google, Inc. (mbe) (Entered: 07/06/2010) |
| 06/30/2010 | 392 | (REDACTED PUBLIC VERSION) DECLARATION of Andrew H. Schapiro in Support of defendants' motion for Summary Judgment. (Volume 1: Exhibits 1–50) Document filed by Youtube, Inc., Youtube, LLC, Google, Inc. (mbe) (Entered: 07/06/2010) |
| 06/30/2010 | 393 | (REDACTED PUBLIC VERSION) DECLARATION of Andrew H. Schapiro in Support of defendants' motion for Summary Judgment. (Volume 2: Exhibits 51–80. Document filed by Youtube, Inc., Youtube, LLC, Google, Inc.. (mbe) (Entered: 07/06/2010) |
| 06/30/2010 | 394 | (REDACTED PUBLIC VERSION) DECLARATION of Andrew H. Schapiro in Support of defendants' motion for Summary Judgment. (Volume 3: Exhibits 81–198). Document filed by Youtube, Inc., Youtube, LLC, Google, Inc. (mbe) (Entered: 07/06/2010) |
| 07/29/2010 | 395 | RULING ON VIACOM'S DISPUTED PRIVILEGE CLAIMS; I have considered the parties' submissions regarding the two claims of privilege asserted by Viacom. In sequence, the decisiveissue in each claim is disposed of in the manner that is set forth in this Order. (Signed by Judge Louis L. Stanton on 7/28/10) (pl) (Entered: 07/29/2010) |
| 07/30/2010 | 396 | ENDORSED LETTER addressed to Judge Louis L. Stanton from William F. Bly dated 6/30/10 re: The enclosed documents submitted in response to the Court's Order of March 5, 2010, regarding the unsealing of documents. ENDORSEMENT: I have reviewed the documents and proposed redactions submitted with this letter. The redactions are narrowly tailored, fully justified, approved and shall remain in effect. So ordered. (Signed by Judge Louis L. Stanton on 7/29/10) (rjm) (Entered: 07/30/2010) |
| 07/30/2010 | 397 | ENDORSED LETTER addressed to Judge Louis L. Stanton from Philip M. Kelly dated 7/1/10 re: BayTSP respectfully requests that the Court maintain the |

| | | Confidential Document under seal. ENDORSEMENT: Because of the prospect that its disclosure may reveal anti−piracy methods, this document (Exhibit 33 to the Schapiro Declaration in support of Google's Reply Brief) shall remain sealed. So ordered. (Signed by Judge Louis L. Stanton on 7/29/10) (rjm) (Entered: 07/30/2010) |
|---|---|---|
| 08/03/2010 | 398 | ORDER re redactions proposed by the plaintiffs with respect to confidential personal and business information contained in submissions filed in support of Defendants' Opposition to Plaintiffs' motions for Partial Summary Judgment et al: I have determined that the protection of the value of this private, proprietary and commercially sensitive information to its owners clearly outweighs any countervailing public interest in its disclosure to the general public and to competitors, and as further set forth in this document. (Signed by Judge Louis L. Stanton on 8/3/10) (cd) (Entered: 08/03/2010) |
| 08/04/2010 | 399 | ORDER After examining the redactions proposed by the defendants with respect to confidential personal and business information contained in submissions filed in support of Defendants' Opposition to Plaintiffs' Motions for Partial Summary Judgment, Viacom's Opposition to Defendants' Motion for Summary Judgment, Class Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, Defendants' Reply in Support of Defendants' Motion for Summary Judgment, Viacom's Reply in Support of Viacom's Motion for Partial Summary Judgment, and Class Plaintiffs' Reply Motion for Partial Summary Judgment − together with the reasons given for continued confidential treatment of the designated material, I have determined that the protection of the value of this private, proprietary and commercially sensitive information to its owners clearly outweighs any countervailing public interest in its disclosure to the general public and to competitors, and justifies its redaction, together with personally identifiable matter such as addresses, telephone and account numbers, family and personal affairs and similar information, publicly filed and disclosed. So ordered. (Signed by Judge Louis L. Stanton on 8/4/2010) (jmi) (Entered: 08/04/2010) |
| 08/10/2010 | 400 | STIPULATION AND ORDER: The parties have met and conferred and reach a stipulated resolution regarding the treatment of removed videos, as further set forth in this Order. (Signed by Judge Louis L. Stanton on 8/9/2010) (tro) (Entered: 08/10/2010) |
| 08/10/2010 | 401 | FINAL JUDGMENT that for the reasons set forth in the Court's Opinion and Order dated June 23, 2010, judgment is entered for Defendants and against Plaintiffs on all of Plaintiffs' claims. (Signed by Judge Louis L. Stanton on 8/9/10) (Attachments: # 1 notice of right to appeal)(ml) (Entered: 08/10/2010) |
| 08/10/2010 | | ***DELETED DOCUMENT. Deleted document number 402 Final Judgment. The document was incorrectly filed in this case. (ml) (Entered: 08/10/2010) |
| 08/11/2010 | 402 | NOTICE OF APPEAL from 364 Memorandum &Opinion,, 401 Judgment,. Document filed by Black Entertainment Television, LLC, Comedy Partners, Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc.. Filing fee $ 455.00, receipt number E 911709. (nd) (Entered: 08/11/2010) |
| 08/11/2010 | | Transmission of Notice of Appeal to the District Judge re: 402 Notice of Appeal,. (nd) (Entered: 08/11/2010) |
| 08/11/2010 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 402 Notice of Appeal,. (nd) (Entered: 08/11/2010) |
| 08/11/2010 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 4 Summons Returned Executed, filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, 347 Rule 7.1 Corporate Disclosure Statement filed by IAC/Interactivecorp, Facebook, Inc., Yahoo! Inc., eBay, Inc., 221 Declaration in Support of Motion,, filed by Youtube, LLC, Youtube, Inc., Google, Inc., 196 Declaration in Support of Motion, filed by Youtube, LLC, Youtube, Inc., Google, Inc., 369 Declaration in Support of Motion filed by Youtube, LLC, Youtube, Inc., Google, Inc., 375 Declaration in Support of Motion, filed by Youtube, LLC, Youtube, Inc., Google, Inc., 284 Memorandum of |

Law in Opposition to Motion, filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, 265 Rule 7.1 Corporate Disclosure Statement,, filed by NBC Universal, Inc., Disney Enterprises, Inc., Broadcast Music, Inc., Picture Archive Council Of America, Warner Bros. Entertainment Inc., SESAC, Inc., American Society of Composers, Authors And Publishers, Zuffa, LLC, Center For The Rule Of Law, Association Of American Publishers, Rosetta Stone Ltd., The Media Institute, Institute For Policy Innovation, Professional Photographers of America, 197 Declaration in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 5 Summons Returned Executed, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 22 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 199 Declaration in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 133 Letter, 381 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 83 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 1 Complaint, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 203 Declaration in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 47 Notice of Appeal filed by Sandra Ann Bradshaw Lucas–Morrow, 73 Notice of Appearance filed by Youtube, Inc., Google, Inc., Youtube, LLC, 62 Stipulation and Order, 325 Declaration in Support of Motion,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 200 Declaration in Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 152 MOTION for Melissa A. Cox to Withdraw as Attorney. filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 344 MOTION for Leave to File Brief. filed by IAC/Interactivecorp, Facebook, Inc., Yahoo! Inc., eBay, Inc., 343 Notice of Appearance filed by IAC/Interactivecorp, Facebook, Inc., Yahoo! Inc., eBay, Inc., 18 Notice of Appearance filed by Youtube, Inc., Google, Inc., Youtube, LLC, 19 Notice of Appearance filed by Youtube, Inc., Google, Inc., Youtube, LLC, 370 Reply filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 321 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 185 Stipulation and Order,,,,,,, 48 MOTION for Rebecca Weinstein Bacon to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 38 Order on Motion to Appear Pro Hac Vice, 371 Declaration in Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 209 Declaration in Support of Motion,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 188 Memorandum of Law in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 358 Order on Motion for Leave to File Document, 58 Scheduling Order, 306 Declaration in Opposition to Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 107 Protective Order, 191 Declaration in Support of Motion,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 167 Endorsed Letter,, 168 Endorsed Letter,, 300 Declaration in Opposition to Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 64 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 23 MOTION for Carrie A. Jablonski to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 268 Brief, filed by NBC Universal, Inc., Disney Enterprises, Inc., Broadcast Music, Inc., Picture Archive Council Of America, Warner Bros. Entertainment Inc., SESAC, Inc., American Society of Composers, Authors And Publishers, Zuffa, LLC, Center For The Rule Of Law, Association Of American Publishers, Rosetta Stone Ltd., The Media Institute, Institute For Policy Innovation, Professional Photographers of America, 35 MOTION for Bart E. Volkmer to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 315 Declaration in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 213 Declaration in Support of Motion,, filed by Youtube, Inc., Google, Inc., Youtube,

LLC, 125 MOTION for Melissa A. Cox to Appear Pro Hac Vice. filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 102 Endorsed Letter, 166 Endorsed Letter, Set Deadlines/Hearings,, 41 Order, 399 Order,,,,, 320 Declaration in Support,,,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 274 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 90 CROSS MOTION for Protective Order. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 165 Endorsed Letter,, 230 Endorsed Letter, 120 Stipulation and Order, 79 Endorsed Letter, Set Scheduling Order Deadlines,, 258 MOTION for Leave to File brief of amicus curiae. filed by Washington Legal Foundation, 127 Notice of Change of Address, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 3 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 249 MOTION to Strike. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 108 Notice of Change of Address, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 214 Declaration in Support of Motion,,,,,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 253 Memo Endorsement, 237 MOTION to File Amicus Brief. filed by American Library Association, et al., 261 Declaration in Support of Motion filed by Washington Legal Foundation, 61 Order on Motion for Miscellaneous Relief, 12 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 378 Declaration in Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 346 Brief filed by IAC/Interactivecorp, Facebook, Inc., Yahoo! Inc., eBay, Inc., 201 Declaration in Support of Motion,,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 55 Protective Order, 225 Declaration in Support of Motion,,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 13 MOTION for Scott B. Wilkens to Appear Pro Hac Vice. filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 301 Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion) filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 257 Notice (Other) filed by Washington Legal Foundation, 89 Order on Motion to Appear Pro Hac Vice, 318 Declaration in Support,,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 94 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 303 Declaration in Opposition to Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 262 Affidavit filed by Washington Legal Foundation, 316 Declaration in Support of Motion,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 171 Stipulation and Order,, 28 Memo Endorsement, 314 Declaration in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 212 Declaration in Support of Motion,,,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 350 MOTION for Leave to File Amicus Brief. filed by The Sideshow Coalition, 277 Brief, filed by International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, AFL–CIO, Directors Guild of America, American Federation of Television and Radio Artists, Screen Actors Guild, 129 Endorsed Letter, 290 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 273 MOTION for Clifford M. Sloan to Appear Pro Hac Vice. filed by NBC Universal,

Inc., Disney Enterprises, Inc., Broadcast Music, Inc., Picture Archive Council Of America, Warner Bros. Entertainment Inc., SESAC, Inc., American Society of Composers, Authors And Publishers, Zuffa, LLC, Center For The Rule Of Law, Association Of American Publishers, Rosetta Stone Ltd., The Media Institute, Institute For Policy Innovation, Professional Photographers of America, 304 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 85 MOTION to Compel. filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 305 Declaration in Opposition to Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 87 Reply Memorandum of Law in Support of Motion, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 31 Memo Endorsement, 243 Declaration in Support of Motion,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 153 Order on Motion to Withdraw as Attorney, 124 Order on Motion to Appear Pro Hac Vice, 276 Rule 7.1 Corporate Disclosure Statement, filed by International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, AFL–CIO, Directors Guild of America, American Federation of Television and Radio Artists, Screen Actors Guild, 52 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 189 Rule 56.1 Statement filed by Youtube, Inc., Google, Inc., Youtube, LLC, 112 Answer to Amended Complaint filed by Youtube, Inc., Google, Inc., Youtube, LLC, 16 Order on Motion to Appear Pro Hac Vice, 224 Declaration in Support of Motion,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 286 Response in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 157 Stipulation and Order,,, 162 Order, 317 Declaration in Support,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 181 Notice of Voluntary Dismissal – Signed,,, 291 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 240 Brief filed by American Library Association, et al., 269 Endorsed Letter, 46 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 178 Letter, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 123 Order on Motion to Appear Pro Hac Vice, 287 Response in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 319 Declaration in Support,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 251 Order on Motion to Strike, 313 Declaration in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 86 MOTION for John H. Hinderaker to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 71 Order on Motion to Appear Pro Hac Vice, 29 Memo Endorsement, 217 Declaration in Support of Motion,,,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 264 Declaration in Support of Motion filed by Washington Legal Foundation, 132 MOTION For Leave To Withdraw Donald B. Verrilli, Jr., Steven B. Fabrizio, And Peter H. Hanna As Counsel For Viacom International Inc., Et al. filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 76 Protective Order, 352 Brief filed by The Sideshow Coalition, 356 Memo Endorsement, 26 MOTION for Alison G. Wheeler to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 293 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 27 MOTION for Phillip S. Beck to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 308 Declaration in Opposition to Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 70 Order on Motion to Appear Pro Hac Vice, 88 Order on Motion to Appear Pro Hac Vice, 239 Rule 7.1 Corporate Disclosure Statement filed by American Library Association, et al., 275 Notice of Appearance, filed by International Alliance of Theatrical Stage Employees and Moving Picture

Machine Operators of the United States and Canada, AFL–CIO, Directors Guild of America, American Federation of Television and Radio Artists, Screen Actors Guild, 311 Response in Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 146 Order on Motion to Withdraw as Attorney, 63 Stipulation and Order, Set Deadlines,,,,,, 223 Declaration in Support of Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 101 Endorsed Letter, 81 Memorandum of Law in Support of Motion, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 220 Declaration in Support of Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 396 Endorsed Letter, 36 MOTION for David H. Kramer to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 7 Summons Returned Executed, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 74 Stipulation and Order,, 310 Declaration in Opposition to Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 134 Memo Endorsement,, 150 Stipulation and Order of Dismissal, 377 Declaration in Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 78 USCA Mandate,, 235 Notice of Appearance filed by American Library Association, et al., 176 MOTION for Partial Summary Judgment *Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense*. filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 193 Declaration in Support of Motion,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 126 Order on Motion to Appear Pro Hac Vice, 139 Stipulation and Order, 323 Declaration in Support of Motion,,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 186 Memorandum of Law in Support of Motion, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 30 Memo Endorsement, 260 Memorandum of Law in Support of Motion filed by Washington Legal Foundation, 280 MOTION for Russell J. Frackman to Appear Pro Hac Vice. filed by Washington Legal Foundation, 177 MOTION for Summary Judgment *Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims*. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 354 Protective Order, 309 Declaration in Opposition to Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 292 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 164 Endorsed Letter, 256 Amicus Curiae Appearance filed by Washington Legal Foundation, 67 MOTION for Leo Cunningham to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 21 Answer to Complaint filed by Youtube, Inc., Google, Inc., Youtube, LLC, 115 Notice of Change of Address, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 376 Declaration in Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 198 Declaration in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 135 Memo Endorsement, 373 Declaration in Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 255 Rule 7.1 Corporate Disclosure Statement filed by Washington Legal Foundation, 296 Counter Statement to Rule 56.1 filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 44 Order on Motion for Reconsideration, 289 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 401 Judgment, 147 Order on Motion for Miscellaneous Relief, 68 MOTION for Leo Cunningham to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 2 Rule 7.1 Corporate Disclosure Statement, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 195 Declaration in Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 244 Order,, 382 Memorandum of Law in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 170 MOTION for Matthew S. Hellman to Appear Pro Hac Vice. filed by Viacom International, Inc., 109 Notice of Change of Address, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom

International, Inc., Black Entertainment Television, LLC, 299 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 39 Order on Motion to Appear Pro Hac Vice, 216 Declaration in Support of Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 110 Notice of Change of Address, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 366 Reply filed by Youtube, Inc., Google, Inc., Youtube, LLC, 117 Memorandum &Opinion,,,,, 8 Order, 295 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 169 Endorsed Letter, 82 Memorandum of Law in Opposition to Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 218 Declaration in Support of Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 154 Order, 398 Order,, 10 Letter, 247 Order,, 20 Rule 7.1 Corporate Disclosure Statement filed by Youtube, Inc., Google, Inc., Youtube, LLC, 140 MOTION for Amy L. Tenney to Withdraw as Attorney *Motion for Leave to Withdraw Amy L. Tenney as Counsel for Viacom International Inc., et al.*. filed by Viacom International, Inc., 372 Objection (non−motion), Objection (non−motion), Objection (non−motion) filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 50 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 103 Endorsed Letter, 379 Declaration in Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 245 Order on Motion to File Amicus Brief,, 263 Amicus Curiae Appearance, filed by NBC Universal, Inc., Disney Enterprises, Inc., Broadcast Music, Inc., Picture Archive Council Of America, Warner Bros. Entertainment Inc., SESAC, Inc., American Society of Composers, Authors And Publishers, Zuffa, LLC, Center For The Rule Of Law, Association Of American Publishers, Rosetta Stone Ltd., The Media Institute, Institute For Policy Innovation, Professional Photographers of America, 59 MOTION for James J. Hartnett, IV to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 322 Rule 56.1 Statement filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 113 Notice of Change of Address, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 149 Endorsed Letter, Set Deadlines/Hearings,, 365 Reply Memorandum of Law in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 137 Endorsed Letter,,, 210 Declaration in Support of Motion,,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 395 Order,, 106 Amended Complaint,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 53 Order Admitting Attorney Pro Hac Vice, 192 Declaration in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 285 Counter Statement to Rule 56.1 filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 297 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 32 Memo Endorsement, 174 Endorsed Letter, Set Deadlines/Hearings,, 211 Declaration in Support of Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 229 Order, 144 Endorsed Letter, Set Motion and RRDeadlines/Hearings,, 368 Reply, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 17 Notice of Appearance filed by Youtube, Inc., Google, Inc., Youtube, LLC, 116 Order, 184 Order on Motion to Appear Pro Hac Vice, 266 Amicus Curiae Appearance, filed by NBC Universal, Inc., Disney Enterprises, Inc., Broadcast Music, Inc., Picture Archive Council Of America, Warner Bros. Entertainment Inc., SESAC, Inc., American Society of Composers, Authors And Publishers, Zuffa, LLC, Center For The Rule Of Law, Association Of American Publishers, Rosetta Stone Ltd., The Media Institute, Institute For Policy Innovation, Professional Photographers of America, 241 Declaration in Support of Motion filed by American Library Association, et al., 15 Order on Motion to Appear Pro Hac Vice, 288 Memorandum of Law in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 351 Declaration in Support of Motion filed by The Sideshow Coalition, 324 Declaration in Support of Motion,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television,

LLC, 397 Endorsed Letter, 246 Declaration in Support of Motion,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 283 Memorandum of Law in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 232 Endorsed Letter,, 80 MOTION for Leave to File First Amended Complaint. filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 56 Scheduling Order, 141 Stipulation and Order, 226 Declaration in Support of Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 402 Notice of Appeal, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 282 Stipulation and Order,,,,,,,, 400 Stipulation and Order, 238 Declaration in Support of Motion filed by American Library Association, et al., 364 Memorandum &Opinion,, 40 Order on Motion to Appear Pro Hac Vice, 37 Order on Motion to Appear Pro Hac Vice, 95 Memorandum &Opinion, 9 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 34 MOTION for Maura L. Rees to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 190 Declaration in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 179 Memo Endorsement,,, 380 Declaration in Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 65 MOTION for Michael H. Rubin to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 45 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 122 MOTION for James C. Cox to Appear Pro Hac Vice. filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 312 Declaration in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 228 Declaration in Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 215 Declaration in Support of Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 69 MOTION for Dylan J. Liddiard to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 187 Rule 56.1 Statement filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 259 Declaration in Support of Motion filed by Washington Legal Foundation, 163 Endorsed Letter, 270 Order on Motion to File Amicus Brief, 294 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 49 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 24 MOTION for Shayna S. Coot to Appear Pro Hac Vice. filed by Youtube, Inc., Youtube, LLC, 298 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 233 Protective Order, 267 MOTION to File Amicus Brief. filed by NBC Universal, Inc., Disney Enterprises, Inc., Broadcast Music, Inc., Picture Archive Council Of America, Warner Bros. Entertainment Inc., SESAC, Inc., American Society of Composers, Authors And Publishers, Zuffa, LLC, Center For The Rule Of Law, Association Of American Publishers, Rosetta Stone Ltd., The Media Institute, Institute For Policy Innovation, Professional Photographers of America, 227 Declaration in Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 138 Order on Motion to Appear Pro Hac Vice, 25 MOTION for Mark S. Ouwelleen to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 359 Order on Motion to Withdraw as Attorney, 348 Order on Motion to Appear Pro Hac Vice, 367 Reply Memorandum of Law in Support of Motion,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 6 Summons Returned Executed, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 374 Declaration in Support,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 11 MOTION for Amy L. Tenney to Appear Pro Hac Vice. filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 111 Notice of Change of Address, filed by Country Music Television, Inc., Comedy

| | | |
|---|---|---|
| | | Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 202 Declaration in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 105 Stipulation and Order,, 114 Notice of Change of Address, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 363 Stipulation and Order, 307 Declaration in Opposition to Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 121 MOTION for Sarah A. Maquire to Appear Pro Hac Vice. filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 345 Declaration in Support of Motion filed by IAC/Interactivecorp, Facebook, Inc., Yahoo! Inc., eBay, Inc., 136 MOTION for Eric Haren to Appear Pro Hac Vice. filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 254 Endorsed Letter, 234 Stipulation and Order,,,,,,, 362 Order on Motion for Leave to File Document, 33 MOTION for Caroline E. Wilson to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 222 Declaration in Support of Motion,,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 236 Amicus Curiae Appearance filed by American Library Association, et al., 119 Stipulation and Order, 208 Declaration in Support of Motion,,,,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 14 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 357 MOTION for Matthew W. Alsdorf to Withdraw as Attorney. filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 271 Memo Endorsement, 302 Declaration in Opposition to Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 242 Response in Opposition to Motion filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 207 Declaration in Support of Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 219 Declaration in Support of Motion,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC were transmitted to the U.S. Court of Appeals. (js) (Entered: 08/11/2010) |
| 09/28/2010 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Pre–Motion Conference held on 9/28/2010 on Motion for attorney's fees. (mro) (Entered: 09/30/2010) |
| 09/29/2010 | 403 | ORDER, that for the reasons stated on the record in open court this afternoon, the balance of the pre–motion conference regarding defendants' application for attorneys fees is adjourned until it is rescheduled following receipt of the Court of Appeals' mandate in the pending appeal. (Signed by Judge Louis L. Stanton on 9/28/10) (pl) (Entered: 09/29/2010) |
| 12/20/2010 | 404 | TRANSCRIPT of proceedings held on 9/28/2010 before Judge Louis L. Stanton. (lnl) (Entered: 12/20/2010) |
| 05/17/2011 | 405 | MOTION for Eric R. Haren to Withdraw as Attorney. Document filed by Black Entertainment Television, LLC, Comedy Partners, Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc..(Wilkens, Scottt) (Entered: 05/17/2011) |
| 05/18/2011 | 406 | ORDER: Upon the motion of Jenner &Block LLP, Eric R. Haren is hereby granted leave to withdraw as counsel for plaintiffs in this action. Attorney Eric R. Haren terminated. (Signed by Judge Louis L. Stanton on 5/18/2011) (lnl) (Entered: 05/18/2011) |
| 05/23/2011 | 407 | MOTION for Sharmila Sohoni to Withdraw as Attorney. Document filed by Black Entertainment Television, LLC, Comedy Partners, Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc..(Wilkens, Scottt) (Entered: 05/23/2011) |

| 05/24/2011 | 408 | ORDER: Upon the motion of Jenner &Block LLP, Sharmila Sohoni is hereby granted leave to withdraw as counsel for plaintiffs in this action. Attorney Sharmila Sohoni terminated. (Signed by Judge Louis L. Stanton on 5/24/2011) (lnl) (Entered: 05/24/2011) |
|---|---|---|
| 04/27/2012 | 409 | MANDATE of USCA (Certified Copy) as to 402 Notice of Appeal, filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC USCA Case Number 10–3270. Ordered, Adjudged and Decreed that the judgment of the District Court is AFFIRMED in part, VACATED in part and the case is REMANDED in accordance with the opinion of this Court. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 04/27/2012. (Attachments: # 1 Opinion)(nd) Modified on 4/27/2012 (nd). (Entered: 04/27/2012) |
| 04/27/2012 | | Transmission of USCA Mandate/Order to the District Judge re: 409 USCA Mandate,,. (nd) (Entered: 04/27/2012) |
| 05/16/2012 | 410 | NOTICE OF APPEARANCE by Brian Michael Willen on behalf of Google, Inc., Youtube, Inc., Youtube, LLC (Willen, Brian) (Entered: 05/16/2012) |
| 05/21/2012 | 411 | NOTICE OF APPEARANCE by Matthew Dempsey McGill on behalf of Black Entertainment Television, LLC, Comedy Partners, Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc. (McGill, Matthew) (Entered: 05/21/2012) |
| 06/05/2012 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Status Conference held and concluded on 6/5/2012. (Court Reporter YES) (jmi) (Entered: 06/11/2012) |
| 06/18/2012 | 412 | TRANSCRIPT of Proceedings re: CONFERENCE held on 6/5/2012 before Judge Louis L. Stanton. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/12/2012. Redacted Transcript Deadline set for 7/23/2012. Release of Transcript Restriction set for 9/20/2012.(McGuirk, Kelly) (Entered: 06/18/2012) |
| 06/18/2012 | 413 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 6/5/12 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 06/18/2012) |
| 07/12/2012 | 414 | TRANSCRIPT of Proceedings re: CONFERENCE held on 6/5/2012 before Judge Louis L. Stanton. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/6/2012. Redacted Transcript Deadline set for 8/16/2012. Release of Transcript Restriction set for 10/15/2012.(McGuirk, Kelly) (Entered: 07/12/2012) |
| 07/12/2012 | 415 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERNCE proceeding held on 6/5/12 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 07/12/2012) |
| 07/26/2012 | 416 | GEORGE MAY, PLAINTIFF MOTION TO INTERVENE, MOTION TO ENFORCE JUDGMENT LIEN AGAINST VIACOM INTERNATIONAL, INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES, CORP., BLACK ENTERTAINMENT TELEVISION, LLC., LIEN AGAINST VIACOM INTERNATIONAL, INC., PARAMOUNT PICTURES, CORP., STOCK, UNDER FEDERAL RULE OF CIVIL PROCEDURE 18, 19, 20, 21, 22, 24, FEDERAL STATUTES 28 U.S.C. |

| | | 1367, MOTION TO ADD PARTIES NECESSARY FOR JUST ADJUDICATION ARAB WORLD BANK, DUBAI WORLD CORPORATION. Document filed by George May.(lmb) (Entered: 08/07/2012) |
|---|---|---|
| 08/09/2012 | 417 | MEMO ENDORSED (ORDER) dismissing 416 Motion to Enforce Judgment. No judgment in favor of George May appearing in this application, it is denied, SO ORDERED. (Signed by Judge Louis L. Stanton on 8/8/2012) (jmi) (Entered: 08/09/2012) |
| 10/05/2012 | 420 | MOTION for Sarah A. Maguire to Withdraw as Attorney. Document filed by Black Entertainment Television, LLC, Comedy Partners, Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc..(Wilkens, Scott) (Entered: 10/05/2012) |
| 10/05/2012 | 421 | MOTION for James Cox to Withdraw as Attorney. Document filed by Black Entertainment Television, LLC, Comedy Partners, Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc..(Wilkens, Scott) (Entered: 10/05/2012) |
| 10/11/2012 | 422 | MOTION for Entry of Default. Document filed by George May. (Attachments: # 1 Supplement)(cd) (Entered: 10/15/2012) |
| 10/12/2012 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Status Conference held and concluded on 10/12/2012. (Court Reporter Alena Lynch) (jmi) (Entered: 10/15/2012) |
| 10/18/2012 | 423 | MEMO ENDORSEMENT on re: (422 in 1:07−cv−02103−LLS) MOTION for Entry of Default filed by George May. Petitioner May has never obtained permission to intervene in this case, and his "motion to intervene motion to enforce Judgment Lien" eta date July 26, 2012 was denied by order dated August 8, 2012. He is not a party of this action, and this application is denied. SO ORDERED. (Signed by Judge Louis L. Stanton on 10/17/2012) (jmi) (Entered: 10/18/2012) |
| 10/26/2012 | 424 | ENDORSED LETTER addressed to Judge Louis L. Stanton from Andrew H. Schapiro dated October 25, 2012 re: I write on behalf of the parties in the above−captioned action to inform the Court that YouTube and Viacom have agreed on the following schedule for YouTube's renewed motion for summary judgment against Viacom: Friday, November 30,2012: YouTube's motion for summary judgment due; Friday, January 11,2013: Viacom's opposition to summary judgment due; Friday, February 1: YouTube's reply brief in support of summary judgment due. ENDORSEMENT: SO ORDERED. ( Motions due by 11/30/2012, Responses due by 1/11/2013, Replies due by 2/1/2013.) (Signed by Judge Louis L. Stanton on 10/26/2012) (jmi) (Entered: 10/26/2012) |
| 11/13/2012 | 425 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/12/2012 before Judge Louis L. Stanton. Court Reporter/Transcriber: Alena Lynch, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/7/2012. Redacted Transcript Deadline set for 12/17/2012. Release of Transcript Restriction set for 2/14/2013.(Moya, Goretti) (Entered: 11/13/2012) |
| 11/13/2012 | 426 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 10/12/2012 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Moya, Goretti) (Entered: 11/13/2012) |
| 11/15/2012 | 428 | MOTION for Miscellaneous Relief. Document filed by George May. (Attachments: # 1 2)(ft) (Entered: 11/27/2012) |
| 11/26/2012 | 427 | ENDORSED LETTER addressed to Judge Louis L. Stanton from Andrew H. Schapiro dated 11/21/2012 re: Andrew H. Schapiro writes on behalf of the parties in the above−captioned action to request a one−week extension of the summary |

| | | judgment briefing schedule. Both parties are in agreement as to the proposed schedule: Friday, December 7: YouTube's motion for summary judgment due; Friday January 18: Viacom's opposition to summary judgment due; Friday, February 8: YouTube's reply brief in support of summary judgment due. ENDORSEMENT: So Ordered. ( Motions due by 12/7/2012., Responses due by 1/18/2013, Replies due by 2/8/2013.) (Signed by Judge Louis L. Stanton on 11/26/2012) (ago) (Entered: 11/27/2012) |
|---|---|---|
| 11/28/2012 | 429 | MEMO ENDORSEMENT: Mr. May has never obtained permission to intervene this or the related case, and his motions to do so and enter and enforce a default judgment were denied by orders dated August 8 and October 17, 2012. He is not a party to this case and has no standing to seek this relief, which is denied. So ordered. (Signed by Judge Louis L. Stanton on 11/28/2012) (jmi) (jmi). (Entered: 11/28/2012) |
| 12/06/2012 | 430 | NOTICE OF APPEARANCE by David Bernard Schwartz on behalf of Google, Inc., Youtube, Inc., Youtube, LLC (Schwartz, David) (Entered: 12/06/2012) |
| 12/07/2012 | 431 | SEALED DOCUMENT placed in vault.(nm) (Entered: 12/07/2012) |
| 12/07/2012 | 432 | NOTICE of YouTube's Supplemental Submission in response to the Court's Request for an Appendix of Evidence. Document filed by Google, Inc., Youtube, Inc., Youtube, LLC. (Schwartz, David) (Entered: 12/07/2012) |
| 12/31/2012 | 433 | MOTION for William M. Hohengarten to Withdraw as Attorney. Document filed by Black Entertainment Television, LLC, Comedy Partners, Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc.. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(Wilkens, Scott) (Entered: 12/31/2012) |
| 01/03/2013 | 434 | ORDER granting 433 Motion to Withdraw as Attorney. Attorney William M. Hohengarten terminated. (Signed by Judge Louis L. Stanton on 1/2/2013) (jmi) (Entered: 01/03/2013) |
| 01/08/2013 | 435 | GEORGE MAY, PLAINTIFF, INTERVENOR, CONTINUING CONTRACT, TRADE SECRET OWNER, UCC LIEN OWNER, GEORGE MAY ON BEHALF OF HIS PREVIOUS ATTORNEY'S MOTION FOR SUMMARY JUDGMENT, JUDGMENT AS A MATTER OF LAW, FACT, EVIDENCE, WITH INCORPORATED MEMORANDUM OF LAW, FACT, EVIDENCE, WITH SWORN AFFIDAVIT IN SUPPORT OF, re: Motion for Judgment as a Matter of Law., Motion for Summary Judgment. Document filed by George May.(sc) Modified on 1/9/2013 (sc). (Entered: 01/09/2013) |
| 01/18/2013 | 436 | SEALED DOCUMENT placed in vault.(mps) (Entered: 01/18/2013) |
| 02/06/2013 | 437 | ENDORSED LETTER addressed to Judge Louis L. Stanton from Andrew H. Schapiro dated February 4, 2013 re: Defendants' reply brief would be filed on Friday, February 22. ENDORSEMENT: Plaintiffs having advised that they will not oppose it is so ordered. (Signed by Judge Louis L. Stanton on 2/6/2013) (jmi) (Entered: 02/06/2013) |
| 02/06/2013 | | Set/Reset Deadlines: Reply Brief due by 2/22/2013. (jmi) (Entered: 02/06/2013) |
| 02/22/2013 | 438 | SEALED DOCUMENT placed in vault.(mps) (Entered: 02/25/2013) |
| 03/26/2013 | 439 | STIPULATION AND ORDER: NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record, for the parties hereto, that: No later than March 22, 2013, each party shall identify to its adversary the portions of the Filings which it claims should be kept redacted. Objections to unsealing of portions not thus identified ate waived. Within the following week, the parties will meet and confer with respect to any contested items: On March 29, 2013, the parties shall unseal all materials that were not objected to pursuant to paragraph 1, or as to which objections have been withdrawn. On the same date, any contested items shall be brought to the Court's attention by letter. Also on the same date, with respect to each redacted item that is not contested, the parties shall (jointly or singly) submit proposed findings of fact, narrowly tailored to the item, justifying its redaction. The Court will either rule on any contested items, or set a date when the parties can be heard on specific items. |

| | | |
|---|---|---|
| | | SO ORDERED. (Signed by Judge Louis L. Stanton on 3/25/13) (jmi) (Entered: 03/26/2013) |
| 03/29/2013 | 440 | MOTION for Summary Judgment. Document filed by Google, Inc., Youtube, Inc., Youtube, LLC.(Schapiro, Andrew) (Entered: 03/29/2013) |
| 03/29/2013 | 441 | MEMORANDUM OF LAW in Support re: 440 MOTION for Summary Judgment.. Document filed by Google, Inc., Youtube, Inc., Youtube, LLC. (Schapiro, Andrew) (Entered: 03/29/2013) |
| 03/29/2013 | 442 | DECLARATION of David B. Schwartz in Support re: 440 MOTION for Summary Judgment.. Document filed by Google, Inc., Youtube, Inc., Youtube, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Schapiro, Andrew) (Entered: 03/29/2013) |
| 03/29/2013 | 443 | RULE 56.1 STATEMENT. Document filed by Google, Inc., Youtube, Inc., Youtube, LLC. (Schapiro, Andrew) (Entered: 03/29/2013) |
| 03/29/2013 | 444 | REPLY MEMORANDUM OF LAW in Support re: 440 MOTION for Summary Judgment.. Document filed by Google, Inc., Youtube, Inc., Youtube, LLC. (Schapiro, Andrew) (Entered: 03/29/2013) |
| 03/29/2013 | 445 | RULE 56.1 STATEMENT. Document filed by Google, Inc., Youtube, Inc., Youtube, LLC. (Schapiro, Andrew) (Entered: 03/29/2013) |
| 03/29/2013 | 446 | MEMORANDUM OF LAW in Opposition re: 440 MOTION for Summary Judgment.. Document filed by Black Entertainment Television, LLC, Comedy Partners, Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc.. (Wilkens, Scottt) (Entered: 03/29/2013) |
| 03/29/2013 | 447 | COUNTER STATEMENT TO 443 Rule 56.1 Statement. Document filed by Black Entertainment Television, LLC, Comedy Partners, Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc.. (Wilkens, Scottt) (Entered: 03/29/2013) |
| 03/29/2013 | 448 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** REPLY *To Youtube's Supplemental Submission In Response To The Court's Request For An Appendix Of Evidence Of Knowledge Or Awareness Of Specific Infringing Activity*. Document filed by Black Entertainment Television, LLC, Comedy Partners, Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc.. (Attachments: # 1 Part 2, # 2 Part 3)(Wilkens, Scottt) Modified on 4/1/2013 (ldi). (Entered: 03/29/2013) |
| 03/29/2013 | 449 | DECLARATION of Scott B. Wilkens in Opposition re: 440 MOTION for Summary Judgment.. Document filed by Black Entertainment Television, LLC, Comedy Partners, Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5 – REDACTED, # 6 Exhibit 6 – REDACTED, # 7 Exhibit 7)(Wilkens, Scottt) (Entered: 03/29/2013) |
| 03/29/2013 | | **\*\*\*NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Scottt Block Wilkens to RE–FILE Document 448 Reply. ERROR(S): Incomplete document. NOTE: This document is missing the case number, case caption, and signature or s/. (ldi)** (Entered: 04/01/2013) |
| 03/29/2013 | 451 | SEALED DOCUMENT placed in vault.(nm) (Entered: 04/01/2013) |
| 04/01/2013 | 450 | REPLY re: 432 Notice (Other) */Plaintiffs' Reply to Defendants Supplemental Submission*. Document filed by Black Entertainment Television, LLC, Comedy Partners, Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc.. (Attachments: # 1 Part Two, # 2 Part Three)(Wilkens, Scottt) (Entered: 04/01/2013) |
| 04/18/2013 | 452 | OPINION. Each of the above issues being concluded in favor of defendants, their renewed motion for summary judgment is granted. The Clerk shall enter judgment that defendants are protected by the safe–harbor provisions of the Digital |

| | | |
|---|---|---|
| | | Millennium Copyright Act, 17 U.S.C. § 512(c) from all of plaintiffs' copyright infringement claims, and accordingly dismissing the complaint, with costs and disbursements to defendants according to law. (Signed by Judge Louis L. Stanton on 4/18/2013). (rjm) (Entered: 04/18/2013) |
| 04/18/2013 | | Transmission to Judgments and Orders Clerk. Transmitted re: 452 Memorandum &Opinion to the Judgments and Orders Clerk. (rjm) (Entered: 04/18/2013) |
| 04/29/2013 | 453 | CLERK'S JUDGMENT That for the reasons stated in the Court's Opinion dated April 18, 2013, defendants' renewed motion for summary judgment is granted; judgment is entered that defendants are protected by the safe–harbor provisions of the Digital Millennium Copyright Act, 17 U.S.C. § 512(c) from all of plaintiffs copyright infringement claims, and the complaint is dismissed, with costs and disbursements to defendants according to law. (Signed by Clerk of Court Ruby Krajick on 4/29/13) (Attachments: # 1 Notice of Right to Appeal)(ml) (Entered: 04/30/2013) |
| 04/30/2013 | 454 | NOTICE OF APPEAL from 453 Clerk's Judgment,, 452 Memorandum &Opinion,,. Document filed by Black Entertainment Television, LLC, Comedy Partners, Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc.. Filing fee $ 455.00, receipt number 0208–8464503. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Smith, Paul) (Entered: 04/30/2013) |
| 04/30/2013 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 454 Notice of Appeal. (tp) (Entered: 04/30/2013) |
| 04/30/2013 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 441 Memorandum of Law in Support of Motion filed by Youtube, LLC, Youtube, Inc., Google, Inc., 419 FRCP Rule 5d Memo – Received from Chambers, 427 Endorsed Letter, Set Deadlines, 448 Reply, filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, 454 Notice of Appeal, filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, 423 Memo Endorsement, 407 MOTION for Sharmila Sohoni to Withdraw as Attorney filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, 415 Notice of Filing Transcript, 403 Order, Terminate Hearings, 411 Notice of Appearance filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, 417 Order on Motion to Enforce Judgment, 409 USCA Mandate, 421 MOTION for James Cox to Withdraw as Attorney filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, 446 Memorandum of Law in Opposition to Motion, filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, 425 Transcript,, 435 MOTION for Judgment as a Matter of Law. MOTION for Summary Judgment filed by George May, 418 FRCP Rule 5d Memo – Sent to Chambers, 410 Notice of Appearance filed by Youtube, LLC, Youtube, Inc., Google, Inc., 434 Order on Motion to Withdraw as Attorney, 453 Clerk's Judgment, 444 Reply Memorandum of Law in Support of Motion filed by Youtube, LLC, Youtube, Inc., Google, Inc., 450 Reply, filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, 414 Transcript, 442 Declaration in Support of Motion, filed by Youtube, LLC, Youtube, Inc., Google, Inc., 439 Stipulation and Order, 426 Notice of Filing Transcript, 408 Order on Motion to Withdraw as Attorney, 405 MOTION for Eric R. Haren to Withdraw as Attorney filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, 443 Rule 56.1 Statement filed by Youtube, LLC, Youtube, Inc., Google, Inc., 420 MOTION for Sarah A. Maguire to Withdraw as Attorney filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, 440 MOTION for Summary Judgment filed by Youtube, LLC, Youtube, Inc., Google, Inc., 445 Rule 56.1 Statement filed by Youtube, LLC, |

Youtube, Inc., Google, Inc., <u>447</u> Counter Statement to Rule 56.1 filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, <u>424</u> Endorsed Letter, Set Deadlines, <u>428</u> MOTION filed by George May, <u>412</u> Transcript, <u>430</u> Notice of Appearance filed by Youtube, LLC, Youtube, Inc., Google, Inc., <u>452</u> Memorandum &Opinion, <u>433</u> MOTION for William M. Hohengarten to Withdraw as Attorney filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, <u>449</u> Declaration in Opposition to Motion, filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, <u>429</u> Memo Endorsement, <u>416</u> MOTION to Intervene. MOTION to Enforce Judgment. MOTION to Add filed by George May, <u>437</u> Endorsed Letter, <u>413</u> Notice of Filing Transcript, <u>406</u> Order on Motion to Withdraw as Attorney, <u>432</u> Notice (Other) filed by Youtube, LLC, Youtube, Inc., Google, Inc., <u>422</u> MOTION for Entry of Default filed by George May, <u>4</u> Summons Returned Executed, filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, <u>347</u> Rule 7.1 Corporate Disclosure Statement filed by IAC/Interactivecorp, Facebook, Inc., Yahoo! Inc., eBay, Inc., <u>221</u> Declaration in Support of Motion,, filed by Youtube, LLC, Youtube, Inc., Google, Inc., <u>196</u> Declaration in Support of Motion, filed by Youtube, LLC, Youtube, Inc., Google, Inc., <u>369</u> Declaration in Support of Motion filed by Youtube, LLC, Youtube, Inc., Google, Inc., <u>375</u> Declaration in Support of Motion, filed by Youtube, LLC, Youtube, Inc., Google, Inc., <u>284</u> Memorandum of Law in Opposition to Motion, filed by Country Music Television, Inc., Paramount Pictures Corporation, Comedy Partners, Viacom International, Inc., Black Entertainment Television, LLC, <u>265</u> Rule 7.1 Corporate Disclosure Statement,, filed by NBC Universal, Inc., Disney Enterprises, Inc., Broadcast Music, Inc., Picture Archive Council Of America, Warner Bros. Entertainment Inc., SESAC, Inc., American Society of Composers, Authors And Publishers, Zuffa, LLC, Center For The Rule Of Law, Association Of American Publishers, Rosetta Stone Ltd., The Media Institute, Institute For Policy Innovation, Professional Photographers of America, <u>197</u> Declaration in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, <u>5</u> Summons Returned Executed, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, <u>22</u> Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, <u>199</u> Declaration in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, <u>133</u> Letter, <u>381</u> Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, <u>83</u> Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, <u>1</u> Complaint, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, <u>203</u> Declaration in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, <u>47</u> Notice of Appeal filed by Sandra Ann Bradshaw Lucas−Morrow, <u>73</u> Notice of Appearance filed by Youtube, Inc., Google, Inc., Youtube, LLC, <u>62</u> Stipulation and Order, <u>325</u> Declaration in Support of Motion,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, <u>200</u> Declaration in Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, <u>152</u> MOTION for Melissa A. Cox to Withdraw as Attorney. filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, <u>344</u> MOTION for Leave to File Brief. filed by IAC/Interactivecorp, Facebook, Inc., Yahoo! Inc., eBay, Inc., <u>343</u> Notice of Appearance filed by IAC/Interactivecorp, Facebook, Inc., Yahoo! Inc., eBay, Inc., <u>18</u> Notice of Appearance filed by Youtube, Inc., Google, Inc., Youtube, LLC, <u>19</u> Notice of Appearance filed by Youtube, Inc., Google, Inc., Youtube, LLC, <u>370</u> Reply filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, <u>321</u> Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, <u>185</u> Stipulation and Order,,,,,,, <u>48</u> MOTION for Rebecca Weinstein Bacon to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, <u>38</u> Order on Motion to Appear Pro Hac Vice, <u>371</u> Declaration in

Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC. 209 Declaration in Support of Motion,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC. 188 Memorandum of Law in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC. 358 Order on Motion for Leave to File Document. 58 Scheduling Order. 306 Declaration in Opposition to Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC. 107 Protective Order. 191 Declaration in Support of Motion,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC. 167 Endorsed Letter,. 168 Endorsed Letter,. 300 Declaration in Opposition to Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC. 64 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC. 23 MOTION for Carrie A. Jablonski to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC. 268 Brief, filed by NBC Universal, Inc., Disney Enterprises, Inc., Broadcast Music, Inc., Picture Archive Council Of America, Warner Bros. Entertainment Inc., SESAC, Inc., American Society of Composers, Authors And Publishers, Zuffa, LLC, Center For The Rule Of Law, Association Of American Publishers, Rosetta Stone Ltd., The Media Institute, Institute For Policy Innovation, Professional Photographers of America. 35 MOTION for Bart E. Volkmer to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC. 315 Declaration in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC. 213 Declaration in Support of Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC. 125 MOTION for Melissa A. Cox to Appear Pro Hac Vice. filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC. 102 Endorsed Letter, 166 Endorsed Letter, Set Deadlines/Hearings,,. 41 Order. 399 Order,,,,, 320 Declaration in Support,,,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC. 274 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC. 90 CROSS MOTION for Protective Order. filed by Youtube, Inc., Google, Inc., Youtube, LLC. 165 Endorsed Letter,. 230 Endorsed Letter, 120 Stipulation and Order, 79 Endorsed Letter, Set Scheduling Order Deadlines,,. 258 MOTION for Leave to File brief of amicus curiae. filed by Washington Legal Foundation. 127 Notice of Change of Address, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC. 3 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC. 249 MOTION to Strike. filed by Youtube, Inc., Google, Inc., Youtube, LLC. 108 Notice of Change of Address, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC. 214 Declaration in Support of Motion,,,,,,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC. 253 Memo Endorsement. 237 MOTION to File Amicus Brief. filed by American Library Association, et al.. 261 Declaration in Support of Motion filed by Washington Legal Foundation. 61 Order on Motion for Miscellaneous Relief, 12 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC. 378 Declaration in Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC. 346 Brief filed by IAC/Interactivecorp, Facebook, Inc., Yahoo! Inc., eBay, Inc.. 201 Declaration in Support of Motion,,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC. 55 Protective Order, 225 Declaration in Support of Motion,,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC. 13 MOTION for Scott B. Wilkens to Appear Pro Hac Vice. filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC. 301 Objection (non-motion), Objection (non-motion), Objection (non-motion), Objection

(non–motion), Objection (non–motion) filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 257 Notice (Other) filed by Washington Legal Foundation, 89 Order on Motion to Appear Pro Hac Vice, 318 Declaration in Support,,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 94 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 303 Declaration in Opposition to Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 262 Affidavit filed by Washington Legal Foundation, 316 Declaration in Support of Motion,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 171 Stipulation and Order,, 28 Memo Endorsement, 314 Declaration in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 212 Declaration in Support of Motion,,,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 350 MOTION for Leave to File Amicus Brief. filed by The Sideshow Coalition, 277 Brief, filed by International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, AFL–CIO, Directors Guild of America, American Federation of Television and Radio Artists, Screen Actors Guild, 129 Endorsed Letter, 290 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 273 MOTION for Clifford M. Sloan to Appear Pro Hac Vice. filed by NBC Universal, Inc., Disney Enterprises, Inc., Broadcast Music, Inc., Picture Archive Council Of America, Warner Bros. Entertainment Inc., SESAC, Inc., American Society of Composers, Authors And Publishers, Zuffa, LLC, Center For The Rule Of Law, Association Of American Publishers, Rosetta Stone Ltd., The Media Institute, Institute For Policy Innovation, Professional Photographers of America, 304 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 85 MOTION to Compel. filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 305 Declaration in Opposition to Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 87 Reply Memorandum of Law in Support of Motion, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 31 Memo Endorsement, 243 Declaration in Support of Motion,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 153 Order on Motion to Withdraw as Attorney, 124 Order on Motion to Appear Pro Hac Vice, 276 Rule 7.1 Corporate Disclosure Statement, filed by International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, AFL–CIO, Directors Guild of America, American Federation of Television and Radio Artists, Screen Actors Guild, 52 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 189 Rule 56.1 Statement filed by Youtube, Inc., Google, Inc., Youtube, LLC, 112 Answer to Amended Complaint filed by Youtube, Inc., Google, Inc., Youtube, LLC, 16 Order on Motion to Appear Pro Hac Vice, 224 Declaration in Support of Motion,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 286 Response in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 157 Stipulation and Order,,, 162 Order, 317 Declaration in Support,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 181 Notice of Voluntary Dismissal – Signed,,, 291 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 240 Brief filed by American Library Association, et al., 269 Endorsed Letter, 46 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 178 Letter, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 123 Order on Motion to Appear Pro Hac Vice, 287 Response in Opposition to Motion,

filed by Youtube, Inc., Google, Inc., Youtube, LLC, 319 Declaration in Support,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 251 Order on Motion to Strike, 313 Declaration in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 86 MOTION for John H. Hinderaker to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 71 Order on Motion to Appear Pro Hac Vice, 29 Memo Endorsement, 217 Declaration in Support of Motion,,,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 264 Declaration in Support of Motion filed by Washington Legal Foundation, 132 MOTION For Leave To Withdraw Donald B. Verrilli, Jr., Steven B. Fabrizio, And Peter H. Hanna As Counsel For Viacom International Inc., Et al. filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 76 Protective Order, 352 Brief filed by The Sideshow Coalition, 356 Memo Endorsement, 26 MOTION for Alison G. Wheeler to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 293 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 27 MOTION for Phillip S. Beck to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 308 Declaration in Opposition to Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 70 Order on Motion to Appear Pro Hac Vice, 88 Order on Motion to Appear Pro Hac Vice, 239 Rule 7.1 Corporate Disclosure Statement filed by American Library Association, et al., 275 Notice of Appearance, filed by International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, AFL–CIO, Directors Guild of America, American Federation of Television and Radio Artists, Screen Actors Guild, 311 Response in Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 146 Order on Motion to Withdraw as Attorney, 63 Stipulation and Order, Set Deadlines,,,,,, 223 Declaration in Support of Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 101 Endorsed Letter, 81 Memorandum of Law in Support of Motion, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 220 Declaration in Support of Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 396 Endorsed Letter, 36 MOTION for David H. Kramer to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 7 Summons Returned Executed, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 74 Stipulation and Order,, 310 Declaration in Opposition to Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 134 Memo Endorsement,, 150 Stipulation and Order of Dismissal, 377 Declaration in Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 78 USCA Mandate,, 235 Notice of Appearance filed by American Library Association, et al., 176 MOTION for Partial Summary Judgment /Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense. filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 193 Declaration in Support of Motion,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 126 Order on Motion to Appear Pro Hac Vice, 139 Stipulation and Order, 323 Declaration in Support of Motion,,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 186 Memorandum of Law in Support of Motion, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 30 Memo Endorsement, 260 Memorandum of Law in Support of Motion filed by Washington Legal Foundation, 280 MOTION for Russell J. Frackman to Appear Pro Hac Vice. filed by Washington Legal Foundation, 177 MOTION for Summary Judgment Regarding Applicability of the DMCA and on Plaintiffs' Inducement Claims. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 354 Protective Order, 309 Declaration in Opposition to Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 292 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 164 Endorsed Letter, 256 Amicus Curiae Appearance filed by Washington Legal Foundation, 67

MOTION for Leo Cunningham to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 21 Answer to Complaint filed by Youtube, Inc., Google, Inc., Youtube, LLC, 115 Notice of Change of Address, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 376 Declaration in Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 198 Declaration in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 135 Memo Endorsement, 373 Declaration in Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 255 Rule 7.1 Corporate Disclosure Statement filed by Washington Legal Foundation, 296 Counter Statement to Rule 56.1 filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 44 Order on Motion for Reconsideration, 289 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 401 Judgment, 147 Order on Motion for Miscellaneous Relief, 68 MOTION for Leo Cunningham to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 2 Rule 7.1 Corporate Disclosure Statement, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 195 Declaration in Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 244 Order,, 382 Memorandum of Law in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 170 MOTION for Matthew S. Hellman to Appear Pro Hac Vice. filed by Viacom International, Inc., 109 Notice of Change of Address, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 299 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 39 Order on Motion to Appear Pro Hac Vice, 216 Declaration in Support of Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 110 Notice of Change of Address, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 366 Reply filed by Youtube, Inc., Google, Inc., Youtube, LLC, 117 Memorandum &Opinion,,,,, 8 Order, 295 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 169 Endorsed Letter, 82 Memorandum of Law in Opposition to Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 218 Declaration in Support of Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 154 Order, 398 Order,, 10 Letter, 247 Order,, 20 Rule 7.1 Corporate Disclosure Statement filed by Youtube, Inc., Google, Inc., Youtube, LLC, 140 MOTION for Amy L. Tenney to Withdraw as Attorney / Motion for Leave to Withdraw Amy L. Tenney as Counsel for Viacom International Inc., et al.. filed by Viacom International, Inc., 372 Objection (non−motion), Objection (non−motion), Objection (non−motion) filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 50 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 103 Endorsed Letter, 379 Declaration in Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 245 Order on Motion to File Amicus Brief,, 263 Amicus Curiae Appearance, filed by NBC Universal, Inc., Disney Enterprises, Inc., Broadcast Music, Inc., Picture Archive Council Of America, Warner Bros. Entertainment Inc., SESAC, Inc., American Society of Composers, Authors And Publishers, Zuffa, LLC, Center For The Rule of Law, Association Of American Publishers, Rosetta Stone Ltd., The Media Institute, Institute For Policy Innovation, Professional Photographers of America, 59 MOTION for James J. Hartnett, IV to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 322 Rule 56.1 Statement filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 113 Notice of Change of Address, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 149 Endorsed Letter, Set Deadlines/Hearings,, 365 Reply Memorandum of Law in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 137 Endorsed Letter,,, 210 Declaration in Support of Motion,,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 395 Order, 106 Amended Complaint,, filed by Country Music Television,

Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 53 Order Admitting Attorney Pro Hac Vice, 192 Declaration in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 285 Counter Statement to Rule 56.1 filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 297 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 32 Memo Endorsement, 174 Endorsed Letter, Set Deadlines/Hearings,, 211 Declaration in Support of Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 229 Order, 144 Endorsed Letter, Set Motion and RRDeadlines/Hearings,, 368 Reply, filed by Youtube, Inc., Youtube, LLC, 17 Notice of Appearance filed by Youtube, Inc., Google, Inc., Youtube, LLC, 116 Order, 184 Order on Motion to Appear Pro Hac Vice, 266 Amicus Curiae Appearance, filed by NBC Universal, Inc., Disney Enterprises, Inc., Broadcast Music, Inc., Picture Archive Council Of America, Warner Bros. Entertainment Inc., SESAC, Inc., American Society of Composers, Authors And Publishers, Zuffa, LLC, Center For The Rule Of Law, Association Of American Publishers, Rosetta Stone Ltd., The Media Institute, Institute For Policy Innovation, Professional Photographers of America, 241 Declaration in Support of Motion filed by American Library Association, et al., 15 Order on Motion to Appear Pro Hac Vice, 288 Memorandum of Law in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 351 Declaration in Support of Motion filed by The Sideshow Coalition, 324 Declaration in Support of Motion,,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 397 Endorsed Letter, 246 Declaration in Support of Motion,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 283 Memorandum of Law in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 232 Endorsed Letter,, 80 MOTION for Leave to File First Amended Complaint. filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 56 Scheduling Order, 141 Stipulation and Order, 226 Declaration in Support of Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 402 Notice of Appeal, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 282 Stipulation and Order,,,,,,, 400 Stipulation and Order, 238 Declaration in Support of Motion filed by American Library Association, et al., 364 Memorandum &Opinion,, 40 Order on Motion to Appear Pro Hac Vice, 37 Order on Motion to Appear Pro Hac Vice, 95 Memorandum &Opinion, 9 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 34 MOTION for Maura L. Rees to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 190 Declaration in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 179 Memo Endorsement,,, 380 Declaration in Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 65 MOTION for Michael H. Rubin to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 45 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 122 MOTION for James C. Cox to Appear Pro Hac Vice. filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 312 Declaration in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 228 Declaration in Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 215 Declaration in Support of Motion,, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 69 MOTION for Dylan J. Liddiard to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 187 Rule 56.1 Statement filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 259 Declaration in Support of Motion filed by Washington Legal Foundation, 163 Endorsed Letter, 270 Order on Motion to File Amicus Brief, 294 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 49 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment

Television, LLC, 24 MOTION for Shayna S. Coot to Appear Pro Hac Vice. filed by Youtube, Inc., Youtube, LLC, 298 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 233 Protective Order, 267 MOTION to File Amicus Brief. filed by NBC Universal, Inc., Disney Enterprises, Inc., Broadcast Music, Inc., Picture Archive Council Of America, Warner Bros. Entertainment Inc., SESAC, Inc., American Society of Composers, Authors And Publishers, Zuffa, LLC, Center For The Rule Of Law, Association Of American Publishers, Rosetta Stone Ltd., The Media Institute, Institute For Policy Innovation, Professional Photographers of America, 227 Declaration in Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 138 Order on Motion to Appear Pro Hac Vice, 25 MOTION for Mark S. Ouwelleen to Appear Pro Hac Vice filed by Youtube, Inc., Google, Inc., Youtube, LLC, 359 Order on Motion to Withdraw as Attorney, 348 Order on Motion to Appear Pro Hac Vice, 367 Reply Memorandum of Law in Support of Motion,, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 6 Summons Returned Executed, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 374 Declaration in Support, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 11 MOTION for Amy L. Tenney to Appear Pro Hac Vice. filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 111 Notice of Change of Address, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 202 Declaration in Support of Motion filed by Youtube, Inc., Google, Inc., Youtube, LLC, 105 Stipulation and Order, 114 Notice of Change of Address, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 363 Stipulation and Order, 307 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 121 MOTION for Sarah A. Maquire to Appear Pro Hac Vice filed by Country Music Television, Inc., Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 345 Declaration in Support of Motion filed by IAC/Interactivecorp, Facebook, Inc., Yahoo! Inc., eBay, Inc., 136 MOTION for Eric Haren to Appear Pro Hac Vice filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 254 Endorsed Letter, 234 Stipulation and Order, 362 Order on Motion for Leave to File Document, 33 MOTION for Caroline E. Wilson to Appear Pro Hac Vice. filed by Youtube, Inc., Google, Inc., Youtube, LLC, 222 Declaration in Support of Motion, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 236 Amicus Curiae Appearance filed by American Library Association, et al., 119 Stipulation and Order, 208 Declaration in Support of Motion, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 14 Notice of Appearance filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 357 MOTION for Matthew W. Alsdorf to Withdraw as Attorney. filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 271 Memo Endorsement, 302 Declaration in Opposition to Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 242 Response in Opposition to Motion filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC, 207 Declaration in Support of Motion, filed by Youtube, Inc., Google, Inc., Youtube, LLC, 219 Declaration in Support of Motion, filed by Country Music Television, Inc., Comedy Partners, Paramount Pictures Corporation, Viacom International, Inc., Black Entertainment Television, LLC were transmitted to the U.S. Court of Appeals. (tp) (Entered: 04/30/2013)