NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Viacom International, Inc. v. YouTube, Inc.   Docket No.: 13-1720

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: David B. Schwartz

Firm: Quinn Emanuel Urquhart & Sullivan, LLP

Address: 51 Madison Ave., 22nd Floor, New York, NY 10010

Telephone: 212-849-7456   Fax: 212-849-7100

E-mail: davidschwartz@quinnemanuel.com

Appearance for: YouTube, Inc.; YouTube, LLC; Google Inc., Defendants-Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Andrew H. Schapiro, Quinn Emanuel Urquhart & Sullivan, LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ David B. Schwartz

Type or Print Name: _____