**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: May 10, 2013
Docket #: 13-1720cv
Short Title: Viacom International, Inc. v. Youtube, Inc.

DC Docket #: 07-cv-2103
DC Court: SDNY (NEW YORK CITY)
DC Judge: Stanton

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8623.