# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Viacom International, Inc., et al. v. YouTube, Inc., et al.    Docket No.: 13-1720

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: David H. Kramer

Firm: Wilson Sonsini Goodrich & Rosati

Address: 650 Page Mill Road, Palo Alto, CA 94304-1050

Telephone: (650) 493-9300    Fax: (650) 493-6811

E-mail: dkramer@wsgr.com

Appearance for: YouTube, Inc., YouTube, LLC and Google Inc., Defendants-Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Andrew H. Schapiro, Quinn Emanuel Urquhart & Sullivan, LLP)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s David H. Kramer

Type or Print Name: David H. Kramer