# **CERTIFICATE OF SERVICE**

       13-1720-cv       *Viacom International v. Youtube, Inc.*

      I hereby certify that one (1) copy of this Joint Appendix Volumes I-XXIII were sent by Federal Express Next Business Day Delivery to:

Andrew H. Schapiro
David B. Schwartz
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

David H. Kramer
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, California 94304
(650) 493-9300

Michael H. Rubin
Wilson Sonsini Goodrich & Rosati, P.C.
Spear Tower, Suite 3300
San Francisco, California 94105
(650) 849-3311

Brian M. Willen
Wilson Sonsini Goodrich & Rosati, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
(212) 999-5800

*Attorneys for Defendants-Appellees*

      I also certify that the six (6) copies of this Joint Appendix Volumes I-XXIII were also sent via Hand Delivery to:

Clerk of Court
United States Court of Appeals, Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007
(212) 857-8500

on this 26th day of July 2013.

                                         /s/ Nadia Oswald-Hamid
                                         Nadia Oswald-Hamid