## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Viacom International, Inc. v. YouTube, Inc.  Docket No.: 13-1720-CV

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Lawrence A. Sucharow

Firm: Labaton Sucharow LLP

Address: 140 Broadway

Telephone: 212-907-0700  Fax: 212-818-0477

E-mail: lsucharow@labaton.com

Appearance for: Amici Curiae Ronald A. Cass; Raymond T. Nimmer and Stuart N. Brotman
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Plaintiffs-Appellants )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on September 25, 2009  OR

☐ I applied for admission on _____

Signature of Counsel: /s/ Lawrence A. Sucharow

Type or Print Name: Lawrence A. Sucharow