## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Viacom International, Inc., et al. v. YouTube, Inc., et al.          Docket No.: 13-1720-cv

Appearance for (party/designation): The American Society Of Composers, Authors and Publishers, Broadcast Music, Inc., The Recording Industry Association Of America, and SESAC, Inc.

Select One:

___ Substitute Counsel (replacing name/firm: _____)

___ Additional Counsel (co-counsel with name/firm: _____)

OR

 **X** Amicus (in support of (party/designation):

Appellants – Viacom International, Inc., et al. _____)

## DOCKET SHEET AMENDMENTS

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Russell J. Frackman, Esq.

Firm: Mitchell Silberberg & Knupp LLP

Address: 1377 West Olympic Blvs., Los Angeles, California, 90064

Telephone: 310-312-2000          Fax: 310-312-3100

Email: rjf@msk.com

## CERTIFICATION

I certify that:

(X) I am admitted to practice in this Court and, if required by Local Rule 46.1(a)(2), have renewed my admission on December 8, 2010                                                          OR

( ) I applied for admission on _____

Signature of Counsel: /s/ Russell J. Frackman

Type or Print Name: Russell J. Frackman


American LegalNet, Inc.
www.FormsWorkFlow.com