NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Viacom International Inc., et al. v. You Tube, Inc. et al.    Docket No.: 13-1720-cv

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Michael Barclay

Firm: Electronic Frontier Foundation

Address: 815 Eddy Street, San Francisco, California  94109

Telephone: (415) 436-9333                Fax: (415) 436-9993

E-mail: michael@eff.org

Appearance for: Amicus Curiae Electronic Frontier Foundation and Public Knowledge
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Corynne McSherry, Electronic Frontier Foundation )
(name/firm)

☑ Amicus (in support of: Defendants-Appellees )
(party/designation)

---

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on September 2, 2010 _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Michael Barclay

Type or Print Name: Michael Barclay